| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
|   | MICHAEL M. BERGER, Bar No. 43228 |
| 2 | EDWARD G. BURG, Bar No. 104258 |
|   | 11355 West Olympic Boulevard |
| 3 | Los Angeles, CA  90064-1614 |
|   | Telephone:    (310) 312-4000 |
| 4 | Facsimile:      (310) 312-4224 |
|   | Email:            mmberger@manatt.com |
| 5 |                       eburg@manatt.com |

MORRISON & FOERSTER LLP
ANNE E. MUDGE, Bar No. 133940
425 Market Street
San Francisco, CA  94105-2482
Telephone:    (415) 268-7000
Facsimile:      (415) 268-7522
Email:            amudge@mofo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE YAMAGIWA, Trustee of The Trust Created Under Trust Agreement dated January 30, 1980, by Charles J. Keenan III and Anne Marie Keenan, for the benefit of Charles J. Keenan IV, as to an undivided 50% interest, and Trustee of The Trust Created Under Trust Agreement dated January 30, 1980, by Charles J. Keenan III and Anne Marie Keenan for the benefit of Ann Marie Keenan, as to an undivided 50% interest, | Case No.  C05-04149 VRW<br><br>(United States District Chief Judge  Vaughn R. Walker)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COASTSIDE COUNTY WATER DISTRICT** |
| Plaintiff, | |
| vs. | |
| CITY OF HALF MOON BAY; COASTSIDE COUNTY WATER DISTRICT; and DOES 1-50, | |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Stipulation & [Proposed] Order re Dismissal Without Prejudice of Coastside County Water District, Case No.  C05-04149 VRW

This Stipulation and [Proposed] Order re Dismissal Without Prejudice of Defendant Coastside County Water District ("CCWD") is made by and between Plaintiff and defendant CCWD, through their attorneys of record, with reference to the following facts:

This action was filed in the Superior Court of the State of California, County of San Mateo, on September 8, 2005, and was removed to this Court by Defendant City of Half Moon Bay on October 13, 2005.

The parties desire to have CCWD dismissed without prejudice, while preserving Plaintiff's right to reassert the causes of action alleged in the complaint against CCWD ("the Claims"), should she choose to do so, in a future lawsuit.

Now, therefore, it is hereby stipulated by the parties, through their attorneys of record:

1. This action shall be dismissed as against CCWD only, without prejudice.

2. Plaintiff and CCWD shall each bear their own costs, including attorneys' fees, incurred for the Claims in this action.

3. In the event that Plaintiff pursues the Claims in a future action against CCWD, any defenses based on timeliness (including, without limitation, defenses based on statute of limitations or laches) will be evaluated as if the Claims had been asserted on September 8, 2005.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Stipulation & [Proposed] Order re Dismissal Without Prejudice of Coastside County Water District, Case No. C05-04149 VRW

The undersigned attorneys are authorized to sign on behalf of, and to bind, the parties for which they are signing this stipulation.

Dated:  January 11, 2006         ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

By:  /s/ Anthony P. Condotti
Anthony P. Condotti
*Attorneys for Defendant*
*Coastside County Water District*

Dated:  January 17, 2006         MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Edward G. Burg
Edward G. Burg
*Attorneys for Plaintiff*

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Edward G. Burg hereby attests that concurrence in the filing of this document has been obtained.*

### ORDER

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED that this action is dismissed as against defendant Coastside County Water District without prejudice and subject to, and in accordance with, the agreement of the parties as expressed in the foregoing stipulation.

Dated:  January 30, 2006

_____
HON. [signature: Judge Vaughn R Walker — IT IS SO ORDERED]
United States District Judge

40951630.1

2

Stipulation & [Proposed] Order re Dismissal Without Prejudice of Coastside County Water District, Case No. C05-04149 VRW