1  MANATT, PHELPS & PHILLIPS, LLP
   MICHAEL M. BERGER, Bar No. 43228
2  EDWARD G. BURG, Bar No. 104258
   11355 West Olympic Boulevard
3  Los Angeles, CA  90064-1614
   Telephone:    (310) 312-4000
4  Facsimile:    (310) 312-4224
   Email:        mmberger@manatt.com
5                eburg@manatt.com

6  MORRISON & FOERSTER LLP
   ANNE E. MUDGE, Bar No. 133940
7  425 Market Street
   San Francisco, CA  94105-2482
8  Telephone:    (415) 268-7000
   Facsimile:    (415) 268-7522
9  Email:        amudge@mofo.com

10 Attorneys for Plaintiff

11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

15 JOYCE YAMAGIWA, Trustee of The Trust          Case No.  C05-04149 VRW
   Created Under Trust Agreement dated
16 January 30, 1980, by Charles J. Keenan III     (United States District Chief Judge
   and Anne Marie Keenan, for the benefit of      Vaughn R. Walker)
17 Charles J. Keenan IV, as to an undivided 50%
   interest, and Trustee of The Trust Created     **STIPULATION AND [PROPOSED]**
18 Under Trust Agreement dated January 30,        **ORDER SELECTING ADR**
   1980, by Charles J. Keenan III and Anne        **PROCESS**
19 Marie Keenan for the benefit of Ann Marie
   Keenan, as to an undivided 50% interest,       **ADR CERTIFICATION**
20
            Plaintiff,
21
       vs.
22
   CITY OF HALF MOON BAY;
23 COASTSIDE COUNTY WATER DISTRICT;
   and DOES 1-50,
24
            Defendants.
25

26

27

28

MANATT, PHELPS &                              1
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES
─────────────────────────────────────────────────────────────────
**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS / ADR CERTIFICATION**
                                                        **C0504149 VRW**

1   The parties agree to participate in the following ADR process:

2   **Court Processes:**

3   ☐ Arbitration          ☒ ENE          ☐ Mediation

4   *(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

5

    **ATTACHMENT TO STIPULATION:**

6

7          The parties request a ENE within 90 days and request a neutral with

    experience in inverse condemnation.

8

9   **Private Process:**

10      ☐      Private ADR (*please identify process and provider*)

11      _____

12  Dated:   **January 24, 2006**      /s/  **Edward G. Burg**
                                            Attorney for Plaintiff
13

14  Dated:   **January 24, 2006**      /s/  **Amrit S. Kulkarni**
                                            Attorney for Defendant City of Half Moon Bay
15
    *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures,*
16  *Edward G. Burg hereby attests that concurrence in the filing of this document has been obtained.*

17

18

19
    IT IS SO ORDERED:
20

21  Dated:   January 30, 2006      _____
                                    UNITED STATES DISTRICT JUDGE
22

23

24  40963567.1

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS / ADR CERTIFICATION**
**C0504149 VRW**

IT IS SO ORDERED
Judge Vaughn R Walker