1  MANATT, PHELPS & PHILLIPS, LLP
   MICHAEL M. BERGER, Bar No. 43228
2  EDWARD G. BURG, Bar No. 104258
   KISU SHIN, Bar No. 181011
3  11355 West Olympic Boulevard
   Los Angeles, CA  90064-1614
4  Telephone:    (310) 312-4000
   Facsimile:    (310) 312-4224
5  Email:        mmberger@manatt.com
                 eburg@manatt.com
6                kshin@manatt.com

7  MORRISON & FOERSTER LLP
   ANNE E. MUDGE, Bar No. 133940
8  425 Market Street
   San Francisco, CA  94105-2482
9  Telephone:    (415) 268-7000
   Facsimile:    (415) 268-7522
10 Email:        amudge@mofo.com

11 Attorneys for Plaintiff

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | JOYCE YAMAGIWA, Trustee of The Trust | Case No.  C05-04149 VRW
   | Created Under Trust Agreement dated |
17 | January 30, 1980, by Charles J. Keenan III | (United States District Chief Judge
   | and Anne Marie Keenan, for the benefit of |   Vaughn R. Walker)
18 | Charles J. Keenan IV, as to an undivided 50% |
   | interest, and Trustee of The Trust Created |
19 | Under Trust Agreement dated January 30, |
   | 1980, by Charles J. Keenan III and Anne | **STIPULATED REQUEST TO**
20 | Marie Keenan for the benefit of Ann Marie | **RESCHEDULE APRIL 3, 2007**
   | Keenan, as to an undivided 50% interest, | **PRETRIAL CONFERENCE**
21 |
   |                   Plaintiff,
22 |
   |         vs.
23 |
   | CITY OF HALF MOON BAY;
24 | COASTSIDE COUNTY WATER DISTRICT;
   | and DOES 1-50,
25 |
   |                   Defendants. | Trial Date:  April 30, 2007
26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATED REQUEST TO RESCHEDULE APRIL 3, 2007
## PRETRIAL CONFERENCE

This Stipulated Request to Reschedule April 3, 2007 Pretrial Conference is made by and between counsel for plaintiff Joyce Yamagiwa, Trustee, and defendant City of Half Moon Bay with respect to the following:

1.      The Initial Case Management Conference in this action was held on February 14, 2006.  At the Initial Case Management Conference, the Court set various deadlines and dates, as reflected in the Court's February 15, 2006 Case Management Order (Docket #20).  Among other dates, the Court set the Pretrial Conference for April 3, 2007.

2.      After returning to his office, counsel for plaintiff Yamagiwa discovered that April 3, 2007 is the first day of Passover.  Counsel for Yamagiwa therefore requested that counsel for defendant City join in a stipulated request to reschedule the pretrial conference either a week earlier or a week later, at the Court's convenience.  Counsel for defendant agreed to do so.

3.      Accordingly, the parties jointly request that the Court reschedule the April 3, 2007 pretrial conference to March 27, 2007 (one week earlier) or April 10, 2007 (one week later), or whatever date is most convenient to the Court's calendar and closest to April 3, 2007.

Dated: March 17, 2006                MANATT, PHELPS & PHILLIPS, LLP

By: EDWARD G. BURG

Attorneys for Plaintiff Joyce Yamagiwa, Trustee

Dated:  March 14, 2006                    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: ROBERT C. CHOJNACKI
Attorneys for Defendant City of Half Moon Bay

## ORDER

Pursuant to the Stipulated Request set forth above,

IT IS HEREBY ORDERED that the Pretrial Conference, previously set for

April 3, 2007, shall be rescheduled to ____**April 10**_____, 2007 at 9:00 a.m. in

Courtroom No. 6.

Dated:  March _22_, 2006

IT IS SO ORDERED

Judge Vaughn R Walker

HON.
United S                        ...er Judge

40979790.1

2

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES