1  MANATT, PHELPS & PHILLIPS, LLP
   MICHAEL M. BERGER, Bar No. 43228
2  EDWARD G. BURG, Bar No. 104258
   KISU LAM, Bar No. 181011
3  11355 West Olympic Boulevard
   Los Angeles, CA 90064-1614
4  Telephone:    (310) 312-4000
   Facsimile:     (310) 312-4224
5  Email:         mmberger@manatt.com
                  eburg@manatt.com
6                 klam@manatt.com

7  MORRISON & FOERSTER LLP
   ANNE E. MUDGE, Bar No. 133940
8  425 Market Street
   San Francisco, CA 94105-2482
9  Telephone:    (415) 268-7000
   Facsimile:     (415) 268-7522
10 Email:         amudge@mofo.com

11 Attorneys for Plaintiff

12

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 JOYCE YAMAGIWA, Trustee of The Trust          Case No.  C05-04149 VRW
   Created Under Trust Agreement dated
17 January 30, 1980, by Charles J. Keenan III    (United States District Chief Judge
   and Anne Marie Keenan, for the benefit of       Vaughn R. Walker)
18 Charles J. Keenan IV, as to an undivided 50%
   interest, and Trustee of The Trust Created
19 Under Trust Agreement dated January 30,
   1980, by Charles J. Keenan III and Anne       STIPULATED REQUEST TO
20 Marie Keenan for the benefit of Ann Marie     EXTEND EXPERT DISCLOSURE
   Keenan, as to an undivided 50% interest,      DATE BY TWO WEEKS
21
                 Plaintiff,
22
           vs.
23
   CITY OF HALF MOON BAY;
24 COASTSIDE COUNTY WATER DISTRICT;
   and DOES 1-50,
25
                 Defendants.                     Trial Date:  April 30, 2007
26

27

28

## STIPULATED REQUEST TO EXTEND EXPERT
## DISCLOSURE DATE BY TWO WEEKS

This Stipulated Request to Extend Expert Witness Disclosure Date by Two Weeks is made by and between counsel for plaintiff Joyce Yamagiwa, Trustee, and defendant City of Half Moon Bay with respect to the following:

1.      The February 15, 2006 Case Management Order (Docket #20) requires the parties to exchange expert disclosures on or before October 13, 2006.

2.      The father of one of Yamagiwa's expert witnesses recently suffered a stroke, and this expert has been required to devote substantial time to out-of-town parental care. Counsel for Yamagiwa therefore requested that counsel for defendant City join in a stipulated request to extend the expert witness disclosure date by two weeks, until October 27, 2006. Counsel for defendant agreed to do so.

3.      Accordingly, the parties jointly request that the Court extend the October 13, 2006 expert disclosure date by two weeks, to October 27, 2006

Dated: October 5, 2006                    MANATT, PHELPS & PHILLIPS, LLP

By: EDWARD G. BURG
        Attorneys for Plaintiff Joyce Yamagiwa, Trustee

Dated: October __, 2006                    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: AMRIT KULKARNI
        Attorneys for Defendant City of Half Moon Bay

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATED REQUEST TO EXTEND EXPERT
## DISCLOSURE DATE BY TWO WEEKS

This Stipulated Request to Extend Expert Witness Disclosure Date by Two Weeks is made by and between counsel for plaintiff Joyce Yamagiwa, Trustee, and defendant City of Half Moon Bay with respect to the following:

1.      The February 15, 2006 Case Management Order (Docket #20) requires the parties to exchange expert disclosures on or before October 13, 2006.

2.      The father of one of Yamagiwa's expert witnesses recently suffered a stroke, and this expert has been required to devote substantial time to out-of-town parental care.  Counsel for Yamagiwa therefore requested that counsel for defendant City join in a stipulated request to extend the expert witness disclosure date by two weeks, until October 27, 2006.  Counsel for defendant agreed to do so.

3.      Accordingly, the parties jointly request that the Court extend the October 13, 2006 expert disclosure date by two weeks, to October 27, 2006

Dated: October___, 2006              MANATT, PHELPS & PHILLIPS, LLP

_____

By: EDWARD G. BURG
     Attorneys for Plaintiff Joyce Yamagiwa, Trustee

Dated: October 5, 2006              MEYERS, NAVE, RIBACK, SILVER & WILSON

_____

By: AMRIT KULKARNI
     Attorneys for Defendant City of Half Moon Bay

1

## ORDER

2       Pursuant to the Stipulated Request set forth above,

3       IT IS HEREBY ORDERED that the Expert Witness Disclosure deadline shall be

4   extended by two weeks, to October 27, 2006.

5

6

7

8   Dated: October __6__, 2006

    _____
9   HON. VAUGHN R. WALKER
    United States District Chief Judge
10

11

12   41046527.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28