ANNE E. MUDGE
COX, CASTLE & NICHOLSON LLP
555 Montgomery Street
Suite 1500
San Francisco, California 94111
(415) 392-4200

FILED
FEB X 1 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE YAMAGIWA, Trustee of The Trust Created Under Trust Agreement dated January 30, 1980, etc.,<br><br>v.        Plaintiff(s)<br><br>CITY OF HALF MOON BAY; COASTSIDE COUNTY WATER DISTRICT; and DOES 1-50.<br><br>Defendant(s) | CASE NUMBER:<br>C05-04149 VRW<br><br>SUBSTITUTION OF ATTORNEY |

JOYCE YAMAGIWA                   [X] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes **ANNE E. MUDGE OF COX, CASTLE & NICHOLSON LLP** who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   555 Montgomery Street, Suite 1500
                                                                *Street Address*

San Francisco, California 94111         (415) 392-4200    (415) 392-4250    133940
*City, State, Zip Code*                 *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of **ANNE E. MUDGE OF MORRISON & FOERSTER**
*Present Attorney*

Dated: January ___, 2007                    _____
                                            *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: January 16, 2007                     _____
                                            *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8

Dated: January 16, 2007                     _____
                                            *Signature of New Attorney*

Substitution of Attorney is hereby [X] Approved. [ ] Denied.

Dated: _____                       _____
                                            United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                    G01