Exhibit **21**

IN SUPPORT OF
SUMMARY JUDGMENT
ON LIABILITY FOR INVERSE CONDEMNATION
BY PLAINTIFF YAMAGIWA, TRUSTEE



**REGIONAL MAP**

# CITY OF HALF MOON BAY

## PLANS FOR

# TERRACE AVENUE AREA

# ASSESSMENT DISTRICT

### INDEX OF SHEETS

| | |
|---|---|
| SHEET NO. 1 | TITLE SHEET |
| SHEET NO. 2 | STORM DRAIN PLAN, STREET SECTIONS, & LEGEND |
| SHEET NO. 3-18 | PLAN AND PROFILE |
| SHEET NO. 17 | CONSTRUCTION DETAILS |
| SHEET NO. 18 | COMPOSITE UTILITY TRENCH PLAN |
| SHEET NO. 19 | ROUGH GRADING PLAN (PROPOSED) |

**VICINITY MAP**

Assessment District Boundary

STATE HWY. 1

TERRACE          GRAND

BALBOA          SIERRA

HIGHLAND          PROSPECT

**APPROVED BY**

C.J. FELDMAN
GENERAL MANAGER
COASTSIDE COUNTY WATER DISTRICT
10-23-19___          DATE

FELIX J. KARPMAN   R.C.E. 26,596
DIRECTOR OF PUBLIC WORKS
8-30-82          DATE

G.E. BUENROD
FIRE CHIEF
HALF MOON BAY FIRE PROTECTION DISTRICT
___          DATE

MacKay & Somps
CIVIL ENGINEERS
1005 THE ALAMEDA
SAN JOSE          PHONE: 295-0901          CALIFORNIA 95126

HM000441

SPECIAL PROJECTS MANAGER

△ Revised Other Are. assessment  11-9-83
   Revisions

**SHEET 1 OF 19 SHEETS**          **JOB NO. 11,102-1**

EXHIBIT
21   4-19-06
Whelan Depo
PENGAD 800-631-6989





CONCRETE ENERGY DISSIPATOR

SECTION C

SECTION E

SECTION B

Lands of Renati

SECTION A

SECTION D

OUTFALL STRUCTURE

CHESTERFIELD DITCH

REINFORCED CONCRETE COLLAR

HINGE DETAIL

PLANS FOR THE IMPROVEMENT OF
TERRACE AVENUE AREA ASSESSMENT DISTRICT

MacKay & Somps
CIVIL ENGINEERS

PHOTOGRAMMETRY BY:
aerometric surveys
SAN MATEO, CALIFORNIA

HALF MOON BAY          SAN MATEO COUNTY          CALIFORNIA

SCALE
1 Inch : 50 Feet Horizontal    1 Inch : 5 Feet Vertical

Sheet No. 3 of 18

Drawing No. 11102-1



TYPICAL SECTION
@ 84" STORM

"Lands of Renati"

SECTION A

INLET MANHOLE

CHESTERFIELD DITCH

GRAND BLVD.

PHOTOGRAMMETRY BY:
aerometric surveys
SAN MATEO, CALIFORNIA

MacKay & Somps
CIVIL ENGINEERS
SAN MATEO, CALIFORNIA

SCALE
1 Inch : 50 Feet Horizontal     1 Inch : 5 Feet Vertical

PLANS FOR THE IMPROVEMENT OF
TERRACE AVENUE AREA ASSESSMENT DISTRICT

HALF MOON BAY          SAN MATEO COUNTY          CALIFORNIA

Sheet No.
=19

Drawing No.
11102-1

21-4



Section B-B

△ INLET DETAIL

△ Junction Box No. 3

Section A-A

CABRILLO HWY. STATE RTE. 1

| PHOTOGRAMMETRY BY: aerometric surveys SAN MATEO, CALIFORNIA | MacKay & Somps CIVIL ENGINEERS | | SCALE 1 Inch : 50 Feet Horizontal — 1 Inch : 5 Feet Vertical | PLANS FOR THE IMPROVEMENT OF TERRACE AVENUE AREA ASSESSMENT DISTRICT | Sheet No. 5 |
|---|---|---|---|---|---|

HALF MOON BAY                    CALIFORNIA

21-5



"Caution Of Gas Transmission Line"

TERRACE

"LANDS OF Wm. LYON COMPANY"

CABRILLO HWY. STATE RTE. 1

447  448  449  450  451  452  453  454  455

PHOTOGRAMMETRY BY:
aerometric
surveys
SAN MATEO, CALIFORNIA

MacKay & Somps
CIVIL ENGINEERS
SAN JOSE  PLEASANTON  CALIFORNIA

PLANS FOR THE IMPROVEMENT OF
TERRACE AVENUE AREA ASSESSMENT DISTRICT

SCALE
1 Inch = 50 Feet Horizontal   1 Inch = 5 Foot Vertical

Bench Mark

HALF MOON BAY          SAN MATEO COUNTY          CALIFORNIA

Sheet No.
6
of 19 Sheets

Drawing No.
11102-1

21-6



No. Line — "LANDS of Wᵐ Lyon Company"





CURB DATA

SILVER

GRAND





**NOTES**

SANITARY SEWER LATERALS CONNECTED TO SAN. MANHOLES SHALL BE 0.5 ABOVE MANHOLE FLOW LINE UNLESS OTHERWISE SPECIFIED.

ALL SANITARY SEWER LATERALS SHALL BE 4" V.C.P. SET 3.7 BELOW TOP OF CURB GRADE AT PROPERTY LINE UNLESS OTHERWISE SPECIFIED.

CONTRACTOR TO EXPOSE EXISTING SEWERS AND CHECK INVERTS BEFORE CONSTRUCTING NEW SEWERS. NOTIFY MACKAY & SOMPS 24 HRS. PRIOR TO EXPOSING SEWERS.

Note: Silver Ave. changed to 40' curb to curb: Not Redrawn

*SILVER AVE.*

PHOTOGRAMMETRY BY:
aerometric surveys
SAN MATEO, CALIFORNIA

MacKay & Somps
CIVIL ENGINEERS

SCALE
1 inch = 50 Feet Horizontal    1 inch = 6 Feet Vertical

PLANS FOR THE IMPROVEMENT OF
TERRACE AVENUE AREA ASSESSMENT DISTRICT

HALF MOON BAY          SAN MATEO COUNTY          CALIFORNIA

Sheet No.
10
of 19 Sheets

Drawing No.
1110E-1



SILVER AVE.

PLANS FOR THE IMPROVEMENT OF

TERRACE AVENUE AREA ASSESSMENT DISTRICT

HALF MOON BAY          SAN MATEO COUNTY          CALIFORNIA

21-12



GOLDEN GATE AVE.

21-13

Case 3:38-cv-04145-VRW   Document 44-4   Filed 02/08/07   Page 15 of 21



**CURB FACE DRAINAGE OUTLET**

TERRACE AVE.

**TYP. CURB RETURN & SIDEWALK DETAIL AT GOLDEN GATE & TERRACE AVENIES**

Driveway depressions shall be field located on ¢ with existing driveways

PLANS FOR THE IMPROVEMENT OF
**TERRACE AVENUE AREA ASSESSMENT DISTRICT**

HALF MOON BAY          SAN MATEO COUNTY          CALIFORNIA

Sheet No. **13**



TERRACE AVENUE AREA ASSESSMENT DISTRICT

PLANS FOR THE IMPROVEMENT OF

21-15



HIGHLAND   AVE.



PROFILE-27" STORM    JUNCTION STRUCTURE    HIGHLAND AVE.    SECTION A    STORM INLET STRUCTURE

STORM DTL
& EXIST CULVERT

TOP VIEW

Lands of Podesta

Lands of Cobrillo Unified
School District

GRADING FOR
"EMERGENCY SPILLWAY"

SECTION

| PLANS FOR THE IMPROVEMENT OF | | Sheet No. |
| TERRACE AVENUE AREA ASSESSMENT DISTRICT | | 16 |
| HALF MOON BAY | SAN MATEO COUNTY | CALIFORNIA |

SCALE
1 inch : 50 Feet Horizontal    1 inch : 5 Feet Vertical

PHOTOGRAMMETRY BY:
aerometric
surveys
SAN MATEO, CALIFORNIA

MacKay & Somps
CIVIL ENGINEERS

21-17



JUNCTION CHAMBERS

*No. 1*

*No. 2*

*A-A*

*B-B*

Manhole for 48"Sewer and Larger

Plan

SECTION Q-Q

PHOTOGRAMMETRY BY:
aerometric surveys
SAN MATEO, CALIFORNIA

MacKay & Somps
CIVIL ENGINEERS

SCALE
1 inch : 20 Feet Horizontal      1 inch :     Feet Vertical

PLANS FOR THE IMPROVEMENT OF
## TERRACE AVENUE AREA ASSESSMENT DISTRICT

HALF MOON BAY            SAN MATEO COUNTY            CALIFORNIA

Sheet No. 17 of 18 Sheets

Drawing No.





PLANS FOR THE IMPROVEMENT OF
TERRACE AVENUE AREA ASSESSMENT DISTRICT

21-20