Exhibit **453**

IN SUPPORT OF
SUMMARY JUDGMENT
ON LIABILITY FOR INVERSE CONDEMNATION
BY PLAINTIFF YAMAGIWA, TRUSTEE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

JOYCE YAMAGIWA,               )
                              )
              Plaintiff,      )
                              )
       vs.                    )  No. C 05-4149 VRW
                              )
CITY OF HALF MOON BAY,        )
et al.,                       )
                              )
              Defendants.     )
_____)

RECEIVED

JUL 2 8 2006

MANATT, PHELPS & PHILLIPS LLP

DEPOSITION OF

BEN B. WHITE

July 18, 2006

REPORTED BY:  DEBRA ALLUSTIARTI CSR 10929

EXHIBIT
tables°
453

## INDEX

### INDEX OF EXAMINATIONS

Page

EXAMINATION BY MR. BURG .................. 7

### EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| 69 | Document entitled "Agreement for Engineering Consulting Services," Bate's Nos. HM303340 through HM303351 | 10 |
| 70 | Topographical map entitled "Drainage Study, Kehoe - Chesterfield Drainage Sheds," Bate's No. HM212983 | 56 |
| 71 | Topographical map entitled "Terrace Avenue Area Assessment District, Master Storm Drain Concept," Bate's No. HM209373 | 60 |
| 72 | Topographical map entitled "Terrace Avenue Area Assessment District, Master Storm Drain Concept," Bate's No. HM210894 | 61 |
| 73 | Letter from Ben White to Felix Karpain, dated 4-29-82, Bate's Nos. HM210935 through HM210937 | 73 |
| 74 | Letter from Ben White to Fred Mortenson, dated 9-7-82, Bate's No. HM209839 | 75 |
| 75 | City of Half Moon Bay Resolution No. 103-82, Bate's Nos. 9900115 HMB through 9900122 HMB | 76 |

2

### EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| 76 | Letter from Ben White to Les Clark, dated 9-30-82, Bate's Nos. HM209499 and HM209500 | 82 |
| 77 | Document entitled "Appendix 1 Environmental Checklist Form," Bate's Nos. 660 through 668 | 83 |
| 78 | Letter from Darnall Reynolds to Felix Karpain, dated 1-18-83, Bate's Nos. HM209338 and HM209339 | 87 |
| 79 | Letter from Ben White to Ronald Young, dated 1-20-83, Bate's Nos. HM209336 and HM209337 | 87 |
| 80 | Document entitled "Application for Coastal Development Permit," Bate's Nos. 1103625 HMB through 1103634 HMB | 89 |
| 81 | Staff report from California Coastal Commission, Bate's Nos. 1103619 HMB through 1103624 HMB | 91 |
| 82 | Document entitled "Appendix 1 Environmental Checklist Form," Bate's Nos. HM209708 through HM209718 | 98 |
| 83 | Document entitled "Water Service Connection Purchase Agreement," Bate's Nos. BW001742 through BW001754 | 115 |
| 84 | Color copy of photograph of debris rack cage | 121 |
| 85 | Memorandum from W.G. Smith to "File," dated 1-29-92, Bate's Nos. HM204249 through HM204253 | 123 |
| 86 | Letter from Ben White to John Heindel, dated 4-8-92, Bate's No. HM302422 | 126 |

3

### EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| 87 | Document entitled "Amended Engineer's Report, Sanitary Sewer Project 1994-1," Bate's Nos. HM203997 through HM204025 | 127 |
| 88 | Document entitled "Ordinance No. C-8-91," Bate's Nos. 2303 through 2306 | 133 |
| 89 | Fax from John Heindel to Phil Assaf, dated 5-18-96, Bate's Nos. HM203966 through HM203985 | 134 |
| 90 | Letter from David Dickson to Annie Mudge, dated 4-26-97, Bate's No. HM002063 | 134 |

### EXHIBITS PREVIOUSLY MARKED FOR IDENTIFICATION REFERRED TO IN THIS DEPOSITION

Deposition of Gary Whelen

| | Page | Line |
|---|---|---|
| Exhibit 8 | 13 | 1 |
| Exhibit 18 | 95 | 9 |
| Exhibit 20 | 96 | 18 |
| Exhibit 21 | 13 | 8 |
| Exhibit 35 | 110 | 1 |
| Exhibit 39 | 100 | 6 |
| Exhibit 40 | 101 | 4 |
| Exhibit 41 | 102 | 19 |
| Exhibit 43 | 106 | 14 |
| Exhibit 44 | 110 | 3 |

--oOo--

4

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

JOYCE YAMAGIWA,              )
                        )
     Plaintiff,   )
                        )
  vs.          ) No. C 05-4149 VRW
                        )
CITY OF HALF MOON BAY,       )
et al.,                      )
                        )
     Defendants.   )
_____)

--oOo--

BE IT REMEMBERED that, pursuant to subpoena and on Tuesday, July 18, 2006, commencing at 1:16 p.m. at 1001 Page Mill Road, Building 2, Palo Alto, California, before me, DEBRA ALLUSTIARTI, a Certified Shorthand Reporter, personally appeared

BEN B. WHITE

called as a witness by the Plaintiff, who, having been first duly sworn, was examined and testified as follows:

--oOo--

MANATT, PHELPS & PHILLIPS, LLP, 11355 W. Olympic Boulevard, Los Angeles, CA 90064, represented by EDWARD G. BURG, Attorney at Law, appeared as counsel on behalf of the Plaintiff.

5

MEYERS NAVE RIBACK SILVER & WILSON,
555 - 12th Street, Suite 1500, Oakland, CA 94607,
represented by ROBERT C. CHOJNACKI and EDWARD A.
GRUTZMACHER, Attorneys at Law, appeared as counsel
on behalf of the Defendant.

Also Present: Cassia Leet,
videographer.

--oOo--

13:16:20 THE VIDEOGRAPHER: Good afternoon. This
13:16:21 marks the beginning of Volume 1, Videotape No. 1,
13:16:27 in the deposition of Ben B. White, in the matter of
13:16:30 Joyce Yamagiwa versus City of Half Moon Bay, et
13:16:35 al., in United States District Court, Northern
13:16:38 District of California. The case number is
13:16:42 C 05-4149 VRW. Today's date is July 18th, 2006,
13:16:50 and the time on the video monitor is 1:16. The
13:16:55 video operator today is Cassia Leet, a notary
13:17:01 public, contracted by LegaLink Los Angeles at 2570
13:17:10 Ventura Boulevard, Suite 205, Woodland Hills,
13:17:11 California 91364. This video deposition is taking
13:17:15 place at 1001 Page Mill Road, Palo Alto,
13:17:22 California, and was noticed by Edward G. Burg of
13:17:28 Manatt, Phelps and Phillips.
13:17:30 Counsel, please voice identify
13:17:32 yourselves and state whom you represent,

6

13:17:35 MR. BURG: Edward G. Burg -- Manatt,
13:17:37 Phelps & Phillips -- for Plaintiff Yamagiwa.
13:17:39 THE VIDEOGRAPHER: The court reporter
13:17:40 today is Debra Allustiarti of LegaLink.
13:17:44 Would the reporter please swear in the
13:17:46 witness.
13:17:46 (Witness sworn.)
13:17:54 THE VIDEOGRAPHER: Please begin.
13:17:56 EXAMINATION BY MR. BURG
13:17:56 MR. BURG: Q. Good morning, Mr. White.
13:18:00 Could you spell your name for the record, please.
13:18:02 A. W-h-i-t-e.
13:18:04 Q. Can you give us your present residence
13:18:09 address?
13:18:10 A. 211 Double Bogey Drive, Boulder Creek,
13:18:15 California 95006.
13:18:17 Q. Do you have a present business address?
13:18:21 A. It's in Pleasanton. 5142 Franklin
13:18:29 Drive, Pleasanton.
13:18:30 Q. Is that the address of MacKay & Somps in
13:18:34 Pleasanton?
13:18:35 A. That's correct.
13:18:36 Q. What's your position with MacKay & Somps
13:18:41 now?
13:18:41 A. I'm on a retired basis, but I go back

7

13:18:45 and work for them on certain projects,
13:18:51 occasionally, sort of at my discretion.
13:18:55 Q. The things you find interesting?
13:18:57 A. Right.
13:18:58 Q. Can you give us briefly a summary of
13:19:01 your work history at MacKay & Somps?
13:19:05 A. I worked there full-time 34 years from
13:19:09 1970. Previous to that, I had my own business, and
13:19:15 they acquired that business to provide services in
13:19:19 Santa Cruz County, which is where my offices were.
13:19:22 And I've been a project manager for them since then
13:19:27 doing all types of residential and infrastructure
13:19:31 projects.
13:19:35 Q. When you say "infrastructure projects,"
13:19:39 what do you mean by that?
13:19:40 A. Creation of streets and utility systems
13:19:44 and highways, bridges; whatever it takes to allow
13:19:51 development to expand in, you know, backwoods areas
13:19:55 of counties.
13:19:56 Q. You're an engineer licensed by the State
13:20:01 of California?
13:20:02 A. Yes, I am.
13:20:03 Q. For how long have you been licensed?
13:20:05 A. 1960. Since 1960.
13:20:05 (Messrs. Chojnacki and Grutzmacher join

8

13:20:14 the deposition.)
13:20:14 MR. BURG: We just started about
13:20:16 two minutes ago.
13:20:17 MR. CHOJNACKI: I apologize. I've never
13:20:20 been this late for a deposition before. Got the
13:20:22 wrong instructions.
13:20:25 MR. BURG: Q. And is there any
13:20:26 specialty associated with your license?
13:20:29 A. Civil engineering license.
13:20:32 Q. Are you familiar with the Terrace Avenue
13:20:38 Area Assessment District in Half Moon Bay?
13:20:41 A. Yes, I am.
13:20:51 Q. First of all, just by way of background,
13:20:54 what is an assessment district?
13:20:56 A. It's a vehicle to provide bond
13:21:01 financing, which is public bonds which are tax-free
13:21:06 bonds, to build the improvements covered by the
13:21:09 district, and the costs thereof are assessed to the
13:21:13 individual parcels within that district.
13:21:18 Q. And what was the Terrace Avenue Area
13:21:22 Assessment District in general?
13:21:24 A. It's just to provide for drainage for
13:21:30 the area, improve several streets, install water
13:21:37 lines, sewer lines and underground utilities in
13:21:44 part of it.

9

MR. BURG: I'm going hand you what we'll mark next in order as Exhibit 69.

(Whereupon, Deposition Exhibit 69 was marked for identification.)

MR. BURG: Q. Do you recognize Exhibit 69 to be a copy of the contract between the City of Half Moon Bay and MacKay & Somps -- your firm -- for engineering consulting services for the Terrace Avenue Assessment District?

A. Yes, it is.

Q. And is that your signature for MacKay & Somps on the third-to-last page there?

A. Yes.

Q. MacKay & Somps provided engineering services for the Terrace Avenue Assessment District project, right?

A. That is correct.

Q. Were you in charge of the MacKay & Somps' services on this project?

A. Yes.

Q. Who else from MacKay & Somps worked with you on the project, if you recall?

A. The only one that really comes to mind right now would be Dick Braden.

Q. What was his position in the --

10

A. It was design engineer.

Q. At the time of the Terrace Avenue Assessment District in the early '80s, MacKay & Somps' office was in San Jose; is that right?

A. Let me double-check. (Witness reviews document.)

Yes, it was.

Q. On Exhibit 69, on the first page under "A," there's a provision starting "Scope of Service" that goes on. Is that the tasks that MacKay & Somps did on this project?

A. (Witness reviews document.) That is correct.

Q. Exhibit A, in the next-to-last page of Exhibit 69, is a boundary map; do you see that?

A. Mm-hmm.

Q. Can you tell me what is depicted in the boundary map? What is that the boundary of, I guess?

A. It's the district boundary, and it's the properties that are benefitting from all or some of the improvements that are proposed.

Q. The boundary map shows some streets located off Highway 1; do you see that?

A. Yes.

11

Q. A north of -- the northerly most depicted street is Terrace Avenue --

A. Yes.

Q. -- do you make that out; do you see that?

A. Yes.

Q. And north of Terrace Avenue there's property within the boundary of the Terrace Avenue Assessment District, which we will refer to in this deposition as the Beachwood property; do you recall the Beachwood property?

A. I do.

Q. And for purposes of our deposition, can we agree that Highway 1 runs north-south?

A. Okay.

Q. So that -- I'm not sure that's true north, but so that the north side of the Beachwood property would be the -- would be the line that's shown right there --

A. Yes.

Q. -- as the outer boundary of the district, and Beachwood would then lie directly north of Terrace Avenue, okay?

A. Okay.

Q. Handing you a copy of what was

12

previously marked as Exhibit 8 to a previous deposition, and Exhibit 8 is an aerial photo of the area taken in 1981, and just to identify the property that's marked off, that's what we will refer to as the Beachwood property, okay?

A. Got it.

Q. Next I'm going to hand you what we've previously marked Exhibit 21 to a deposition. Exhibit 21 is a reduced set of the plans. For purposes of deposition, I'm going to hand you the full set of plans, and the full set of Exhibit 21 is Bate's stamped HM300441 through HM300460.

Can you identify for the record what Exhibit 21 is?

A. These are the improvement plans for the Terrace Avenue Area Assessment District.

Q. Is that your signature on the first page there as special project manager for this project?

A. It is.

Q. The plans have a date there on the first page of September 15th, 1982; is that right? By your signature?

A. Oh, by my signature, yes.

Q. Is that the -- what does that date represent?

13

13:27:55 1    A. The date that I did my final review and
13:27:58 2 signed the plans.
13:27:59 3    Q. Did these plans depict what the
13:28:05 4 contractor was to build for the Terrace Avenue
13:28:10 5 Assessment District?
13:28:10 6    A. Yes.
13:28:11 7    Q. On Sheet 2 of the plans of Exhibit 21,
13:28:25 8 there is a depiction -- a general depiction of the
13:28:29 9 storm sewer system in the middle top; do you see
13:28:32 10 that?
13:28:32 11    A. Yes.
13:28:32 12    Q. There's -- I'll point out there's a
13:28:37 13 Delta 2, a revision, between Quartz Avenue and
13:28:42 14 Highway 1; do you see that?
13:28:45 15    A. Yes.
13:28:46 16    Q. What is the notations to revisions; what
13:28:48 17 does that mean?
13:28:49 18    A. It says street sections storm drain were
13:28:52 19 revised.
13:28:53 20    Q. That was revised when?
13:28:56 21    A. In 11-83.
13:28:59 22    Q. Are the set of plans that we have,
13:29:06 23 Exhibit 21, are these -- do these reflect the
13:29:09 24 as-built condition of the project?
13:29:10 25    A. No.

14

13:29:11 1    Q. Are there an as-built set of plans for a
13:29:16 2 project like this?
13:29:18 3    A. Normally there would be.
13:29:20 4    Q. And where would they be maintained in
13:29:24 5 the ordinary course?
13:29:26 6    A. City of Half Moon Bay.
13:29:29 7    Q. Have you ever seen the as-built set of
13:29:31 8 plans for the Terrace Avenue Assessment District
13:29:35 9 project?
13:29:35 10    A. I don't recall.
13:29:38 11    MR. CHOJNACKI: I'm just going to object
13:29:40 12 that lacks foundation that there are any plans.
13:29:43 13    MR. BURG: Q. The plans that you have
13:29:44 14 in front of you -- and you're looking at Sheet 2 --
13:29:48 15 in the lower right there, there's a street section
13:29:53 16 that's crossed out and then marked "void"; do you
13:29:56 17 see that?
13:29:56 18    A. Yes.
13:29:56 19    Q. Can you explain for me, in general, the
13:29:59 20 items on these plans that are crossed out like that
13:30:02 21 one, how did that come to get crossed out?
13:30:09 22    A. At this point, I don't recall, but it
13:30:11 23 probably was related to the revision note where we
13:30:16 24 changed the street section.
13:30:17 25    MR. CHOJNACKI: I'm just going to object

15

13:30:18 1 and ask the witness not to speculate. If you know
13:30:21 2 the answer, that's great. If you don't, you can
13:30:25 3 say, "I don't know" or "I'm not sure." Thank you.
13:30:27 4    MR. BURG: Well, I'm entitled to your
13:30:28 5 best recollection. If you have any recollection
13:30:30 6 today, that's what I'm looking for.
13:30:34 7    Q. There is a notation on the left-hand
13:30:41 8 side of Sheet 2, Reference chart for construction
13:30:44 9 details; do you see that?
13:30:47 10    A. Say again?
13:30:50 11    Q. Reference chart for construction
13:30:52 12 details. And what are those references to?
13:30:59 13    A. Specifications.
13:31:02 14    Q. Related to the Terrace Avenue Assessment
13:31:05 15 District --
13:31:07 16    A. Right.
13:31:07 17    Q. -- project?
13:31:08 18    A. Mm-hmm.
13:31:09 19    Q. If you could turn to Sheet 7 of the
13:31:12 20 plans?
13:31:17 21    A. (Witness complies.)
13:31:26 22    Q. Sheet 7, and continuing on to Sheet 8,
13:31:30 23 shows the detail on the north side of the Beachwood
13:31:36 24 property; is that right?
13:31:36 25    A. That is correct.

16

13:31:38 1    Q. It also shows the location of manhole
13:31:53 2 shafts that were constructed in that area; is that
13:31:55 3 right?
13:31:55 4    A. Manhole locations by the circles.
13:32:00 5    Q. What's a manhole?
13:32:01 6    A. An access point to the storm drain and a
13:32:06 7 junction for the various lines; different sizes,
13:32:11 8 usually.
13:32:12 9    Q. When the pipe size changes, there is
13:32:16 10 a -- frequently a manhole to access it; is that
13:32:20 11 right?
13:32:20 12    A. Yes. Could I back up on a comment I
13:32:29 13 made about as built?
13:32:29 14    Q. Sure.
13:32:30 15    A. Looking at this sheet, I notice that
13:32:34 16 (indicating) pipe sizes were revised. On the right
13:32:43 17 side, we have a 27-inch on the plans, and it's
13:32:46 18 crossed out and a 30-inch. I know -- I recall that
13:32:51 19 that happened during construction, where the
13:32:53 20 contractor felt it was cheaper for him to install
13:32:56 21 the 30-inch instead of the 27, and so, you know,
13:33:02 22 that's like an as-built notation on these plans.
13:33:06 23    Q. So is Exhibit 21, as best you can tell,
13:33:09 24 then, reflect the as-built condition of the
13:33:11 25 project?

17

13:33:12 1   A. From what I've seen s...

13:33:14 2   Q. In other words, what you were pointing
13:33:16 3 to was a change from the preplan project that was
13:33:21 4 made during construction, right?

13:33:23 5   A. Yeah, the bid design was 27-inch pipe.
13:33:27 6 The actual constructed pipe was 30 inches.

13:33:30 7   Q. And the plans that you're looking at
13:33:32 8 reflect the change to the 30-inch pipe, right?

13:33:37 9   A. Correct.

13:33:37 10   Q. The manholes that were placed along the
13:33:46 11 north side of the Beachwood property are shown in
13:33:51 12 profile below; is that right?

13:33:54 13   A. That's correct.

13:33:55 14   Q. For the first manhole, which would be
13:33:57 15 the westerly most manhole, there's the notation at
13:34:05 16 the bottom. It says, Rim 48.2; do you see that?

13:34:09 17   A. Yes.

13:34:10 18   Q. What does that mean?

13:34:11 19   A. That's the rim elevation of the manhole.
13:34:14 20 That's what the contractor is to set the grade at
13:34:18 21 on top of the manhole.

13:34:19 22   Q. So that's the top of the manhole
13:34:23 23 elevation, right?

13:34:23 24   A. Right.

13:34:24 25   Q. And how many manholes are there from

18

13:34:32 1 Highway 1 up through the north -- on the north
13:34:38 2 border of the Beachwood property, according to the
13:34:41 3 plans?

13:34:42 4   A. (Witness reviews plans.) Eight.

13:34:56 5   Q. And you're counting the inlet that's
13:35:02 6 just east of the easterly border of the property?

13:35:07 7   A. Yes.

13:35:08 8   Q. If we omit that for a minute and --

13:35:11 9   A. It would be seven.

13:35:12 10   Q. -- and count downstream, then Manhole
13:35:16 11 No. 7 would be at the highway, right?

13:35:19 12   A. Mm-hmm.

13:35:20 13   Q. Just for purposes of --

13:35:23 14   A. Correct.

13:35:24 15   Q. So for purposes of identification and
13:35:26 16 clarification, then, we'll call Manhole No. 7 the
13:35:31 17 closest one to the Highway 1, and proceeding down
13:35:34 18 to Manhole 1, and we're going to discuss a little
13:35:37 19 bit about each of them.

13:35:39 20   Manhole No. 6 has a rim of elevation of
13:35:45 21 47.3; is that right?

13:35:47 22   A. Yes.

13:35:48 23   Q. And what is the rim elevation of Manhole
13:35:54 24 No. 5?

13:35:54 25   A. 47.3.

19

13:35:57 1   Q. A... how about 4?

13:35:58 2   A. 47.2.

13:36:01 3   Q. No. 3?

13:36:02 4   A. 48.2.

13:36:04 5   Q. No. 2?

13:36:05 6   A. 49.6.

13:36:07 7   Q. And No. 1?

13:36:09 8   A. 55.5.

13:36:16 9   Q. And that sequence of rim elevations
13:36:21 10 running from west to east is the finished elevation
13:36:31 11 in order of the seven manholes, right?

13:36:34 12   A. Yes.

13:36:34 13   Q. Would that approximate the elevation of
13:36:41 14 the street when it was ultimately constructed?

13:36:44 15   A. That was the planned elevation for the
13:36:46 16 street.

13:36:47 17   Q. The original ground line is also shown
13:36:49 18 on the profile at the bottom of Sheet 7 and 8,
13:36:53 19 right?

13:36:53 20   A. Yes.

13:36:54 21   Q. And so some of the rims are actually
13:36:56 22 higher than the original ground, right?

13:36:59 23   A. Right.

13:37:00 24   Q. And some of them are lower; is that
13:37:03 25 right?

20

13:37:03 1   A. Right.

13:37:03 2   Q. The -- just looking at Manholes 7
13:37:14 3 through 2 that are depicted on Sheet 7, the
13:37:19 4 finished street elevation would be flatter than the
13:37:24 5 original grade; is that right?

13:37:28 6   MR. CHOJNACKI: Objection, vague and
13:37:37 7 ambiguous.

13:37:37 8   THE WITNESS: I can't say flatter per
13:37:42 9 se, but it certainly knocks off the high spot and
13:37:46 10 fills in the low spot.

13:37:48 11   MR. BURG: Q. The low spot being in the
13:37:49 12 middle near Manhole 4?

13:37:51 13   A. Yes.

13:37:52 14   Q. Now, let's go back to Manhole 7.
13:37:56 15 There's a notation there, Invert in -- 7 being the
13:38:03 16 one closest to the highway. Manhole 7, there's a
13:38:06 17 notation, Invert in equals 37.2, on the profile; do
13:38:11 18 you see that?

13:38:11 19   A. Yes.

13:38:12 20   Q. Is that the bottom of the storm pipe?

13:38:14 21   A. Well, of the incoming pipe, yes. Of the
13:38:18 22 pipe coming into the manhole.

13:38:20 23   Q. Manhole 7 was a junction point, right?

13:38:24 24   A. Yes.

13:38:25 25   Q. Between the east-west line and the

21

13:38:27 1 north-south line, right?
13:38:31 2     A. Yes.
13:38:31 3     Q. The east-west line coming in was a
13:38:33 4 30-inch pipe; is that right?
13:38:34 5     A. Yes.
13:38:35 6     Q. And the north-south line going out was
13:38:37 7 at --
13:38:37 8     A. 30 inches.
13:38:38 9     Q. So the elevation 37.2 is the bottom of
13:38:4410 the east-west pipe coming into that manhole, right?
13:38:4811     A. Yes, yes.
13:38:4912     Q. Manhole No. 6, then, is 87 feet
13:38:5413 upstream; is that right?
13:38:5514     A. Yes.
13:38:5515     Q. Now, there's a notation on Manhole No. 6
13:39:0416 of 5-foot 12-inch RCP; do you see that reference
13:39:1117 here?
13:39:1118     A. Yes.
13:39:1219     Q. And the invert of that 5-foot 12-inch
13:39:1920 RCP was at elevation what?
13:39:2221     A. 40.54.
13:39:2522     Q. So looking at that information that's on
13:39:2723 the plans, you can calculate the depth from the rim
13:39:3124 of the manhole to the invert of the RCP stub?
13:39:3925     A. Correct.
22

13:39:40 1     Q. By subtracting -- you would subtract
13:39:43 2 47.3, being the elevation of the rim, minus 40.54,
13:39:48 3 being the invert of the stub, right?
13:39:50 4     A. Correct.
13:39:51 5     Q. This -- the plans show the 5-foot
13:39:56 6 12-inch RCP -- and, actually, 12-inch -- what is
13:40:00 7 12-inch RCP?
13:40:02 8     A. It's a 12-inch pipe, inside diameter is
13:40:05 9 12 inch.
13:40:0710     Q. Reinforced concrete pipe?
13:40:0911     A. Not necessarily. Well, RCP is
13:40:1312 reinforced concrete pipe, yes.
13:40:1513     Q. How thick is the pipe?
13:40:1614     A. It's about an inch and a half.
13:40:2015     Q. So the 12-inch refers to the inside
13:40:2416 diameter, right?
13:40:2617     A. Yes.
13:40:2618     Q. And the slope of the pipe, according to
13:40:2919 the plans, was at .04; is that right?
13:40:3220     A. Right.
13:40:3321     MR. CHOJNACKI: I'm just going to make a
13:40:3522 general objection that the plans speak for
13:40:3523 themselves.
13:40:3724     MR. BURG: Q. The -- what does the
13:40:3925 slope of that RCP refer to?
23

13:40:43 1     A. The the gradient of the -- of the
13:40:45 2 12-inch going into the manhole. It's only a 5-foot
13:40:51 3 piece of pipe, but still it has to have a positive
13:40:56 4 grading to the manhole.
13:40:57 5     Q. It has to have a positive grading, and
13:41:00 6 why?
13:41:00 7     A. So the future connection of that lateral
13:41:03 8 to the catch basin would flow into the manhole.
13:41:06 9     Q. Do you refer to that 5-inch -- I'm
13:41:1010 sorry -- that 5-foot segment as a "stub"?
13:41:1311     A. Yes.
13:41:1412     Q. So the lowest part of the stub was where
13:41:1713 it met the manhole, right?
13:41:1914     A. Right.
13:41:2015     Q. And the part that's 5 feet away would
13:41:2516 have been the highest part of the pipe, right?
13:41:2717     A. Yes.
13:41:2718     Q. And the entire storm-drain system is
13:41:3319 designed on a gravity-flow system; that is, the
13:41:3620 lowest point would be at Manhole No. 7, right?
13:41:4121     A. That's correct. Of that particular
13:41:4122 line.
13:41:4423     Q. Right. The idea being that whatever
13:41:4924 water flow makes it into the system will flow by
13:41:5325 gravity down to the junction point at Manhole
24

13:41:59 1 No. 7, right?
13:41:59 2     A. Yes.
13:41:59 3     Q. Manhole No. 5 is indicated on the plans
13:42:04 4 as 254 feet upstream from Manhole 6; is that right?
13:42:09 5     A. Yes.
13:42:12 6     Q. And Manhole No. 5 also indicates 5 feet
13:42:15 7 of 12-inch RCP on the south side --
13:42:18 8     A. Yes.
13:42:18 9     Q. -- right? What's the invert of the stub
13:42:2110 shown?
13:42:2211     A. To the south is 41.85.
13:42:2512     Q. And the slope on that stub is what?
13:42:2813     A. .005.
13:42:3114     Q. Is that steeper or shallower than .04?
13:42:3615     A. It's a flatter gradient.
13:42:4016     Q. Manhole No. 4 is how many feet upstream
13:42:4717 from Manhole 5?
13:42:4818     A. 282.
13:42:5119     Q. 282 feet?
13:42:5320     A. Mm-hmm.
13:42:5421     Q. And according to the plans, there are
13:42:5722 two stubs on the south ride, right?
13:42:5923     A. Yes.
13:43:0024     Q. There's a southwest stub that's 5 feet
13:43:0825 long, right?
25

A. They're both -- well, d...5 and --
no. They're both 5 feet. One is a 15-inch pipe.
Q. That's the southwest one, right?
A. Mm-hmm.
Q. Is that a "yes"?
A. Southwest, yes.
Q. And the southeast stub is 5-feet-long,
12-inch pipe, right?
A. Yes.
Q. Near Manhole No. 4 on the plan section
above on Sheet 7, there's some marks — looks like
49.5 -- on the Beachwood property and other marks
with an "X." What do these marks represent?
A. That's the elevation as determined by
the photographic -- photogrammetric survey.
MR. CHOJNACKI: I'm just going to
object. That's a 46.5.
THE WITNESS: Well, there's lots of
them.
MR. CHOJNACKI: But I don't see 49.
Maybe it's upside down to you.
MR. BURG: You're right. I was looking
upside down.
Q. But the mark of 46.5 and other --
A. Ground elevation from aerial survey.

26

Q. Did you do a topographic survey as part
of the project?
A. Our office contracted the topographic
survey of this property -- separate from the other
property -- separate from the -- no. That's not
right. We did the whole thing at the same time.
Q. Do you know who did that topographic
survey?
A. Aerometric Surveys, if not their
predecessor. I'm pretty sure it was Aerometric
Surveys from San Mateo California. Yeah, it's on
here (indicating).
Q. They were the outfit that MacKay & Somps
hired to do --
A. Yes.
Q. -- the topography, right?
A. Yes.
Q. There's a reference in the same area of
the plans we're looking at to "stockpile area"; do
you see that?
A. Mm-hmm.
Q. Is that a "yes"? You need to answer
audibly for the court reporter.
A. Yes.
Q. What does that stockpile area represent?

27

A. T...particular one is for the
strippings to be stockpiled for later disposal or
use.
Q. When you say "strippings," what do you
mean by that?
A. Well, the grass that's growing on the
surface; anything other thing that you would not
want to be used for fill.
Q. What is fill?
A. Well, like for building the subgrade of
streets or the paths for the lots.
Q. Manhole No. 3 is how many feet upstream
from Manhole 4?
A. Another 272 feet.
Q. And that also has a stub on the south
side being 5 feet long, right?
A. Correct.
Q. At a slope of .01; is that right?
A. Yes.
Q. And Manhole No. 2 is how far upstream
from Manhole 3?
A. Another 187 feet.
Q. Does that also have a stub on the south
side?
A. Yes.

28

Q. How -- what --
A. It's a 15-inch double 0 three.
Q. "Double 0 three" being the slope?
A. Yes.
Q. 5 feet long, right?
A. 5 feet.
Q. And the last one, Manhole No. 1, is how
far upstream from Manhole 2?
A. 399 feet.
Q. The -- so the plans show -- actually,
let me go back for a minute.
Is there -- are there any stubs on
Manhole No. 1?
A. No.
Q. And these stubs were, essentially,
jacked into the manhole shaft; is that right?
A. Well, the manhole shaft is cut open, and
the stub is placed in there, and it's concreted in.
Q. So any flow that would get into these
5-foot stub sections we've seen would be able to
get into the main storm-drain pipe through the
manhole shaft, right?
A. Right.
Q. What was the purpose of the stubs on the
south side of these manholes?

29

| | |
|---|---|
| 13:47:45 1 | A. To accommodate the future street of the |
| 13:47:48 2 | Beachwood subdivision. |
| 13:47:49 3 | Q. Were the inlets on the stubs to be |
| 13:47:51 4 | capped? |
| 13:47:51 5 | A. Yes. |
| 13:47:52 6 | Q. Where does it call for that on the |
| 13:47:57 7 | plans? |
| 13:47:57 8 | A. I don't recall that I saw it, but it's |
| 13:48:01 9 | standard procedure to cap all stubs. |
| 13:48:05 10 | Q. Let me direct you on Sheet 7, there's a |
| 13:48:11 11 | detail over here, Redwood box -- inlet box; do you |
| 13:48:11 12 | see that? |
| 13:48:17 13 | A. Yes. |
| 13:48:17 14 | Q. Is that detail for the stubs that we've |
| 13:48:20 15 | been talking about? |
| 13:48:20 16 | A. No. |
| 13:48:21 17 | Q. What is it? |
| 13:48:22 18 | A. I believe that's for this upper |
| 13:48:24 19 | (indicating) -- upper box. No. Let me check this |
| 13:48:28 20 | out. (Witness reviews plans.) |
| 13:49:11 21 | I don't know. At this point, I don't |
| 13:49:11 22 | know. |
| 13:49:15 23 | Q. The redwood box inlet detail there shows |
| 13:49:19 24 | a redwood box connecting to 12-inch RCP; do you see |
| 13:49:23 25 | that? |
| | 30 |

| | |
|---|---|
| 13:49:24 1 | A. Yep. |
| 13:49:24 2 | Q. Is there any other 12 -- |
| 13:49:28 3 | A. It's intended to be a temporary inlet, |
| 13:49:31 4 | but I don't see a note that goes along with it on |
| 13:49:34 5 | this particular sheet. |
| 13:49:36 6 | Q. Why do you say it -- I'm sorry -- why do |
| 13:49:39 7 | you say it's intended to be a temporary inlet? |
| 13:49:42 8 | A. Because it's redwood. |
| 13:49:45 9 | Q. You wouldn't put a permanent inlet in |
| 13:49:47 10 | redwood, right? |
| 13:49:48 11 | A. No, it would be concrete. |
| 13:49:50 12 | Q. Do you -- does looking at that refresh |
| 13:49:51 13 | your recollection as too why there was a temporary |
| 13:49:53 14 | inlet to connect to the 12-inch RCP? |
| 13:49:57 15 | A. My suspicion at this point would be to |
| 13:50:01 16 | pick up the low point in the street before it's |
| 13:50:04 17 | graded; for instance, here. |
| 13:50:08 18 | MR. CHOJNACKI: I'm just -- |
| 13:50:09 19 | MR. BURG: The witness hasn't finished |
| 13:50:12 20 | his answer. |
| 13:50:13 21 | THE WITNESS: Manhole 4, which is the |
| 13:50:15 22 | low point in the existing ground profile, would be |
| 13:50:18 23 | a logical point for that, but I don't see a note |
| 13:50:22 24 | here that says, See detail. |
| 13:50:24 25 | MR. CHOJNACKI: I'm just going to put my |
| | 31 |

| | |
|---|---|
| 13:50:26 1 | objection the record that we don't want you to |
| 13:50:30 2 | speculate. To the extent you remember or that you |
| 13:50:33 3 | can devise from the plans, that's fine, but we |
| 13:50:35 4 | don't want you to guess. |
| 13:50:40 5 | So, objection, calls for speculation. |
| 13:50:45 6 | THE WITNESS: (Witness reviews plans.) |
| 13:50:48 7 | I can't answer the question at this point. |
| 13:50:54 8 | MR. BURG: Q. Let me see if I |
| 13:50:59 9 | understand. The detail for the redwood box inlet |
| 13:51:03 10 | indicates to you that it was to be a temporary |
| 13:51:06 11 | inlet because of being redwood, right? |
| 13:51:09 12 | A. Yes. |
| 13:51:10 13 | Q. But by looking at the plans today, |
| 13:51:12 14 | you're not sure where that was supposed to be; is |
| 13:51:16 15 | that right? |
| 13:51:16 16 | A. That's correct. (Witness reviews |
| 13:51:23 17 | plans.) |
| 13:51:39 18 | No, I don't see anything that pops out. |
| 13:51:53 19 | Q. Do you know why the redwood box inlet |
| 13:51:57 20 | detail was placed on Sheet 7 of the plans? |
| 13:52:02 21 | A. I can only speculate at this point. |
| 13:52:05 22 | Q. Do you have any recollection or a best |
| 13:52:08 23 | recollection, as you sit here today, as to why that |
| 13:52:11 24 | was placed on the plans on Sheet 7? |
| 13:52:13 25 | A. I don't have a specific recollection, |
| | 32 |

| | |
|---|---|
| 13:52:15 1 | but my observation is that it should have been |
| 13:52:18 2 | installed at the low point of the street. |
| 13:52:21 3 | Q. Low point of the street being Manhole 4; |
| 13:52:23 4 | is that right? |
| 13:52:24 5 | A. Yes, and based on the existing ground |
| 13:52:27 6 | conditions. If you didn't have an opening there, |
| 13:52:30 7 | the water would continue to flow or flood. And |
| 13:52:33 8 | with the inlet there, the water would go -- you |
| 13:52:38 9 | know, drain. |
| 13:52:38 10 | Q. When you say, If you didn't have an |
| 13:52:42 11 | inlet there, the water would -- what would the |
| 13:52:46 12 | water do? |
| 13:52:46 13 | A. Well, the area would flood. |
| 13:52:49 14 | Q. Why would the area flood, if you didn't |
| 13:52:52 15 | have an inlet there? |
| 13:52:53 16 | A. Because it's a low point -- low point in |
| 13:52:58 17 | the ground profile, or it will flow on to the |
| 13:53:02 18 | neighboring property. |
| 13:53:03 19 | Q. So looking at the plans today, in |
| 13:53:14 20 | whatever section of the plans you need to look at, |
| 13:53:19 21 | doesn't refresh your memory as to the precise |
| 13:53:25 22 | location of the redwood box inlet? |
| 13:53:28 23 | A. No. |
| 13:53:28 24 | Q. Do you know if any redwood box inlet was |
| 13:53:31 25 | constructed anywhere on the north side of |
| | 33 |

**Page 34**

Beachwood?

A. I don't.

Q. Is there any notation to the redwood box inlets in the reference chart for construction details on Sheet 2?

A. Not that I noticed (indicating).

Q. Looking at the legend at the top?

A. Yeah. See, there's references to inlet boxes and catch basins.

Q. Is there anything in the reference chart below that?

A. (Witness reviews plans.) No.

Q. Actually, under the reference chart for construction detail, do you see under concrete, there's a reference to redwood box inlet?

A. There is.

Q. That's just a reference to the same --

A. The same detail we were just talking, yes.

Q. Referring you to Sheet 8 of the plans?

A. (Witness complies.)

Q. It's the page Bate's stamped --

A. This is 8.

Q. -- ending in 48 on the Bate's stamp number.

**Page 35**

At the easternmost edge of the north side of the Beachwood property, there is an inlet shown, right?

A. Yes.

Q. What kind of inlet is that?

A. A rectangular inlet to pick up the drainage swale.

Q. When you say "the drainage swale," what do you mean by that?

A. Well, we have a to-be-constructed swale along the northerly boundary and also a drainage swale to be -- existing to be improved leading into the Dykstra property, and that catch basin is to pick up those flows.

Q. When you say "swale," what do you mean by that?

A. A depression (indicating).

Q. For surface water to flow through and into the inlet; is that right?

A. Yes.

Q. The notation on the bottom, I think you referred to, Intercept existing swale; is that right?

A. Intercept existing swale and redirect to inlet. Minimize vegetation disturbance.

**Page 36**

Q. I... t redirecting the preexisting flow towards that inlet point?

A. Yes.

Q. For what purpose?

A. To pick up the water so that -- you know, the existing swale's down here, and it would go over here on this property (indicating), so we were trying to pick up the water.

Q. Pick up the flow, get it into the pipe system and ultimately out to Pilarcitos Creek; is that where it would end up?

A. Yeah, right.

Q. Long time ago.

A. Yeah.

Q. And there's also a notation on the north side of that inlet structure, Grade 125 feet V-ditch; do you see that?

A. Yes.

Q. What's a V-ditch?

A. Well, it's a swale. Just another version of a swale.

Q. Is that --

A. It's a "V" (indicating); you know, it's a sharper situation.

Q. Is that concreted, or is it natural?

**Page 37**

A. No, that's intended to be natural.

Q. And the detail for that is over on the right-hand side; is that right?

A. Section B: 12 inches deep, 10 feet wide.

Q. And that V-ditch to be 125 feet long was also to direct surface flow into the inlet, right?

A. Right.

Q. Where would that surface flow that was to be directed by the 125-foot V-ditch otherwise flow if that ditch hadn't been constructed?

A. To the south on the adjoining property. There's an existing swale here (indicating), so we're intercepting that existing swale.

Q. Same question as to the intercept existing swale to the east of the Beachwood property, where would that have otherwise flowed if that --

A. In the same direction.

Q. The property to the north of the Beachwood property was at some point called the Glen Creek property; do you remember that?

A. Yes.

Q. So both those swales that we've been discussing would have otherwise flowed on to the

13:59:57 1 Glen Creek property; is that right?

13:59:59 2    A. Yes.

13:59:59 3    Q. And they were redirected in order to
14:00:03 4 flow into the inlet at the very easterly end of the
14:00:07 5 north side of the Beachwood property, right?

14:00:09 6    A. Right.

14:00:10 7    Q. It's actually located to the east of the
14:00:16 8 eastern border --

14:00:18 9    A. Yes.

14:00:19 10    Q. -- of the Beachwood property, right?

14:00:21 11    A. Right.

14:00:25 12    Q. If you can take a look at Sheet 14 of
14:00:31 13 the plans?

14:00:31 14    A. (Witness complies.)

14:00:34 15    Q. Sheet 14 is the detail for the easterly
14:00:44 16 segment of Terrace Avenue, correct?

14:00:47 17    A. Correct.

14:00:48 18    Q. And it also shows the inlet that was to
14:00:53 19 be constructed here on the southerly border of the
14:01:01 20 Beachwood property, right (indicating)?

14:01:05 21    A. Yes.

14:01:06 22    Q. The inlet was to be constructed at what
14:01:17 23 station?

14:01:19 24    A. 18 plus 10.

14:01:23 25    Q. How do the stations work?

38

14:01:25 1    A. Usually from the bottom of the hill
14:01:28 2 working their way up. Usually start at 1 plus 0.
14:01:35 3 (Witness reviews plans.)
14:01:40 4    This would have probably started in here
14:01:42 5 because we're on a side line (indicating). The
14:01:51 6 stationing on Terrace, for instance, started at 0
14:01:54 7 plus 00, at the center of the highway.

14:01:57 8    Q. Okay. And each -- from Station 0 to
14:01:59 9 Station 1 is a hundred feet?

14:02:01 10    A. Yes.

14:02:01 11    Q. So --

14:02:07 12    A. This profile up here is of this storm
14:02:10 13 drain (indicating).

14:02:11 14    Q. So pick up the same station location as
14:02:15 15 on Terrace down below?

14:02:17 16    A. (Witness reviews plans.) It looks like
14:02:33 17 it, yes. Because you have 9 -- 9 plus 30, and
14:02:42 18 that's in that same range. So then you come up
14:02:45 19 this back line.

14:02:46 20    Q. The station locations along Terrace
14:02:49 21 Avenue are indicated 10, 11, right?

14:02:54 22    A. Yes.

14:02:54 23    Q. Then the profile view at the top is --

14:02:56 24    A. The storm drains. 10, 11 marked on the
14:03:00 25 storm drains.

39

14:03:01 1    MR. CHOJNACKI: The record we're looking
14:03:03 2 at is page 14?

14:03:05 3    THE WITNESS: Page 14, easterly portion
14:03:07 4 of Terrace Avenue.

14:03:08 5    MR. BURG: Q. So the inlet
14:03:10 6 construction, then, would be 1,810 feet from
14:03:19 7 Highway 1?

14:03:22 8    A. Not necessarily. (Witness reviews
14:03:49 9 plans.)

14:04:34 10    I can't tell without really studying,
14:04:37 11 but approximately, yes.

14:04:41 12    Q. The inlet structure to be built at
14:04:46 13 Station 18 plus 10 on the southerly boundary of the
14:04:55 14 Beachwood property was to have a debris rack cage
14:05:00 15 on the top of it; is that right?

14:05:01 16    A. Yes.

14:05:02 17    Q. What is a debris rack cage?

14:05:05 18    A. It's a steel cage designed to allow the
14:05:08 19 water through, but the debris -- branches, trees,
14:05:15 20 logs -- not to flow into the storm drain.

14:05:21 21    Q. Why do you design it that way?

14:05:22 22    A. Don't want to plug up the storm line.

14:05:29 23    Q. The storm-drain pipe was 48 inches in
14:05:33 24 this area; is that right?

14:05:35 25    A. It's 48 -- the last leg is 48. It's 54

40

14:05:46 1 down here, and it's 48 (indicating).

14:05:48 2    Q. So from the inlet it was 48 inches
14:05:52 3 proceeding downstream for 410 feet to a manhole,
14:05:56 4 right?

14:05:57 5    A. Mm-hmm.

14:05:57 6    Q. Is that a "yes"?

14:05:59 7    A. Yes.

14:05:59 8    MR. CHOJNACKI: You mean proceeding to
14:06:02 9 the west?

14:06:03 10    MR. BURG: Proceeding downstream.

14:06:05 11    Q. And then it continued to proceed
14:06:07 12 downstream a section of 504 feet of 48-inch pipe,
14:06:13 13 right?

14:06:13 14    A. Yes.

14:06:14 15    Q. Then it curved to the south along Golden
14:06:18 16 Gate Avenue, right?

14:06:18 17    A. Right.

14:06:19 18    Q. Now, the -- where was the -- the
14:06:26 19 elevation of the inlet -- the 48-inch inlet?

14:06:31 20    A. Surface or invert?

14:06:33 21    Q. The surface.

14:06:39 22    A. 6184.

14:06:42 23    Q. Is 6184 the bottom of the debris rack?

14:06:46 24    A. Yes.

14:06:46 25    Q. So the top of the debris rack would be

41

14:06:53 1 approximately 4 feet abov███t?
14:06:54 2     A. Yes, 4 feet.
14:06:57 3     Q. 65.84, approximately?
14:06:59 4     A. Mm-hmm.
14:07:00 5     Q. Yes?
14:07:00 6     A. Yes.
14:07:01 7     Q. And what was the elevation of the invert
14:07:03 8 at the bottom of the 48-inch storm pipe at the
14:07:06 9 inlet?
14:07:07 10     A. 54.96.
14:07:14 11     Q. The debris cage had a diameter of what?
14:07:24 12     A. 5-foot diameter.
14:07:29 13     Q. And that's -- is that — what's the
14:07:36 14 diameter of the vertical pipe?
14:07:42 15     MR. CHOJNACKI: Objection, vague and
14:07:43 16 ambiguous.
14:07:43 17     MR. BURG: Yeah, you're right.
14:07:45 18     Q. We've got a 48-inch pipe running
14:07:49 19 east-west, right?
14:07:50 20     A. Mm-hmm.
14:07:50 21     Q. Is that a "yes"?
14:07:51 22     A. Yes. I'll get it yet.
14:07:56 23     Q. And the manhole shaft or the shaft that
14:07:59 24 runs down to the bottom of that pipe is what
14:08:04 25 diameter?

                                42

14:08:05 1     A. Well, it's a box and it's 5 feet across.
14:08:09 2     Q. Okay.
14:08:10 3     A. Which is 60 inches. It's big.
14:08:14 4     Q. And — so, basically, a 60-inch square
14:08:18 5 box?
14:08:19 6     A. Yes.
14:08:20 7     Q. That connects --
14:08:21 8     A. But the rack on the top is circular.
14:08:24 9     Q. Okay. How do you transition from the
14:08:30 10 square box — square shaft to the round debris cage
14:08:33 11 on top?
14:08:34 12     A. Partial slab.
14:08:36 13     Q. Can you explain that?
14:08:37 14     A. Well, I mean, if you look at the detail,
14:08:40 15 they show it concrete (indicating) circle with the
14:08:45 16 opening at four-and-a-half feet, and we have detail
14:08:49 17 showing the structural slab going to the edge of
14:08:52 18 the vertical pipe.
14:08:53 19     Q. Okay.
14:08:54 20     A. So it's a partial slab because it's got
14:08:59 21 an opening there to accommodate the circle.
14:09:01 22     MR. CHOJNACKI: For the record, he's
14:09:02 23 indicating the diagrams on page 14.
14:09:05 24     MR. BURG: Q. You're looking at page 14
14:09:09 25 of the plans, right?

                                43

14:09:10 1     A. Co██
14:09:10 2     Q. So let me see if I can put this
14:09:12 3 together. You got a — a — I don't know what you
14:09:21 4 have. You have a cylindrical base on the bottom of
14:09:26 5 the debris cage; is that it?
14:09:28 6     A. No, you have a square.
14:09:29 7     Q. You have a square base. On top of the
14:09:31 8 square base, you have a round area of concrete?
14:09:33 9     A. Well, you have a round opening to
14:09:37 10 accommodate the circular trash rack.
14:09:40 11     Q. So you have a round opening on a square
14:09:43 12 box?
14:09:43 13     A. Correct.
14:09:44 14     Q. Is that right? On top of the round
14:09:47 15 opening sits the debris cage or trash rack, right?
14:09:53 16     A. Correct.
14:09:54 17     Q. There's also an indication of some — is
14:09:58 18 there some corrugated metal pipe associated with
14:10:02 19 the debris cage?
14:10:03 20     A. (Witness reviews plans.) I'm not seeing
14:10:17 21 corrugated metal pipe. Oh, 8 inches of 60-inch
14:10:27 22 CMP. Oh, there is a pan that's sort of like a
14:10:30 23 coupler to hold the height. 8-inch band coupler
14:10:40 24 per standard detail, so that's CMP band at the top
14:10:45 25 and the bottom.

                                44

14:10:47 1     Q. So the trash rack is made of 4-foot
14:10:51 2 high -- 4-foot high -- what's — help me out here.
14:10:59 3     A. Bars.
14:11:02 4     Q. 4-foot high bars. How many of them?
14:11:04 5     A. Whatever it takes. It doesn't say how
14:11:09 6 many. 26 4-foot long posts, 2-inch pipe.
14:11:13 7     Q. So 26 of them in a circle, right?
14:11:17 8     A. Mm-hmm.
14:11:17 9     Q. Each 4-foot high; is that right?
14:11:19 10     A. Yes.
14:11:20 11     Q. And then at the top, there's a cage
14:11:21 12 that's put on the top of it, too?
14:11:23 13     A. Bars on the top.
14:11:25 14     Q. And if I understand what you're saying,
14:11:27 15 then, there's a strip of corrugated metal pipe at
14:11:31 16 the top and the bottom of the trash rack to -- to
14:11:36 17 what?
14:11:36 18     A. Hold the reinforcing -- the bars.
14:11:41 19     Q. Okay.
14:11:42 20     A. It's a weird design, but it works.
14:11:46 21     Q. Okay.
14:11:47 22     A. Well, it did work the last time I was up
14:11:55 23 there.
14:11:55 24     Q. When was the last time you were up
14:11:55 25 there?

                                45

14:11:55 1    A. I can't tell you when it was. After
14:11:57 2 construction.
14:11:58 3    Q. Have you been to the Beachwood property
14:12:07 4 after 2000?
14:12:09 5    A. No.
14:12:10 6    Q. If I told you that construction of the
14:12:17 7 Terrace Avenue Assessment District project was in
14:12:22 8 the period 1984 to 1985, based on that, could you
14:12:27 9 tell me when the last time was you were at the
14:12:29 10 Beachwood property?
14:12:31 11    A. Well, I can't -- I could not pin down a
14:12:34 12 date because I visited the Dykstra property on
14:12:37 13 numerous occasions after that.
14:12:39 14    Q. Dykstra property being -- I'm sorry.
14:12:42 15    A. And you drive by and through and look at
14:12:45 16 it, so, you know.
14:12:45 17    Q. For the record, the Dykstra property is
14:12:50 18 the property to the east of the Beachwood property
14:12:55 19 uphill, right?
14:12:55 20    A. Yes, and a part of the assessment
14:12:57 21 district.
14:12:58 22    Q. Did you ever make any inspection of
14:13:00 23 the -- any part of the storm-drain system that was
14:13:03 24 built on the Beachwood property after it was
14:13:06 25 constructed?

46

14:13:08 1    MR. CHOJNACKI: Objection, vague and
14:13:10 2 ambiguous as to "inspection."
14:13:11 3    But go ahead and answer, if you can.
14:13:13 4    THE WITNESS: Well, the only -- the only
14:13:15 5 parts that I could say I looked at was to make sure
14:13:18 6 that they built the pickup points at the easterly
14:13:24 7 end the way it was intended, the trash rack and
14:13:28 8 here, and the other pickup on the other part of the
14:13:34 9 Dykstra property.
14:13:35 10    MR. BURG: Q. The inlet on the north
14:13:37 11 side of Beachwood?
14:13:37 12    A. Yes.
14:13:38 13    Q. Is that what you're referring to?
14:13:40 14    A. Mm-hmm.
14:13:40 15    Q. Now, by -- getting back to Sheet 14 of
14:13:45 16 the plans, can you tell how high the top of the
14:13:55 17 inlet structure -- the top of the debris rack cage
14:14:01 18 was to be from the flow line of the creek?
14:14:07 19    A. Well, you can interpolate based on the
14:14:17 20 contour shown in the plans as to what it is, you
14:14:22 21 know. There is an indication that the swale here
14:14:24 22 is at 62, roughly. We already talked about it
14:14:40 23 being up at 65 feet at the top. 6584. 4 plus
14:14:48 24 6184.
14:14:49 25    Q. The flow line of the creek, is that

47

14:14:51 1 shown at the location of inlet?
14:14:52 2    A. Yes.
14:14:53 3    Q. So at the location of the inlet, the
14:14:55 4 flow line of the creek was at approximately what
14:14:59 5 elevation?
14:14:59 6    A. It's like 61 -- 61 and a half.
14:15:03 7    Q. So the top of the debris rack was,
14:15:08 8 according to the plans, to be a bit more than
14:15:13 9 4 feet higher than the flow line of the creek; is
14:15:17 10 that right?
14:15:17 11    A. Right, right.
14:15:19 12    Q. There's also a detail below the debris
14:15:30 13 rack cage which shows backfilling the existing
14:15:34 14 creek to top of bank; do you see that?
14:15:38 15    A. Here (indicating)?
14:15:39 16    Q. Yes, there's notation there.
14:15:41 17    A. Mm-hmm.
14:15:42 18    Q. To backfill existing creek to
14:15:44 19 approximate top of bank; do you see that?
14:15:46 20    A. Mm-hmm.
14:15:46 21    Q. That's a "yes"?
14:15:47 22    A. Yes.
14:15:48 23    Q. The inlet -- the 48-inch inlet was
14:15:54 24 placed in the flow line of the creek, right?
14:15:56 25    A. Yes, at the upper end.

48

14:15:58 1    Q. Okay. What do you mean by "the upper
14:16:00 2 end"?
14:16:01 3    A. Well, the end of the pipe at the point
14:16:03 4 of pickup.
14:16:05 5    Q. The inlet, then, to the 48-inch line
14:16:15 6 was --
14:16:15 7    A. In the swale.
14:16:17 8    Q. -- in the swale. What's the difference
14:16:20 9 between a swale and a creek?
14:16:22 10    A. It's more defined, the creek.
14:16:24 11    Q. Was this a creek or a swale?
14:16:27 12    A. I'd call it a swale.
14:16:29 13    Q. And how -- I take it that the swale
14:16:34 14 continued upstream from the place the inlet was
14:16:38 15 located, right?
14:16:39 16    A. Yes.
14:16:40 17    Q. And before the end that it was placed,
14:16:43 18 it also proceeded downstream, right?
14:16:43 19    A. Yes.
14:16:48 20    Q. How did you decide where to put the
14:16:51 21 inlet in the swale?
14:16:53 22    A. Just seemed to be the most logical
14:16:57 23 place.
14:16:57 24    Q. Based on visiting the site?
14:16:59 25    A. Yeah, based on existing conditions.

49

Q. And the area behind ⬤ debris rack cage was to be backfilled at a two-to-one slope; is that right?

A. Yes.

Q. So -- and what's the purpose of doing that?

A. Because that's about as steep as you can go and have a stable bank.

Q. But what was the reason for backfilling in a steep sloped area downstream from the —

A. Well, the idea was to keep the water from going down the hill; catch the water and let it flow into the inlet structure; otherwise, why put in the storm drain?

Q. You put in the storm drain because you wanted to collect the water instead of having it dump on the property, right?

A. Right.

Q. And backfilling at a two-to-one slope behind the debris rack cage was intended to catch flow that went around the debris rack cage and keep it in a location where it could flow into the drain before it flowed onto the property, right?

A. Right.

Q. At the end of Terrace Avenue, there's a

50

notation, Ditch to creek, on the plans; do you see that?

A. Mm-hmm.

Q. Pointing it out at the easterly end of Terrace Avenue; do you see that?

A. Mm-hmm.

Q. Is that a "yes"?

A. Yes.

Q. What was that to be?

A. That's to intercept the flow. If you look at the contours here, there is an existing ditch (indicating) within the Terrace Avenue subdivision. We're just moving it outside of the Terrace Avenue subdivision on to the Dykstra property — with their permission, of course — to get it down there and down to the creek.

Q. So that's directing flow through that ditch into the creek and the 48-inch inlet, right?

A. Yes.

Q. Was the —

A. Just looking at why we stopped there, you can see there's heavy growth of trees (indicating). Probably didn't want to tear out any more trees than we had to, so we stopped at a logical point.

51

Q. Y⬤ e looking at Exhibit 8, the aerial photo?

A. Yes.

Q. And that's towards the question I asked of: Why did you put it where you put it?

A. That's exactly what I was trying to say.

MR. CHOJNACKI: I think that prior question might have been a different storm drain, but --

MR. BURG: No, we were talking about the 48-inch storm drain.

Q. Was the debris rack indicated on Sheet 14 of the plans built?

A. Yes.

Q. When it was built, was it a bit more than 4 feet above the flow line of the creek?

A. I can't say.

Q. Was it built according to the plans, as far as you know?

A. Yes.

Q. When it was completed, did the water from the creek or the swale flow into the inlet structure?

A. Yes.

Q. Were there any obstructions upstream of

52

the inlet in the creek which prevented the water from making its way to the 48-inch inlet?

A. Not that I'm aware of.

Q. Can you describe to me the condition of the creek or the swale upstream from the 48-inch inlet after it was constructed?

A. After it was constructed?

Q. Yeah.

A. It was left as natural as possible except for the disturbance at the junction point.

Q. And how wide was the banks that you built around the debris rack?

A. I don't recall.

Q. Was it — but it was an open and clean flow of water —

A. Yes.

Q. — from the creek into the inlet?

A. Definitely.

Q. You say "definitely." Do you remember seeing that?

A. Yes.

Q. Was that an important part of the project?

A. Yes.

Q. Why?

53

**Page 54**

```
14:21:23  1        A.  Because more than we've even been
14:21:26  2   talking about here, part of this project was to
14:21:29  3   relieve storm problems that the city had in the
14:21:35  4   Grandview Terrace area, which was historically an
14:21:39  5   area of flooding; had been for 30 years, 40 years,
14:21:45  6   50 years.  All this water -- well, since the
14:21:48  7   highway was built.  All this water, including the
14:21:51  8   water from this area (indicating), all went down
14:21:54  9   and flooded out Grandview Terrace.  All of these
14:21:58 10   improvements (indicating) -- even though they
14:21:59 11   didn't pay for it down there, all of these
14:22:03 12   improvements intercepted that water and got it to
14:22:05 13   the creek.
14:22:07 14        Q.  This Grandview Terrace, is that
14:22:11 15   indicated on Exhibit 8?
14:22:11 16        A.  This area here (indicating).
14:22:13 17        Q.  So that was the subdivision that was
14:22:14 18   north of the Beachwood property, right?
14:22:16 19        A.  You can see all this water (indicating),
14:22:20 20   everything from up here all ended up here, and
14:22:23 21   there was no capacity for it.  Flooded out all the
14:22:25 22   time.
14:22:25 23        Q.  So if I understand what you're saying,
14:22:27 24   then, the pre-project flow from the hills to the
14:22:32 25   east would flow down the hills, across the
                                                      54
```

**Page 55**

```
14:22:37  1   Beachwood property and ultimately to Grandview
14:22:40  2   Terrace, cause flooding there?
14:22:42  3        A.  Yes.
14:22:42  4        Q.  And one of the purposes of this
14:22:43  5   improvement project, the Terrace Avenue Assessment
14:22:48  6   District project, was to try to alleviate that
14:22:50  7   condition and prevent --
14:22:50  8        A.  Well, that was incentive by the city to
14:22:54  9   go along with the project because they wanted to
14:22:57 10   help their other problems, which were very serious.
14:22:59 11        Q.  The "other problems" being the Grandview
14:22:59 12   Terrace flooding?
14:23:04 13        A.  Yeah.  And to my knowledge, Grandview
14:23:08 14   hasn't flooded since.  Not that I'm there very
14:23:10 15   often, but ...
14:23:12 16        Q.  On Sheet 16 of the plans, there is shown
14:23:19 17   a debris rack cage that was to be constructed east
14:23:23 18   of the easterly end of Highland; do you see that?
14:23:27 19        A.  Yes.
14:23:27 20        Q.  That was -- that was a little smaller
14:23:29 21   than the one than at the east -- on the south side
14:23:34 22   of Beachwood, right?
14:23:36 23        A.  It was on a smaller pipe.
14:23:37 24        Q.  Is that right?
14:23:38 25        A.  Yes.  We had a 36-inch pipe instead of a
                                                      55
```

**Page 56**

```
14:23:38  1   48.
14:23:43  2        Q.  So there were three inlets built as part
14:23:47  3   of this project to intercept water flowing from the
14:23:52  4   easterly hills.  The northerly most one being on
14:23:58  5   the north side of Beachwood?
14:24:01  6        A.  Mm-hmm.
14:24:02  7        Q.  Is that right?
14:24:02  8        A.  Yes.
14:24:03  9        Q.  And the middle one being the 48-inch
14:24:07 10   inlet on the south side of Beachwood, right?
14:24:10 11        A.  Yes.
14:24:11 12        Q.  And the southerly one being the 36-inch
14:24:11 13   inlet east of Highland Avenue, right?
14:24:18 14        A.  Yes.
14:24:18 15        Q.  The largest of those was the 48-inch
14:24:20 16   inlet that was built on the south side of
14:24:23 17   Beachwood; is that right?
14:24:23 18        A.  Yes.
14:24:25 19        Q.  Why was that the largest?
14:24:27 20        A.  Because it had the most flow coming into
14:24:31 21   it.
14:24:46 22        MR. BURG:  Let me show you a map that
14:24:48 23   we'll mark next in order as Exhibit 70.
14:24:52 24        (Whereupon, Deposition Exhibit 70 was
14:25:01 25   marked for identification.)
                                                      56
```

**Page 57**

```
14:25:01  1        MR. BURG:  Q.  Can you describe for me
14:25:03  2   what Exhibit 70 is?
14:25:06  3        A.  Topographic map titled, "Drainage Study
14:25:14  4   for Kehoe-Chesterfield Drainage Sheds."
14:25:18  5        Q.  And what's the purpose of the area
14:25:20  6   outlined on Exhibit 70?
14:25:24  7        A.  Defines the limits of the drainage flow
14:25:32  8   from the adjoining properties to be used for the
14:25:36  9   design of the drainage system.
14:25:40 10        Q.  Let's see.  Is -- is this indicating
14:25:48 11   that part of the flow from the hills to the east
14:25:56 12   flowed into the Chesterfield ditch and a different
14:26:01 13   part of it flowed to the Kehoe ditch?
14:26:04 14        A.  Right.
14:26:05 15        Q.  And the line is -- the demarcation line,
14:26:08 16   is that shown here; is that right?
14:26:08 17        A.  Well, that was a line that was drawn at
14:26:11 18   one time, but that was changed somewhat by the --
14:26:14 19   by the design of the actual drainage system, where
14:26:17 20   we're picking up this additional area (indicating).
14:26:20 21        Q.  So that's -- Exhibit 70 isn't showing
14:26:23 22   the -- the natural demarcation line between --
14:26:32 23        A.  Generally natural, but not precisely.
14:26:36 24        Q.  Okay.  But if I -- I thought I
14:26:39 25   understood what you were saying, that maybe at one
                                                      57
```

14:26:42 1 point this was the plan for [●] the drainage would
14:26:42 2 be divided, but it actually changed a little bit;
14:26:46 3 is that right?
14:26:46 4 A. It was just a study at one point in
14:26:49 5 time, yeah.
14:26:49 6 Q. Now, there's a -- the swale or creek
14:26:58 7 that flowed into the southeast corner of Beachwood
14:27:02 8 is indicated on Exhibit 70; do you see that?
14:27:05 9 A. Say again?
14:27:07 10 Q. The swale or creek that flowed into
14:27:12 11 the southeast corner of Beachwood is indicated
14:27:17 12 starting up in the hills; do you see that?
14:27:20 13 A. Okay. Yeah.
14:27:22 14 Q. And --
14:27:23 15 MR. CHOJNACKI: The dotted line?
14:27:25 16 THE WITNESS: Yeah, it's a dash with
14:27:27 17 three dots.
14:27:28 18 MR. BURG: Q. What does that indicate?
14:27:29 19 A. That's a drainage -- a natural drainage
14:27:32 20 course based on the topo.
14:27:34 21 Q. And what the -- that basically starts,
14:27:42 22 what, up at -- on this map goes up to about
14:27:45 23 elevation 400?
14:27:46 24 A. Yeah. Well, 380.
14:27:46 25 Q. And --

58

14:27:50 1 A. Well, actually, it goes all the way to
14:27:52 2 the top, but, you know.
14:27:54 3 Q. Can you -- can you trace that line
14:27:56 4 that's placed on this map with the pen that I'm
14:27:59 5 going to give you just so we know we're talking
14:28:04 6 about that drainage line?
14:28:07 7 A. (Witness marks on exhibit.)
14:28:35 8 THE VIDEOGRAPHER: Somebody's Blackberry
14:28:38 9 is interfering with the audio.
14:28:41 10 MR. BURG: Q. The line that you just
14:28:43 11 drew over, what does that indicate?
14:28:45 12 A. The swale that is reflected on this topo
14:28:48 13 map.
14:28:48 14 Q. The natural flow of drainage; is that
14:28:51 15 right?
14:28:51 16 A. Yes, yes.
14:28:53 17 Q. So the natural flow of drainage from the
14:28:53 18 hills to east, then, would have flowed down towards
14:28:58 19 the southeast corner of the Beachwood property,
14:29:01 20 right?
14:29:02 21 A. Yes.
14:29:03 22 Q. And then continued to flow east, and
14:29:04 23 then turn north and flowed across Beachwood, and
14:29:08 24 then across the Glen Creek property --
14:29:10 25 A. Yes.

59

14:29:11 1 Q. -- [●]ds Grandview Terrace where --
14:29:15 2 was there some sort of a constructed storm-drain
14:29:18 3 system at that point that would carry the flow out
14:29:21 4 to the Kehoe ditch?
14:29:22 5 A. There's a -- there was a ditch that the
14:29:26 6 city constructed through here (indicating) and
14:29:29 7 through here, and then the culverts.
14:29:31 8 Q. "Through here" meaning on the southerly
14:29:34 9 side of Grandview Terrace, right?
14:29:37 10 A. Yes.
14:29:37 11 Q. But the natural flow would have flowed
14:29:39 12 across Beachwood, across Glen Creek, towards
14:29:44 13 Grandview, right?
14:29:45 14 A. Yes.
14:30:24 15 MR. BURG: Next in order, hand you what
14:30:27 16 we'll mark as Exhibit 71.
14:30:41 17 (Whereupon, Deposition Exhibit 71 was
14:30:42 18 marked for identification.)
14:30:42 19 MR. BURG: Q. 71 do you recognize as a
14:30:46 20 MacKay & Somps map, "Terrace Avenue Area Assessment
14:30:51 21 District Master Storm Drain Concept"; do you see
14:30:52 22 that?
14:30:55 23 A. I see it, and I note that it's very
14:30:59 24 similar to the one we were just looking at.
14:31:01 25 Q. Looks like an excerpt from the previous

60

14:31:05 1 map?
14:31:05 2 A. Slightly different title on it.
14:31:09 3 Q. Natural pre-project topography; is that
14:31:11 4 right?
14:31:11 5 A. Yes.
14:31:22 6 MR. BURG: Next in order is a map which
14:31:29 7 we'll mark as Exhibit 72.
14:31:32 8 (Whereupon, Deposition Exhibit 72 was
14:31:34 9 marked for identification.)
14:31:34 10 MR. BURG: Q. Can you explain for me in
14:31:42 11 general what Exhibit 72 is?
14:31:44 12 A. This would be the calculation sheet for
14:31:49 13 the storm drainage design. It breaks up the areas
14:31:55 14 into the acreages that are going to get to the
14:32:01 15 various pickup points in the drainage system so
14:32:04 16 that each area is identified by acreage and letter,
14:32:10 17 and from that you develop the design for the
14:32:15 18 storm-drain system. And the charts on the left
14:32:20 19 side are -- are the actual calculations.
14:32:23 20 Q. The end result of the calculation
14:32:25 21 being --
14:32:25 22 A. Yes.
14:32:26 23 Q. -- the design size of the pipe?
14:32:27 24 A. The size and slope of the pipe.
14:32:30 25 Q. So the map, Exhibit 72, divides the

61

14:32:40 1 property in the Terrace Avenue Assessment District
14:32:43 2 into different subareas; is that right?
14:32:45 3     A. Mm-hmm, yes.
14:32:46 4     Q. The biggest subarea is Area H; is that
14:32:51 5 right?
14:32:51 6     A. Yes.
14:32:52 7     Q. And there's "H" in a circle and below
14:32:57 8 that 128.3. Is that 128.3 acres?
14:32:57 9     A. Yes.
14:33:08 10     Q. And the Area H of 128.3 acres was
14:33:09 11 designed to flow into the 48-inch inlet to be
14:33:12 12 constructed on Beachwood; is that right?
14:33:14 13     A. Yes.
14:33:17 14     Q. Drainage Area K was 40.9 acres, right?
14:33:26 15     A. Yes.
14:33:27 16     Q. And that was designed to flow into the
14:33:31 17 36-inch inlet east of Highland Avenue, right?
14:33:34 18     A. Yes.
14:33:35 19     Q. And then Drainage Area A is 26.5 acres;
14:33:40 20 is that right?
14:33:41 21     A. "A"? Yes.
14:33:42 22     Q. That was designed to flow into the inlet
14:33:45 23 that was to be constructed on the north side of
14:33:47 24 Beachwood; is that right?
14:33:49 25     A. Correct.

62

14:33:51 1     Q. How do you determine the subareas on a
14:33:54 2 map like this?
14:33:56 3     A. Well, for instance, "J" is based on the
14:34:01 4 street-fronting lots (indicating) down to the
14:34:04 5 natural point of pickup along Terrace Avenue. Now,
14:34:09 6 "H," which is the big area, we're looking at the
14:34:12 7 contours to separate one area from the other; in
14:34:16 8 other words, the ridge line on the north and the
14:34:19 9 ridge line on the south, even though it may not be
14:34:23 10 really heavily defined, but it's -- from the topo,
14:34:27 11 you can see it's going right along the ridge line.
14:34:36 12 And, of course, we weren't installing any drainage
14:34:39 13 on the Dykstra property because we didn't know what
14:34:42 14 they were going to do with it then, so we left that
14:34:46 15 open.
14:34:46 16     Q. Still don't.
14:34:49 17     A. Unfortunately, not.
14:34:51 18     Q. Did you ever have any discussions with
14:34:53 19 anyone at the city at Half Moon Bay regarding
14:34:55 20 maintenance of the storm-drain system that was
14:34:59 21 built as part of the Terrace Avenue Assessment
14:35:02 22 District project?
14:35:03 23     A. It's standard procedure and understood
14:35:05 24 that the city was going to maintain it, as long as
14:35:08 25 it was installed to their standards.

63

14:35:10 1     Q. Was installed to their standards?
14:35:10 2     A. It was.
14:35:13 3     Q. Did the storm-drain system require a
14:35:16 4 plan of maintenance to function properly?
14:35:18 5     A. No.
14:35:19 6     Q. What type of maintenance, if any, was
14:35:23 7 required for the system?
14:35:24 8     A. Just to make sure that things were
14:35:27 9 flowing and the pickups were not getting plugged.
14:35:30 10 Water was getting to where it was supposed to go.
14:35:33 11     Q. Do you know whether the city ever had
14:35:36 12 any plan of maintenance for the storm-drain system?
14:35:38 13     A. Plan of maintenance?
14:35:40 14     Q. Yes.
14:35:41 15     A. I would be suspect if they did.
14:35:43 16     Q. Do you know if the city ever did any
14:35:45 17 maintenance on the system?
14:35:47 18     A. That I don't know. I know they did a
14:35:49 19 lot of maintenance over on Grandview because that's
14:35:53 20 where their problem was before this project. So
14:35:56 21 they probably saved a lot of money on maintenance.
14:35:59 22     Q. But you don't know personally whether
14:36:00 23 the city ever did maintenance on the --
14:36:02 24     A. No.
14:36:00 25     Q. -- storm-drain system that was

64

14:36:00 1 constructed as part --
14:36:00 2     A. I have no --
14:36:03 3     THE REPORTER: Wait, wait, wait. You
14:36:04 4 have to let him finish the question. I'm sorry.
14:36:05 5     THE WITNESS: Gotcha.
14:36:07 6     MR. BURG: Q. You don't personally know
14:36:09 7 whether the city ever did any maintenance on any
14:36:12 8 part of the storm-drain system that was constructed
14:36:12 9 as part of the Terrace Avenue Assessment District
14:36:14 10 project; is that right?
14:36:14 11     A. I would have no way of knowing that.
14:36:16 12     Q. Did you ever have any discussions with
14:36:19 13 anyone at the city about any maintenance of any
14:36:21 14 part of this storm-drain system?
14:36:23 15     A. No.
14:36:38 16     Q. Earlier you said that you had made
14:36:42 17 visits to the Dykstra property after 1984 or 1985,
14:36:50 18 and on those occasions, at least, you drive by the
14:36:54 19 Beachwood property, right?
14:36:55 20     A. Yes.
14:36:56 21     Q. Did you ever, at any time after the
14:36:58 22 system was constructed, actually physically go and
14:37:02 23 inspect the 48-inch inlet that was constructed on
14:37:05 24 the Beachwood property?
14:37:07 25     A. Not long after it was built, I know I

65

14:37:13 1 inspected that particular one. Now I have, many
14:37:19 2 occasions, gone by and looked at this one
14:37:23 3 (indicating) because I was always curious as to how
14:37:25 4 it would really work.
14:37:27 5     Q. "This one" being at the east end of
14:37:27 6 Highland?
14:37:30 7     A. East end of Highland because even though
14:37:32 8 it's not reflected on the plans, there's a great
14:37:35 9 big hole here -- I'm talking, like, 20 feet deep --
14:37:39 10 and the intent of the design was to eventually fill
14:37:42 11 up that hole, so it wouldn't be -- it was erosion
14:37:47 12 that occurred over the years, and the city wanted
14:37:50 13 to see that go away. So I designed it in an
14:37:54 14 attempt to make it go away. It was proceeding
14:37:58 15 along those lines.
14:37:59 16     Q. What do you mean that you were trying to
14:38:02 17 make the hole go away; is that what you're saying?
14:38:05 18     A. Yeah. It fills up with sediment --
14:38:09 19 water comes down the hill with all sorts of eroded
14:38:13 20 material in it. When it gets to that bank at the
14:38:16 21 inlet, then all the sediment settles outs. The
14:38:19 22 water builds up and flows out. Eventually, it's
14:38:21 23 going to be full.
14:38:22 24     Q. Did that happen?
14:38:23 25     A. I don't know. I haven't been there

66

14:38:26 1 for -- it was happening.
14:38:28 2     Q. I see. Was the -- I think you said on
14:38:36 3 one occasion after it was constructed you remember
14:38:40 4 actually physically inspecting the 48-inch inlet,
14:38:43 5 right?
14:38:43 6     A. Yes, right.
14:38:44 7     Q. Was there a purpose for that?
14:38:45 8     A. No, I just wanted to see that it had
14:38:48 9 been built, and the ditches were installed
14:38:50 10 properly, and they were working.
14:38:52 11     Q. Do you know how long -- if construction
14:38:53 12 ended in 1985, can you give me your best estimate
14:38:58 13 as to when that was?
14:38:58 14     A. After the first winter.
14:39:00 15     Q. After that inspection, did you ever
14:39:02 16 physically inspect the 48-inch inlet again?
14:39:05 17     A. I don't think so.
14:39:07 18     Q. Do you know whether the
14:39:08 19 settling-out-of-sediment process that you
14:39:08 20 described, as anticipated at the east end of
14:39:08 21 Highland, happened around the 48-inch inlet?
14:39:12 22     A. Don't know.
14:39:15 23     Q. Sheet 19 of the plans, going back to
14:39:19 24 Exhibit 21, is the rough grading plan for the lots
14:39:46 25 south of Terrace Avenue; is that right?

67

14:39:48 1     A. Y
14:39:48 2     Q. What does "rough grading" mean?
14:39:51 3     A. It's constructing the subgrades of the
14:39:57 4 streets and using that material to complete the
14:40:02 5 pads for the planned homes on the lots that were
14:40:06 6 created, or being created.
14:40:08 7     Q. So you're digging out and removing --
14:40:11 8     A. Taking off the high spots and filling
14:40:15 9 the low spots to a design grade.
14:40:23 10     Q. I want to look at the notes on the rough
14:40:28 11 grading plan, Note 2.
14:40:38 12     A. 2?
14:40:38 13     Q. Yeah. If you can just read that to
14:40:41 14 yourself and let me know when you're through.
14:40:43 15     A. (Witness reviews plans.) Well,
14:41:04 16 basically, it says it's the contractor's
14:41:04 17 responsibility to determine his own grades and
14:41:07 18 quantities and create a balanced project when he's
14:41:07 19 done.
14:41:12 20     Q. What's a balanced project?
14:41:13 21     MR. CHOJNACKI: And I'm just going to
14:41:14 22 object that the document speaks for itself.
14:41:17 23     MR. BURG: Q. When you say "balanced
14:41:19 24 project," what do you mean by that?
14:41:21 25     A. Well, no export or import. That's the

68

14:41:24 1 intention.
14:41:25 2     Q. The dirt that you remove from the higher
14:41:29 3 areas is used to place in the lower areas, right?
14:41:32 4     A. Right.
14:41:32 5     Q. And everything works out in the end
14:41:34 6 evenly, right?
14:41:35 7     A. Well, hopefully, it does.
14:41:36 8     Q. That's the plan, right?
14:41:37 9     A. Because you don't know how existing
14:41:40 10 materials will compact or the existing material
14:41:44 11 in -- you know, the areas that you're scraping the
14:41:48 12 vegetation off and then compacting, you don't know
14:41:52 13 exactly how much the compaction's going to be until
14:41:55 14 you do it.
14:41:56 15     Q. What does compaction mean?
14:41:58 16     A. Well, the consolidation of material,
14:42:02 17 which you need to get at 90 percent compaction.
14:42:05 18     Q. Is that more dense than natural?
14:42:10 19     A. Generally, yes.
14:42:11 20     Q. Well, why -- I'm sorry -- why do you
14:42:16 21 compact it?
14:42:17 22     A. Well, you don't want the house to
14:42:19 23 settle, and you don't want the road to settle, so
14:42:21 24 you compact it. 90 percent is standard for housing
14:42:25 25 and 95 percent for streets.

69

14:42:26 1    Q. And Note 3 under the earthwork, if you
14:42:38 2 can just read that to yourself. That --
14:42:40 3    A. We're suggesting that the contractor
14:42:45 4 undercut the streets --
14:42:45 5    THE REPORTER: I'm sorry. I can't --
14:42:45 6    THE WITNESS: We're suggesting that the
14:42:46 7 contractor undercut the streets enough to
14:42:47 8 accommodate the anticipated excavation from the
14:42:53 9 storm -- from the trenching that will follow.
14:42:57 10    Because when you take out, you know, the
14:43:02 11 backfill -- the material from the sewer trench or
14:43:03 12 the storm-drain trench, you could haul it off, but
14:43:08 13 that costs more money than using it on the street,
14:43:11 14 because you bring in imported material.
14:43:15 15    MR. BURG: Q. So the engineering plan
14:43:18 16 was that this be a balanced project, right?
14:43:21 17    A. Yes.
14:43:22 18    Q. And that's a good thing?
14:43:22 19    A. That's a good thing.
14:43:24 20    Q. Why?
14:43:24 21    A. Because you don't want to be importing
14:43:27 22 material if you don't have to. It's expensive.
14:43:30 23 You don't want to be hauling it off because it's
14:43:33 24 expensive.
14:43:33 25    Q. What does "undercut the streets" mean?

70

14:43:36 1    A. That means instead of -- let's say the
14:43:39 2 subgrade of the street is designed to be at
14:43:42 3 elevation 30, so you undercut it maybe 29.5, so
14:43:48 4 half a foot lower. And then when you take --
14:43:52 5 accommodate all the spoils from the trench
14:43:57 6 excavations, you re-compact that on the streets.
14:44:01 7 You can actually calculate it out and know how much
14:44:04 8 to undercut each street based on the pipelines that
14:44:08 9 are in that street.
14:44:11 10    Q. Then there's an earth quirk -- earth
14:44:17 11 quirk -- earthwork summary chart columns; do you
14:44:17 12 see that?
14:44:21 13    A. Yes.
14:44:21 14    Q. And that summarizes the design that this
14:44:28 15 was to be a balanced project, right?
14:44:30 16    A. Well, it's our calculation of the
14:44:33 17 yardages to which the contractor has to
14:44:36 18 double-check.
14:44:37 19    Q. So it's ultimately the responsibility of
14:44:39 20 the contractor, right?
14:44:40 21    A. Yes.
14:44:40 22    Q. And then there's an earthwork adjustment
14:44:43 23 note at the bottom; do you see that?
14:44:45 24    A. Yes.
14:44:45 25    Q. What does that mean?

71

14:44:49 1    A. Well, since we know it's not going to
14:44:53 2 balance, or probably won't balance, these are areas
14:44:55 3 that he can initially think about to make
14:44:57 4 adjustments; gain or lose material.
14:45:03 5    Q. And as reflected on the earthwork
14:45:05 6 summary chart, what were the instructions?
14:45:07 7    A. Like Item 1 says, Silver Avenue and
14:45:11 8 associated lots lower half a foot.
14:45:14 9    Q. Lower those half a foot?
14:45:16 10    A. So you could lower this whole strip a
14:45:19 11 half a foot (indicating).
14:45:21 12    Q. And that would create more dirt, right?
14:45:22 13    A. That would create more dirt. That would
14:45:25 14 be our recommended first thought.
14:45:28 15    Q. That would alleviate or prevent the need
14:45:31 16 for having to import dirt from off site, right?
14:45:34 17    A. Yes.
14:45:35 18    Q. And then the second correction suggested
14:45:37 19 was what?
14:45:37 20    A. Highland Boulevard, which was the other
14:45:39 21 street.
14:45:40 22    Q. Again, lowering that by, what, half a
14:45:43 23 foot?
14:45:43 24    A. Half a foot.
14:45:44 25    Q. Again, to create more dirt, right?

72

14:45:46 1    A. Yes.
14:45:47 2    Q. And the third suggested item was what?
14:45:50 3    A. Golden Gate Avenue.
14:45:52 4    Q. And if those adjustments were made, then
14:45:59 5 there's a notation that if further adjustments were
14:46:03 6 required, they should be as directed by the
14:46:08 7 engineer; do you see that note?
14:46:10 8    A. Should adjustments in addition to those
14:46:10 9 shown below be required to attain an earthwork
14:46:14 10 balance, they shall be made as directed by the
14:46:14 11 engineer.
14:46:24 12    Q. So, in summary, were these instructions
14:46:27 13 to the contractor to reach a balanced project?
14:46:31 14    A. Yes.
14:46:32 15    Q. And if it was necessary to lower some of
14:46:35 16 the streets or lower some of the lots, that's what
14:46:37 17 the contractor should have done, right?
14:46:40 18    A. Yes.
14:46:40 19    (Whereupon, Deposition Exhibit 73 was
14:47:04 20 marked for identification.)
14:47:04 21    MR. BURG: Q. Next in order, I'll give
14:47:08 22 you Exhibit 73, and, first, I just want to see if
14:47:19 23 that's your signature on 73.
14:47:23 24    A. (Witness reviews document.) Yes.
14:47:28 25    Q. And Exhibit 73 is a letter you wrote to

73

14:47:35 1  Felix Karpain at the city, rig[]
14:47:37 2      A. Mm-hmm, yes.
14:47:38 3      Q. He was the director of public works at
14:47:41 4  the time; is that right?
14:47:42 5      A. Yes.
14:47:42 6      Q. Take as much time as you need to review
14:47:47 7  Exhibit 73, but my question for you is only going
14:47:50 8  to be directed to the second — paragraph 4, at the
14:47:56 9  bottom of the first page.
14:47:58 10     A. (Witness reviews document.) Okay.
14:48:04 11     Q. You write that storm drainage
14:48:09 12  improvements will provide service to all properties
14:48:11 13  within the district including the Beachwood
14:48:13 14  property, right?
14:48:14 15     A. Yes.
14:48:16 16     Q. "And, ultimately, will direct much of
14:48:17 17  the current flows from the Kehoe area to the
14:48:20 18  Chesterfield drainage area"; do you see that?
14:48:23 19     A. Yes.
14:48:23 20     Q. What is meant by that?
14:48:28 21     A. Well, it's goes back to the point I was
14:48:31 22  trying to make earlier that they had serious
14:48:37 23  flooding in the Kehoe drainage area, which I refer
14:48:41 24  to as Grandview Terrace area.
14:48:43 25     Q. For the record, you're looking back at
                                                      74

14:48:46 1  Exhibit 70?
14:48:47 2      A. Yes. So the statement's that we're
14:48:52 3  taking all of this water (indicating) and
14:48:55 4  intercepting it at this point, so that it doesn't
14:48:58 5  go over there anymore. Making sure he's aware of
14:49:03 6  that accepts that concept. I want it covered in
14:49:07 7  writing because, conceptually, we're changing
14:49:11 8  watersheds.
14:49:12 9      Q. So as part of the Terrace Avenue
14:49:16 10  Assessment District project, then, water that had
14:49:20 11  previously flowed into the Kehoe ditch was going to
14:49:24 12  be redirected to flow into Chesterfield, right?
14:49:27 13     A. Correct.
14:49:27 14     MR. CHOJNACKI: Just a belated
14:49:28 15  objection — I didn't want to interrupt — when we
14:49:30 16  read from the letter, it wasn't the precise words
14:49:33 17  on the letter, Exhibit 73, so the document speaks
14:49:36 18  for itself.
14:49:47 19     (Whereupon, Deposition Exhibit 74 was
14:49:48 20  marked for identification.)
14:49:48 21     MR. BURG: Q. Next in order is
14:49:51 22  Exhibit 74. Question is: Is Exhibit 74 a letter
14:49:59 23  you wrote to Fred Mortensen, city manager of the
14:50:05 24  City of Half Moon Bay?
14:50:06 25     A. Okay.
                                                      75

14:50:07 1      Q. D[] recognize that? That's your
14:50:09 2  signature?
14:50:10 3      A. Yes.
14:50:11 4      Q. The third paragraph of Exhibit 74
14:50:28 5  references two storm-drainage easement deeds being
14:50:34 6  dedicated by The William Lyon Company; do you see
14:50:37 7  that?
14:50:37 8      A. Yes.
14:50:38 9      Q. One is in the Highland Park area, and
14:50:41 10  the other in the McDonald area. The McDonald area
14:50:44 11  was the Beachwood property; is that right?
14:50:48 12     A. Yes.
14:50:49 13     Q. At the time, the Beachwood property was
14:50:52 14  owned by The William Lyon Company; is that right?
14:50:56 15     A. Yes, mm-hmm.
14:51:00 16     Q. Did — did — did MacKay & Somps prepare
14:51:10 17  storm-drainage easements?
14:51:11 18     A. Yes.
14:51:11 19     (Whereupon, Deposition Exhibit 75 was
14:51:21 20  marked for identification.)
14:51:21 21     MR. BURG: Q. Let me give you next in
14:51:23 22  order, Exhibit 75, a copy of a City of Half Moon
14:51:40 23  Bay Resolution No. 103-82, and I want to direct you
14:51:41 24  to the last three pages of Exhibit 75.
14:51:51 25     A. (Witness complies.)
                                                      76

14:51:57 1      Q. The — the last three pages are the
14:52:03 2  storm-drain easements over the Beachwood property,
14:52:08 3  right?
14:52:08 4      A. Yes.
14:52:09 5      Q. And the legal descriptions, which are on
14:52:11 6  the page numbered in the lower right 9900121, those
14:52:19 7  legals were prepared by your firm, right?
14:52:21 8      A. Yes.
14:52:22 9      Q. And the map that describes the location
14:52:24 10  of those easements is the last page of Exhibit 75,
14:52:28 11  right?
14:52:29 12     A. Yes.
14:52:29 13     Q. And that storm-drain easement map was
14:52:34 14  also prepared by your firm —
14:52:37 15     A. Yes.
14:52:37 16     Q. — is that correct?
14:52:38 17     A. Correct.
14:52:38 18     Q. The last page map shows the two parcels
14:52:43 19  of the storm-drain easement; one on the north side
14:52:45 20  of Beachwood and one on the half of the south side;
14:52:49 21  do you see that?
14:52:50 22     A. Yes.
14:52:50 23     Q. And looking at Parcel 1, the storm-drain
14:53:03 24  easement included a 15-foot wide strip which was
14:53:12 25  1837.65 feet long; is that right?
                                                      77

A. Yes.
14:53:16 2 Q. Running from Highway 1 to the easterly
14:53:20 3 end of Beachwood, right?
14:53:22 4 A. Yes.
14:53:22 5 Q. And -- let's see -- 571.47 feet from
14:53:31 6 PCH, there's a notch area there; do you see that?
14:53:36 7 A. Yes.
14:53:38 8 Q. 55 by 20 feet; do you see that?
14:53:41 9 A. (Witness nods head.)
14:53:43 10 Q. Do you see that area?
14:53:44 11 A. Yes.
14:53:45 12 Q. Do you know what that was for?
14:53:47 13 A. Not specifically. Look at the plans.
14:53:52 14 See if there's anything. (Witness reviews plans.)
14:54:21 15 I don't recall.
14:54:22 16 Q. The Parcel 1 storm-drain easement then
14:54:28 17 continued on the west side of the Beachwood
14:54:32 18 property a, roughly, 30-foot strip; is that right?
14:54:36 19 A. Yes.
14:54:36 20 Q. Then the Parcel 2 strip started at the
14:54:41 21 southeast corner of Beachwood. It was 15 feet
14:54:45 22 wide, right?
14:54:46 23 A. Yes.
14:54:46 24 Q. And went -- extended westerly to the --
14:54:52 25 would be the western edge of Golden Gate Avenue; do

78

14:54:55 1 you see that?
14:54:56 2 A. Yes.
14:54:56 3 Q. Now, the 48-inch storm inlet that we
14:55:13 4 looked at before on the plans was placed, we said,
14:55:18 5 roughly 1810 feet from the highway --
14:55:23 6 A. Mm-hmm.
14:55:24 7 Q. -- do you recall that?
14:55:24 8 A. Yes.
14:55:25 9 Q. And the southerly side of Beachwood is
14:55:37 10 roughly -- is 1947.29 feet long; is that right?
14:55:43 11 A. I don't know.
14:55:46 12 MR. CHOJNACKI: Question's vague.
14:55:48 13 MR. BURG: Q. Do you see the
14:55:49 14 location -- the notation just above to the west of
14:55:53 15 Golden Gate, the measurement there?
14:55:56 16 A. (Witness reviews document.)
14:56:00 17 Q. (Indicating.)
14:56:02 18 A. I don't see that distance.
14:56:05 19 Q. You don't because I said "west." I
14:56:07 20 meant east.
14:56:08 21 Do you see the location there, 1947.29?
14:56:14 22 A. Yes, I see that.
14:56:15 23 Q. Is that the distance of the south side
14:56:19 24 of the Beachwood property?
14:56:21 25 A. No.

79

14:56:21 1 Q. What is it?
14:56:23 2 A. That's the total distance. It's really
14:56:28 3 unclear. The dimension shouldn't even be in there,
14:56:33 4 but it's the total distance across Terrace Avenue.
14:56:37 5 1061 is the easement distance.
14:56:41 6 Q. Okay. The easement runs from the
14:56:46 7 southeasterly corner of Beachwood towards the west
14:56:51 8 1000 -- approximately 1060 feet, right?
14:56:55 9 A. Right.
14:56:56 10 Q. Which is only a portion of the south
14:56:58 11 border of Beachwood, right?
14:57:00 12 A. Right.
14:57:01 13 Q. Is the entire boundary approximately
14:57:04 14 1947 feet?
14:57:06 15 A. Yes.
14:57:06 16 Q. And so the 48-inch inlet that was placed
14:57:09 17 approximately 1810 feet from Highway 1 was not at
14:57:15 18 the southeast corner of Beachwood, right?
14:57:18 19 A. Yes.
14:57:19 20 Q. There was still an area upstream; is
14:57:22 21 that right?
14:57:22 22 A. Yes.
14:57:23 23 Q. Approximately 137 feet?
14:57:27 24 A. Well, the plans reflect it.
14:57:33 25 MR. CHOJNACKI: I apologize. I'm lost

80

14:57:35 1 at this point.
14:57:37 2 MR. BURG: The witness is looking at the
14:57:41 3 plans.
14:57:43 4 THE WITNESS: We're talking about the
14:57:44 5 one on this side, right (indicating)?
14:57:47 6 MR. BURG: Q. South side.
14:57:48 7 A. (Witness reviews plans.)
14:58:00 8 Q. It was 14; wasn't it?
14:58:02 9 A. I don't know. You know these plans
14:58:06 10 better than I do. You've looked at them more.
14:58:08 11 MR. CHOJNACKI: I'm also going to make a
14:58:11 12 general objection that the testimony for the last
14:58:13 13 few minutes we've been throwing around -- been
14:58:16 14 rounding our numbers. The documents speaks for
14:58:18 15 themselves as to the specific numbers.
14:58:21 16 MR. BURG: Q. What's the distance from
14:58:24 17 the 48-inch inlet to the actual eastern border of
14:58:30 18 the Beachwood property, approximately?
14:58:34 19 A. 140 feet, 150 feet.
14:58:40 20 Q. That 140 or 150 feet was included in the
14:58:44 21 15-foot storm-drain easement --
14:58:50 22 A. Yes.
14:58:50 23 Q. -- right?
14:58:53 24 Was the inclusion of the 150 feet to
14:58:58 25 allow the city to maintain that section of the

81

| | |
|---|---|
| 14:59:00 1 | swale upstream from the inl... |
| 14:59:02 2 | A. That and the opportunity in the future |
| 14:59:04 3 | to extend it; extend the storm drain, that is. |
| 14:59:20 4 | MR. BURG: We need to take a break to |
| 14:59:23 5 | change the tape. |
| 14:59:24 6 | THE VIDEOGRAPHER: This marks the end of |
| 14:59:25 7 | Tape No. 1, in the deposition Ben B. White. Going |
| 14:59:29 8 | off the record, the time is 2:59. |
| 15:06:04 9 | (Recess taken.) |
| 15:08:24 10 | THE VIDEOGRAPHER: This is the beginning |
| 15:08:30 11 | of Volume 1, Videotape No. 2, in the deposition of |
| 15:08:34 12 | Ben B. White. The time is 3:08. We are back on |
| 15:08:38 13 | the record. |
| 15:08:38 14 | (Whereupon, Deposition Exhibit 76 was |
| 15:08:56 15 | marked for identification.) |
| 15:08:56 16 | MR. BURG: Q. Mr. White, I want to hand |
| 15:08:58 17 | you what we'll mark next in order, Exhibit 76. Is |
| 15:09:04 18 | Exhibit 76 a letter you wrote to Les Clark, city |
| 15:09:09 19 | planner of the city, on September 30, 1982? |
| 15:09:15 20 | A. Yes. (Witness reviews document.) |
| 15:09:21 21 | Q. The first sentence in the letter states, |
| 15:09:25 22 | "Per your request, we, as engineer of work for the |
| 15:09:30 23 | city's Terrace Avenue Area Assessment District, |
| 15:09:33 24 | have completed the enclosed environmental |
| 15:09:35 25 | information form"; do you see that? |

82

| | |
|---|---|
| 15:09:36 1 | A. Yes. |
| 15:09:37 2 | Q. What's an environmental information |
| 15:09:39 3 | form? |
| 15:09:39 4 | A. At that time, it was a brief form to |
| 15:09:42 5 | comply with the environmental act, and the city had |
| 15:09:46 6 | their little form that you filled out, and they |
| 15:09:50 7 | submitted it. |
| 15:09:51 8 | Q. Discussing the potential environmental |
| 15:09:55 9 | impacts of a planned project? |
| 15:09:56 10 | A. Yes, and, basically, to issue a negative |
| 15:09:59 11 | declaration. |
| 15:09:59 12 | Q. What is a negative declaration? |
| 15:10:01 13 | A. It means there's no serious |
| 15:10:04 14 | environmental impact. |
| 15:10:07 15 | MR. BURG: Let me hand you what we'll |
| 15:10:09 16 | mark next as Exhibit 77. |
| 15:10:09 17 | (Whereupon, Deposition Exhibit 77 was |
| 15:10:09 18 | marked for identification.) |
| 15:10:12 19 | MR. BURG: Q. Is Exhibit 77 the |
| 15:10:15 20 | environmental checklist form that you prepared for |
| 15:10:21 21 | the Terrace Avenue Assessment District project? |
| 15:10:24 22 | A. Yes. |
| 15:10:39 23 | Q. And the way this form works is there's a |
| 15:10:42 24 | series of questions that you answer "yes," "maybe" |
| 15:10:44 25 | or "no" to, and for any "yes" or "maybe" answers, |

83

| | |
|---|---|
| 15:10:48 1 | then there... explanation on the last two pages; |
| 15:10:52 2 | is that right? |
| 15:10:52 3 | A. That's correct. |
| 15:10:54 4 | Q. Directing your attention to the |
| 15:11:05 5 | next-to-last page of Exhibit 77, the one that's |
| 15:11:08 6 | numbered 667 in the lower right? |
| 15:11:11 7 | A. Mm-hmm, yes. |
| 15:11:12 8 | Q. There's a discussion regarding Item 3b; |
| 15:11:18 9 | do you see that? |
| 15:11:19 10 | A. Yes. |
| 15:11:20 11 | Q. It states that, "drainage improvements |
| 15:11:26 12 | will alter the existing course or flow of flood |
| 15:11:30 13 | waters by controlling these flows in a closed |
| 15:11:34 14 | conduit system, thus significantly reducing surface |
| 15:11:37 15 | flood flows, a positive impact"; do you see that? |
| 15:11:40 16 | A. Yes. |
| 15:11:40 17 | Q. What's a closed conduit system? |
| 15:11:43 18 | A. Underground pipe system. |
| 15:11:44 19 | Q. As opposed to surface flow? |
| 15:11:48 20 | A. Yes. |
| 15:11:49 21 | Q. And your notation here was summarizing |
| 15:11:53 22 | that the project was — would have positive impacts |
| 15:12:01 23 | for drainage patterns; is that right? |
| 15:12:03 24 | A. That is correct. |
| 15:12:12 25 | Q. The last page of Exhibit 77, under the |

84

| | |
|---|---|
| 15:12:17 1 | discussion for Item 15e, the last sentence there |
| 15:12:30 2 | states, The drainage system improvements will |
| 15:12:34 3 | greatly reduce storm drain — drainage maintenance |
| 15:12:39 4 | service needs; do you see that? |
| 15:12:41 5 | A. This is 15e? |
| 15:12:42 6 | Q. 15e, yes. |
| 15:12:44 7 | A. Yes. |
| 15:12:45 8 | Q. Is that a reference to what you were |
| 15:12:48 9 | talking about before, the preexisting flooding |
| 15:12:52 10 | problems at Grandview Terrace that this project |
| 15:12:55 11 | would help alleviate? |
| 15:13:00 12 | A. Yes. |
| 15:13:01 13 | Q. At the time you filled out the |
| 15:13:04 14 | environmental checklist form, Exhibit 77, for the |
| 15:13:07 15 | Terrace Avenue Assessment District project, had you |
| 15:13:12 16 | heard from any source that there were any wetlands |
| 15:13:17 17 | anywhere on the Beachwood property? |
| 15:13:19 18 | A. There was an existing spring in the |
| 15:13:23 19 | southeast — northeast corner, but that was like a |
| 15:13:30 20 | stock watering pond. |
| 15:13:33 21 | Q. An old agricultural pond? |
| 15:13:35 22 | A. Yes. |
| 15:13:36 23 | Q. Other than that, at the time you filled |
| 15:13:38 24 | out this form, had you heard from any source that |
| 15:13:41 25 | there were any other wetlands on the Beachwood |

85

**Page 86**

| | |
|---|---|
| 15:13:43 1 | property? |
| 15:13:43 2 | A. Absolutely none. |
| 15:13:44 3 | Q. If there had been any wetlands on the |
| 15:13:47 4 | Beachwood property, was that something that would |
| 15:13:49 5 | have been noted in an environmental form? |
| 15:13:51 6 | A. Yes. |
| 15:13:52 7 | Q. Now, forms like Exhibit 77, they get |
| 15:13:55 8 | sent to a state clearinghouse; is that right? |
| 15:13:58 9 | A. Yes. |
| 15:13:58 10 | Q. And they can get reviewed by various |
| 15:14:02 11 | state agencies; is that true? |
| 15:14:04 12 | A. Yes. |
| 15:14:04 13 | Q. And if -- you've been involved -- state |
| 15:14:07 14 | agency has comments, they'll -- they can make them |
| 15:14:12 15 | in writing? |
| 15:14:13 16 | A. They can make them in writing, and you |
| 15:14:16 17 | must respond to them; or the city must respond to |
| 15:14:19 18 | them. |
| 15:14:19 19 | Q. And on the Terrace Avenue Assessment |
| 15:14:22 20 | District project, when the city needed to respond |
| 15:14:26 21 | to them, they'd turn to you, the engineer; is that |
| 15:14:29 22 | right? |
| 15:14:30 23 | A. Typically. I don't remember that they |
| 15:14:32 24 | ever did. |
| 15:14:33 25 | Q. Let me have you look at Exhibit 78. |

86

**Page 87**

| | |
|---|---|
| 15:14:36 1 | (Whereupon, Deposition Exhibit 78 was |
| 15:14:38 2 | marked for identification.) |
| 15:14:38 3 | MR. BURG: And side by side, I'll give |
| 15:14:44 4 | you Exhibit 79. |
| 15:14:46 5 | (Whereupon, Deposition Exhibit 79 was |
| 15:14:53 6 | marked for identification.) |
| 15:14:53 7 | MR. BURG: Q. Question regarding |
| 15:14:58 8 | Exhibit 78 is: Do you recognize that as a letter |
| 15:14:59 9 | from CalTrans commenting on the environmental |
| 15:15:04 10 | checklist form, which we marked as Exhibit 77? |
| 15:15:08 11 | A. Yes. |
| 15:15:08 12 | Q. And Exhibit 79, then, is your response |
| 15:15:12 13 | to the CalTrans letter; is that right? |
| 15:15:15 14 | A. Yes. |
| 15:15:29 15 | Q. Looking at the second page of |
| 15:15:31 16 | Exhibit 79, your paragraph 5? |
| 15:15:37 17 | A. Mm-hmm. |
| 15:15:38 18 | Q. You write "disagree." And I take it |
| 15:15:41 19 | that this is in response to paragraph No. 5 on |
| 15:15:46 20 | Exhibit 78, right? |
| 15:15:47 21 | A. Yes. |
| 15:15:48 22 | Q. You write on 79, "Disagree - The |
| 15:15:52 23 | assessment district improvements in no way exposes |
| 15:15:56 24 | people or property to water-related hazards such as |
| 15:16:00 25 | flooding or tidal waves"; do you see that? |

87

**Page 88**

| | |
|---|---|
| 15:16:02 1 | A. I see that. |
| 15:16:03 2 | Q. And what did you mean by that reference? |
| 15:16:07 3 | A. I'm not sure how it relates to 5 on |
| 15:16:10 4 | their letter. (Witness reviews documents.) |
| 15:16:29 5 | 3i says, Exposes people and property to |
| 15:16:32 6 | water-related hazards. That's why I disagreed. |
| 15:16:36 7 | Q. In your view, the project didn't expose |
| 15:16:40 8 | people or property to water-related hazards, right? |
| 15:16:44 9 | A. That is correct. |
| 15:16:45 10 | Q. It was the other way around; it actually |
| 15:16:47 11 | improved existing water-related hazards, right? |
| 15:16:52 12 | A. Right. |
| 15:16:53 13 | Q. And the paragraph under No. 8 in your |
| 15:16:56 14 | letter, Exhibit 79, the last sentence in that |
| 15:16:58 15 | paragraph states, "The project reduces, if not |
| 15:17:01 16 | eliminates, the probability of the flooding that |
| 15:17:04 17 | currently exists"; do you see that? |
| 15:17:05 18 | A. Yes. |
| 15:17:06 19 | Q. Is that another reference to the |
| 15:17:10 20 | previously existing conditions that impacted the |
| 15:17:14 21 | Grandview Terrace property? |
| 15:17:15 22 | A. Yes. I forgot there was one comment, |
| 15:17:26 23 | response. |
| 15:17:31 24 | Q. Now, in order to construct the Terrace |
| 15:17:35 25 | Avenue Assessment District improvement, the city |

88

**Page 89**

| | |
|---|---|
| 15:17:37 1 | also needed to obtain a coastal development permit |
| 15:17:41 2 | from the Coastal Commission; is that right? |
| 15:17:44 3 | A. I'm not sure. |
| 15:17:56 4 | MR. BURG: Hand you what we'll mark as |
| 15:18:05 5 | 79. Let me correct that. What I've just handed |
| 15:18:21 6 | you, we'll mark as Exhibit 80. |
| 15:18:27 7 | Q. Can I just have that back for a second? |
| 15:18:31 8 | A. This one? |
| 15:18:32 9 | Q. Yeah. (Counsel marks on exhibit.) |
| 15:18:32 10 | (Whereupon, Deposition Exhibit 80 was |
| 15:18:32 11 | marked for identification.) |
| 15:18:37 12 | MR. BURG: Q. Exhibit 80 is an |
| 15:18:39 13 | application for coastal development permit to the |
| 15:18:43 14 | Coastal Commission by the city; do you see that? |
| 15:18:45 15 | A. Yes. |
| 15:18:46 16 | Q. And under Item No. 2, you are identified |
| 15:18:49 17 | as the engineer of work; do you see that? |
| 15:18:53 18 | A. Yes. |
| 15:18:53 19 | Q. Does looking at Exhibit 80 refresh your |
| 15:18:55 20 | recollection that the city had to apply -- |
| 15:18:57 21 | A. Yes. |
| 15:18:59 22 | Q. -- to the Coastal Commission? |
| 15:19:08 23 | Did you prepare the application, |
| 15:19:10 24 | Exhibit 80, for the city? |
| 15:19:12 25 | A. I think so. |

89

Q. On page 4 of Exhibit [ ], under Section III, No. 2, the question is, "Is any grading proposed?" Do you see that?

A. Yes.

Q. And there are cut and fill quantities identified there; do you see that?

A. Yes.

Q. And amount of cut, that's the amount of dirt that's being removed by the project, right?

A. Yes, excavated.

Q. Excavated. And the amount of fill is the amount of fill that's being placed --

A. Yes.

Q. -- into low spots on the project, right?

A. Yes.

Q. Item No. F, by "location of borrow or disposal site," it says, "N/A."

Is that an indication that there was no need for a borrow or disposal site on this project?

A. Yes.

Q. Getting back to what we talked about earlier, that it was a balanced project or planned to be one?

A. Yes.

Q. Do you recall whether you attended the

90

Coastal Commission hearing on the city's application for a coastal development permit for the Terrace Avenue Assessment District project?

A. I don't actually recall that, but it doesn't mean I didn't.

MR. BURG: I'm going to hand you what we'll mark next in order as Exhibit 81, a Coastal Commission staff report.

(Whereupon, Deposition Exhibit 81 was marked for identification.)

MR. BURG: Q. Do you recall if you've ever seen that staff report, Exhibit 81, before?

A. I don't recall.

Q. Did you have any interactions with anybody at the Coastal Commission on this application?

A. I really don't remember.

Q. Do you recall -- let me direct you to the page -- the bottom of page 5 of the staff report, Exhibit 81, and the top of page 6. There's a discussion titled "Wetland Resources"; do you see that?

A. Page 5?

Q. Bottom of page 5.

A. Oh, okay.

91

Q. Do you see that discussion there?

A. Yes.

Q. Do you recall ever having any discussions with anyone at the Coastal Commission regarding any wetland resources on the Beachwood property?

A. I don't. And it's not coming to mind at all of any discussion with the Coastal Commission, but, you know, knowing how I operated in those days, I would have.

Q. You just don't recall right now?

A. Just none of that is coming to focus in my brain.

Q. Is it accurate to say that you were the point person for the city with the Coastal Commission on this application, but at this point, you don't have any specific recollection of what you did?

A. It would be -- it would have been myself or the city planner or public works director; one of the three of us.

Q. But you don't -- I'm sorry.

A. Planning director, typically, handled that kind of stuff, as far as environmental clearances, as opposed to public works director.

92

Q. But, again, as to this application, you don't have any recollection of any communications you had with the Coastal Commission; is that right?

A. That is correct.

Q. Just directing you to page 2 of this staff report -- I'm sorry -- yeah, the staff report, Exhibit 81, the second page has some recommended conditions?

A. On which page?

Q. On page 2.

A. (Witness complies.)

Q. Special conditions under (b), "final engineering plans"; do you see that?

A. Yes.

Q. The last sentence states, "Review and written approval by the Department of Fish and Game shall accompany the final engineering plans"; do you see that?

A. Mm-hmm.

Q. Is that a "yes"?

A. Yes, I see that.

Q. Do you recall that Department of Fish and Game did review the final engineering plans for the Terrace Avenue Assessment District project?

A. They reviewed the plans and issued the

93

15:24:56 1  permit, but not so much the whole of the plans

15:24:59 2  because they're only looking at the points of

15:25:01 3  connection to the creeks.

15:25:03 4      Q. The Pilarcitos Creek?

15:25:05 5      A. Right.

15:25:09 6      Q. Is it accurate to say that you never

15:25:15 7  heard from any source -- including the city, the

15:25:19 8  Coastal Commission, Department of Fish and Game or

15:25:22 9  any other governmental entity -- that anyone

15:25:28 10  believed that were any wetlands on the Beachwood

15:25:30 11  property before the city constructed the Terrace

15:25:34 12  Avenue Assessment District project?

15:25:34 13      A. That's correct.

15:25:36 14      MR. CHOJNACKI: Objection, it misstates

15:25:43 15  his prior testimony about the stock pond.

15:25:43 16      MR. BURG: Well, in light of that, let

15:25:45 17  me ask it again.

15:25:48 18      Q. Separate from the stock pond, did you

15:25:50 19  ever hear from any source before the city

15:25:52 20  constructed the Terrace Avenue Assessment District

15:25:54 21  project that there were any wetlands on the

15:25:57 22  Beachwood property?

15:25:58 23      A. Same answer applies. I was the one that

15:26:05 24  brought up the stock pond. Nobody else told me

15:26:08 25  about it.

94

15:26:08 1      Q. So it is accurate, then: Nobody ever

15:26:11 2  told you there were any wetlands on the Beachwood

15:26:11 3  property --

15:26:13 4      A. That's correct.

15:26:14 5      Q. -- before the city constructed the

15:26:17 6  Terrace Avenue project, right?

15:26:18 7      A. Correct.

15:26:26 8      Q. I'm going to hand you what was

15:26:29 9  previously marked Exhibit 18 in a previous

15:26:33 10  deposition, which is titled, "Engineers Report,"

15:26:36 11  for the Terrace Avenue Assessment District.

15:26:38 12      Can you just generally describe for me

15:26:40 13  what this engineers report is?

15:26:45 14      A. Well, this is the official

15:26:49 15  bond-financing document from -- called an engineers

15:26:56 16  report. It tells you all the details of the costs

15:27:00 17  of the project and the spread of the benefits to

15:27:03 18  the individual property owners within the district,

15:27:06 19  and it's the complete report. It separates the

15:27:11 20  individual aspects of the project so that everybody

15:27:14 21  can see what they're being charged for -- you know,

15:27:18 22  for the different types of improvements.

15:27:20 23      Q. Was that part of your task, as the

15:27:28 24  engineer, to actually set the -- allocate the costs

15:27:33 25  of the project among all the properties?

95

15:27:33 1      A. Our task as engineer of work, separate

15:27:37 2  from engineer of the project plans, was to do that.

15:27:39 3      Q. What does the term "engineer of work"

15:27:42 4  mean?

15:27:42 5      A. Well, it's a legal term on assessment

15:27:47 6  proceedings, bond-finance proceedings. The

15:27:49 7  engineer of work is just the title, but he is the

15:27:53 8  one that's responsible and signs the plan -- signs

15:27:55 9  the report.

15:27:56 10      Q. The city put the contract for the

15:28:00 11  Terrace Avenue Assessment District project out to

15:28:04 12  bid; is that right?

15:28:05 13      A. Yes.

15:28:05 14      Q. Do you recall who the contractor was?

15:28:12 15  Let me show you --

15:28:14 16      A. It's there.

15:28:14 17      Q. Let me show you what was previously

15:28:20 18  marked as Exhibit 20 to a prior deposition.

15:28:20 19      A. The worse contractor in the world.

15:28:24 20      MR. CHOJNACKI: No question pending,

15:28:26 21  objection.

15:28:27 22      MR. BURG: Q. Well, do you recall

15:28:30 23  anything about the performance by the city's

15:28:32 24  contractor on this job, Bay Cities Paving and

15:28:36 25  Grading?

96

15:28:37 1      A. They were very difficult to deal with.

15:28:39 2      Q. Why?

15:28:41 3      A. Why?

15:28:42 4      Q. Why do you say that?

15:28:44 5      A. Uncooperative, you know, running amok.

15:28:49 6  Probably Gary can tell you better the real problems

15:28:53 7  because he had to deal with them every day.

15:28:58 8      Q. Did you have some dealings with Bay

15:29:03 9  Cities that were less than satisfactory?

15:29:05 10      A. Oh, in the end, they're contractors.

15:29:09 11  They're all a little tough to deal with because

15:29:12 12  they always want extra money for anything they

15:29:15 13  think is inadequate on the plan, so you always deal

15:29:19 14  with the contractors. It's part of the business.

15:29:22 15  But they're not one of the better ones.

15:29:26 16      Q. Did you have experiences with them other

15:29:30 17  than on this job?

15:29:30 18      A. No, fortunately.

15:29:37 19      You don't need to mark these?

15:29:46 20      Q. On Sheet 1 of the plans in front of you,

15:29:50 21  the oversized Exhibit 21, there's a reference to

15:29:55 22  Revision No. 1 on the first page; do you see that?

15:29:58 23      A. Yes.

15:29:59 24      Q. Do you recall that the alignment of the

15:30:07 25  Silver Avenue -- or the project was changed so that

97

15:30:12 1   Silver Avenue would conn⬤ o Highway 1?

15:30:16 2     A. Yes.

15:30:35 3     MR. BURG: And let me hand you what

15:30:38 4  we'll mark as Exhibit 82.

15:30:38 5     (Whereupon, Deposition Exhibit 82 was

15:30:38 6  marked for identification.)

15:30:41 7     MR. BURG: Q. Is Exhibit 82 the

15:30:45 8  environmental checklist form for the change in the

15:30:49 9  project regarding the Silver Avenue extension?

15:30:54 10     A. Yes.

15:30:54 11     Q. Did you prepare that?

15:30:55 12     A. (Witness reviews document.) I don't

15:31:13 13  recall.

15:31:13 14     Q. In Exhibit 82, the last —

15:31:17 15     A. Let's back up. Based on what I see on

15:31:20 16  this page (indicating), that's my lettering, so I

15:31:23 17  had to have prepared it.

15:31:24 18     Q. Okay. And that's -- you're looking at

15:31:27 19  the page numbered in the bottom HM 209715?

15:31:32 20     A. Yes.

15:31:34 21     Q. 715, 716 and 717 are your handwriting?

15:31:37 22     A. Yes.

15:31:38 23     Q. And that's your signature on 717; is

15:31:42 24  that right?

15:31:42 25     A. Yes.

98

15:31:43 1     Q. The last page is the depiction of how

15:31:49 2  Terrace -- I'm sorry — how Silver Avenue was to be

15:31:52 3  extended to Highway 1; is that right?

15:31:55 4     A. Yes.

15:31:55 5     Q. And then the next-to-last page, the one

15:31:58 6  with your signature on it, there's a note No. 21 —

15:32:04 7  at the bottom, it says 21 and 28?

15:32:07 8     A. Yes.

15:32:07 9     Q. In order to transition new roadway from

15:32:10 10  Highway 1 down to existing grade at Quartz Street,

15:32:14 11  placement of up to 7 feet of roadway embankment

15:32:18 12  will be required; do you see that?

15:32:20 13     A. Yes.

15:32:20 14     Q. What did you by that notation?

15:32:22 15     A. Well, there was fill required in order

15:32:25 16  to -- because this was a low area (indicating)

15:32:27 17  through what was a bigger street before.

15:32:34 18     Q. So in order to extend Silver Avenue to

15:32:37 19  the highway, you needed to build up a ramp so that

15:32:40 20  the street could be extended?

15:32:42 21     A. Correct.

15:32:42 22     Q. And to build up the ramp, you needed to

15:32:45 23  get more fill to put under the street, right?

15:32:48 24     A. Yes, correct.

15:32:49 25     Q. Now, do you recall that during the

99

15:32:51 1  course of ⬤ ruction of the Terrace Avenue

15:32:53 2  Assessment District project by Bay Cities the

15:32:58 3  project ran short of fill material?

15:33:01 4     A. Yes.

15:33:11 5     Q. I'm going to hand you what was

15:33:13 6  previously marked as Exhibit 39 in a previous

15:33:17 7  deposition. June 7th, 1984 letter to Steve Caudill

15:33:24 8  at Bay Cities from Ronald Young.

15:33:29 9     He was the director of public works; do

15:33:31 10  you recall?

15:33:31 11     A. Yes.

15:33:32 12     Q. With a shown copy to you.

15:33:41 13     The first paragraph -- well, if you can

15:33:49 14  just read the first paragraph to yourself of

15:33:52 15  Exhibit 39, and just let me know when you're

15:33:55 16  finished.

15:33:55 17     A. Okay. (Witness reviews document.)

15:34:13 18  Okay.

15:34:13 19     Q. We talked earlier about the earthwork

15:34:17 20  summary and the earthwork adjustment notes that

15:34:21 21  were on the rough grading plans on Sheet 19 of the

15:34:28 22  plans; do you recall that?

15:34:28 23     A. Yes.

15:34:29 24     Q. Do you know if Bay Cities, the

15:34:31 25  contractor, ever made the adjustments that were

100

15:34:33 1  indicated on the plans?

15:34:34 2     A. I don't know.

15:34:35 3     Q. Next I'm handing you what was previously

15:34:53 4  marked as Exhibit 40 in a previous deposition, a

15:34:57 5  letter from Ron Young of the city to you. If you

15:35:05 6  can just read paragraph 1 of Mr. Young's letter to

15:35:11 7  yourself and let me know when you're finished.

15:35:14 8     A. (Witness reviews document.) Okay.

15:35:36 9     Q. In that paragraph, Mr. Young notes in

15:35:40 10  the second sentence,

15:35:41 11     "Also, it was noted that since

15:35:43 12     the construction was pursued in the

15:35:44 13     reverse order of most projects --

15:35:47 14     i.e., placing underground utilities

15:35:50 15     such as sanitary sewer and domestic

15:35:53 16     water -- prior to final grading of

15:35:55 17     the streets and pads, the lowering

15:35:57 18     of the elevations of the project

15:35:59 19     was not feasible due to the cover

15:36:01 20     required over the domestic water

15:36:04 21     lines."

15:36:04 22     Do you see that?

15:36:04 23     A. Yes.

15:36:06 24     Q. Do you remember that — discussions on

15:36:07 25  that subject?

101

15:36:08 1    A. I don't remember that, but it's
15:36:09 2  certainly a true statement.
15:36:11 3    Q. Was it -- all right. The second
15:36:18 4  paragraph of Mr. Young's letter says -- states,
15:36:25 5  "The import necessary to complete the project,
15:36:28 6  should such a case result, will be obtained from
15:36:32 7  the Lyon Company property north of Terrace Avenue,
15:36:36 8  also known as Beachwood Tentative Map Subdivision";
15:36:40 9  do you see that?
15:36:41 10    A. Yes.
15:36:41 11    Q. This letter discusses a meeting of June
15:36:46 12  22nd, 1984. I take it you don't have any
15:36:53 13  independent recollection of that meeting; do you?
15:36:55 14    A. No, I don't.
15:36:59 15    Q. Do you recall discussing, in the course
15:37:06 16  of this project, that if extra fill were needed, it
15:37:11 17  would be taken from the Beachwood property?
15:37:13 18    A. Yes.
15:37:14 19    Q. Let me show you Exhibit 41 previously
15:37:17 20  marked at a previous deposition. Is that a copy of
15:37:22 21  your letter to Mr. Young of June 28th, 1984?
15:37:27 22    A. Yes.
15:37:28 23    Q. What did you mean by your notation
15:37:35 24  No. 1?
15:37:35 25    A. (Witness reviews document.) Well, I'm

102

15:37:45 1  really confirming his -- Ron's paragraph 1.
15:37:53 2    Q. What was the -- what was the problem
15:37:57 3  here that you were explaining?
15:38:00 4    A. Well, for the grading operation, the
15:38:06 5  adjustment was by lowering the grades of two of the
15:38:10 6  streets. And if he's gone ahead and installed
15:38:14 7  water prior to doing the grading, then he's
15:38:19 8  precluded that opportunity of lowering the streets.
15:38:22 9    Q. Do you remember that that's what
15:38:24 10  happened in this project?
15:38:25 11    A. I don't remember that.
15:38:26 12    Q. Okay. You see that your -- your
15:38:30 13  position, as expressed in Exhibit 41, was that
15:38:33 14  the -- if there was a shortage of fill, it was
15:38:37 15  created by the contractor?
15:38:38 16    A. Yes.
15:38:39 17    Q. Do you remember -- do you remember
15:38:41 18  having that understanding at the time?
15:38:43 19    A. Well, as far as I was concerned -- I
15:38:47 20  don't remember discussing that situation with the
15:38:49 21  contractor.
15:38:50 22    Q. But did you have that understanding,
15:38:52 23  that if there was a shortage of fill --
15:38:54 24    A. It was a requirement of the plans,
15:38:57 25  period. It's his responsibility.

103

15:38:59 1    Q. "his" being the contractor's?
15:39:00 2    A. Yes.
15:39:02 3    Q. And when you say "his responsibility,"
15:39:03 4  you mean his responsibility to see to it that there
15:39:06 5  was not a shortage of fill?
15:39:08 6    A. That the projected adjustments could be
15:39:11 7  made. He precluded that by his operations.
15:39:16 8    Q. And what does that -- what does that
15:39:19 9  have to do with it? You couldn't -- there had to
15:39:21 10  be so much dirt above the pipes; is that it?
15:39:24 11    A. Right. There's a minimum cover
15:39:27 12  requirement on water lines.
15:39:28 13    Q. What is that minimum cover?
15:39:29 14    A. Well, I'd have to go back and see what
15:39:33 15  the water company's spec was, but it's usually 30
15:39:36 16  inches or 36 inches.
15:39:38 17    Q. So if the contractor was to ultimately
15:39:43 18  make the needed adjustments if more fill was
15:39:46 19  required --
15:39:49 20    A. Or more cut required, which is the
15:39:53 21  problem we had. If you installed the line at 36
15:39:56 22  inches, then you decided you wanted to lower the
15:39:59 23  street 6 inches, then you're too close to the water
15:39:59 24  line.
15:40:02 25    Q. Okay. When in the project is the

104

15:40:06 1  contractor supposed to know where to put the water
15:40:08 2  lines?
15:40:09 3    A. He knows where to put it before he bids
15:40:11 4  the project, but he's not supposed to install it
15:40:16 5  until after the grading's done. And, apparently,
15:40:18 6  in this case, they let him go ahead and just --
15:40:24 7  why, I don't understand. It's very unusual.
15:40:28 8    Q. Why do you say that?
15:40:30 9    A. Because you always do the grading first,
15:40:35 10  especially when you got low spots and high spots.
15:40:39 11  How do you know where to put it?
15:40:41 12    Q. You always do the grading first?
15:40:43 13    A. Yes.
15:40:44 14    Q. Before you put the water lines in the
15:40:45 15  ground?
15:40:47 16    A. Before any of the underground goes in.
15:40:50 17    Q. One, because you need to do the grading
15:40:55 18  before you know where to put the utilities
15:40:58 19  underground, right?
15:40:59 20    A. Yeah, but still you need to do grading.
15:41:02 21  That's just the way projects are built.
15:41:06 22    Q. And if the -- among other advantages to
15:41:11 23  building the project that way is you eliminate or
15:41:17 24  reduce the need for having to come up with more cut
15:41:22 25  or more fill?

105

LegaLink,   a Merrill Company
800-826-0277   818-593-2300   Fax 818-593-2301   www.legalink.com
28

**Page 106**

15:41:22 1    A. Right.

15:41:23 2    Q. Is that right?

15:41:24 3    A. Correct.

15:41:35 4    Q. Did you ever have any feeling that

15:41:41 5  the -- that the fill shortage was created by the

15:41:44 6  contractor on this project? Let me ask it a

15:41:49 7  different way.

15:41:50 8        Did you ever have the feeling that the

15:41:52 9  fill shortage was manufactured by the contractor?

15:41:56 10       MR. CHOJNACKI: Objection, vague and

15:41:57 11 ambiguous as to "manufactured."

15:41:59 12       THE WITNESS: No.

15:42:02 13       MR. BURG: Q. Let me hand you what was

15:42:15 14 previously marked as Exhibit 43 to a previous

15:42:19 15 deposition, and I want to especially direct your

15:42:25 16 attention to the second and third pages of

15:42:27 17 Exhibit 43:

15:42:31 18       Is that your signature on the second and

15:42:34 19 third pages?

15:42:35 20    A. (Witness reviews document.) Yes.

15:42:40 21    Q. And this is a change order which

15:42:46 22 includes as the first item, which looks like No. 2,

15:42:55 23 lump sum for rough grading; do you see that?

15:42:59 24    A. On page 2?

15:43:04 25    Q. Yes. First item under "Bid Item"?

106

**Page 107**

15:43:07 1    A. Yes.

15:43:08 2    Q. That's what we're talking about; that

15:43:10 3  was the additional fill that was required because

15:43:16 4  the project ran short of dirt, right?

15:43:20 5    A. I don't recall.

15:43:20 6    Q. Take a look at the first page of

15:43:25 7  Exhibit 43, which -- and read that to yourself and

15:43:38 8  see if that puts it in context.

15:43:41 9    A. (Witness reviews document.) Okay.

15:44:29 10 Makes sense.

15:44:30 11    Q. So looking at the first page, then,

15:44:34 12 put -- put that item in context --

15:44:35 13    A. Yes.

15:44:36 14    Q. -- that the rough grading line was the

15:44:39 15 cost to come up with the additional dirt due to the

15:44:42 16 shortage that been created on the project?

15:44:45 17    A. And for the additional fill for Silver

15:44:48 18 Avenue.

15:44:48 19    Q. Okay. Now, is -- the second page of

15:44:51 20 Exhibit 43, this is a change order form, right?

15:44:56 21    A. Mm-hmm, yes.

15:44:57 22    Q. Yes? Is the form something that your

15:45:00 23 office prepared?

15:45:00 24    A. No.

15:45:02 25    Q. Do you know who prepared that?

107

**Page 108**

15:45:03 1    A. Th[...]ould be the city.

15:45:05 2    Q. And I notice that the -- there was a

15:45:10 3  typed amount by the rough grading item of $3,400;

15:45:15 4  do you see that?

15:45:15 5    A. Yes.

15:45:16 6    Q. And then that was replaced by a

15:45:19 7  handwritten amount of $26,000; do you see that?

15:45:23 8    A. Mm-hmm.

15:45:24 9    Q. Do you have any recollection as to why

15:45:27 10 that figure was changed?

15:45:29 11    A. No, I don't.

15:45:30 12    Q. This extra item on the contract was

15:45:36 13 authorization to pay Bay Cities, the contractor, an

15:45:42 14 additional $26,000 for the additional fill that was

15:45:48 15 needed to complete the Terrace Avenue project,

15:45:52 16 right?

15:45:52 17    A. It's included therein.

15:45:59 18    Q. I mean, it's included in the net amount

15:46:00 19 to the change, right?

15:46:00 20    A. Yes.

15:46:01 21    Q. And the additional dirt was to come from

15:46:03 22 the Beachwood property, right?

15:46:05 23    A. Yes.

15:46:05 24    Q. And as the project engineer, was it your

15:46:11 25 belief that the need for all of the extra fill --

108

**Page 109**

15:46:15 1  the 13,000 cubic yards -- that was borrowed from

15:46:20 2  Beachwood arose because the contractor did not

15:46:24 3  properly adjust the grading?

15:46:28 4    A. Yes. Well, and the plan change for

15:46:30 5  Silver Avenue.

15:46:31 6    Q. Those two factors?

15:46:32 7    A. Yes.

15:46:47 8    Q. Could the -- if the utilities had not

15:46:52 9  been placed underground, could the grading

15:46:55 10 adjustment for the project have been accomplished

15:46:58 11 such that the additional fill for the Silver Avenue

15:47:01 12 ramp could have been created on site?

15:47:03 13    A. Probably not.

15:47:04 14    Q. Why?

15:47:04 15    A. Well, because that was an additional

15:47:08 16 8,000 -- or 5,000 yards.

15:47:11 17    Q. So it was the combination of the two

15:47:14 18 factors that created the need to borrow dirt from

15:47:18 19 Beachwood; is that right?

15:47:19 20    A. I would say so.

15:47:20 21    Q. And do you recall that dirt was, in

15:47:27 22 fact, borrowed from the Beachwood property for the

15:47:30 23 Terrace Avenue Assessment District project?

15:47:32 24    A. Yes.

15:47:33 25    Q. Let me show you an aerial photo

109

15:47:36 1 previously marked as Exhibit 43, a 1984 aerial
15:47:45 2 photo during construction; along with an aerial
15:47:51 3 photo taken in 1985, Exhibit 44, previously marked,
15:47:58 4 which shows a later stage of construction after the
15:48:02 5 streets had been installed in Terrace Avenue.
15:48:05 6     Do you see that on Exhibit 44?
15:48:06 7     A. Yes, yes.
15:48:07 8     Q. And the -- does Exhibit 44 also show the
15:48:11 9 areas on the Beachwood property where the dirt was
15:48:15 10 removed from?
15:48:16 11     A. It sure does.
15:48:16 12     Q. That's the -- when you say "it sure
15:48:20 13 does," what do you mean by that?
15:48:22 14     A. Well, the graded areas stand out.
15:48:25 15     Q. And the areas that were graded on the
15:48:27 16 Beachwood properties were the areas in which the
15:48:30 17 streets were then planned to go, right?
15:48:32 18     A. Yes.
15:48:32 19     Q. Did your firm stake out the streets?
15:48:37 20     A. Yes.
15:48:38 21     Q. How -- how low did those street
15:48:47 22 scrapings go; do you know?
15:48:48 23     A. I don't remember.
15:48:51 24     Q. But the dirt that was taken from those
15:48:53 25 areas of Beachwood was imported to the Terrace
                                             110

15:48:56 1 Avenue project and used to solve the dirt shortage
15:49:00 2 that had arisen; is that right?
15:49:02 3     A. Yes.
15:49:03 4     Q. Did you ever have any discussions with
15:49:06 5 Gary Whelen about water collecting in the borrow
15:49:12 6 pits on the Beachwood property after they were dug?
15:49:16 7     A. No.
15:49:17 8     Q. Did you ever hear from any source that
15:49:20 9 Gary Whelen was concerned about standing water in
15:49:24 10 those borrow pits on the Beachwood property?
15:49:28 11     A. I know there was property-owner concern.
15:49:31 12 I don't know who expressed the concerns. That was
15:49:34 13 mentioned by the city.
15:49:36 14     Q. Did you ever have any conversations with
15:49:39 15 anyone at the city about water standing in those
15:49:43 16 borrow pits?
15:49:44 17     A. No.
15:49:47 18     Q. Did you ever have any conversations with
15:49:51 19 Gary Whelen about the need to drain standing water
15:49:54 20 out of the borrow pits which had been dug on
15:49:59 21 Beachwood?
15:50:00 22     A. I can't recall any.
15:50:08 23     Q. Did you ever have any conversations with
15:50:11 24 Gary Whelen in which he related to you, in sum or
15:50:15 25 substance, that the city's contractor had said that
                                             111

15:50:18 1 he, the contractor, didn't give a rat's ass about
15:50:22 2 the water on Beachwood and wouldn't be responsible
15:50:26 3 for draining it?
15:50:26 4     A. No.
15:50:27 5     Q. Never heard that?
15:50:29 6     A. No. I could believe it.
15:50:33 7     Q. Do you know whether the city ever
15:50:37 8 undertook to drain any standing water from any of
15:50:42 9 the borrow pits on Beachwood?
15:50:44 10     A. It -- somewhere it seems like somebody
15:50:49 11 made an effort and a time to do it, but I can't
15:50:54 12 remember whether it was Lyon's company or the city
15:50:57 13 to try to get those drained -- the drains to drain.
15:51:02 14     Q. By the "drains to drain," you mean the
15:51:04 15 stubs that we talked about earlier?
15:51:06 16     A. Right, because they could have picked up
15:51:08 17 the water, you know, without any problem.
15:51:11 18     Q. Why do you say that?
15:51:13 19     A. Because the storm drain was right there.
15:51:16 20 All they have to do is take the lid off the manhole
15:51:20 21 and let it flow in.
15:51:21 22     Q. And if -- the water also could have
15:51:25 23 flowed into the RCP stubs that were built; is that
15:51:30 24 right?
15:51:30 25     A. Absolutely.
                                             112

15:51:30 1     Q. And if it entered that, it would have
15:51:33 2 entered the system and flowed away?
15:51:39 3     A. Right. Somewhere along the line, I
15:51:42 4 think, there was some complaints from property
15:51:45 5 owners about standing water, mosquitos, or
15:51:47 6 something like that.
15:51:47 7     Q. Do you know how long after completion?
15:51:50 8     A. No, I can't remember.
15:51:51 9     Q. Did The William Lyon Company ever build
15:51:56 10 residences on the Beachwood property?
15:51:58 11     A. No.
15:51:58 12     Q. Do you know why not?
15:51:59 13     A. No, I can't tell you they didn't. I
15:52:06 14 know the plan itself was changed to have different
15:52:14 15 widths of streets. They had to go a wider main
15:52:19 16 drag because of the Glen Creek project next door.
15:52:22 17 Had to make a wider street out of the one access
15:52:28 18 road.
15:52:28 19     Q. On the north side of Beachwood?
15:52:32 20     A. On the north side, which also led into
15:52:33 21 the Dykstra property, too. There was a lot of
15:52:35 22 stuff going on then.
15:52:36 23     Q. Was there a water shortage in -- in and
15:52:39 24 around Half Moon Bay in the late '70s, early '80s
15:52:44 25 that prevented home construction?
                                             113

15:52:46 1   A. Yes, right. That's r●●there was a
15:52:47 2 big water problem.
15:52:48 3   Q. Do you recall how the water problem was
15:52:51 4 solved?
15:52:52 5   A. They formed an assessment district
15:52:55 6 and -- including this area and other areas and
15:53:01 7 dinged everybody for equivalent water services.
15:53:06 8 Charges -- whatever the going rate at the time was
15:53:10 9 for water service. Like Dykstra paid for 176 water
15:53:17 10 service. Lyons probably paid for 83 or 85,
15:53:21 11 whatever number of lots they had. That was another
15:53:26 12 assessment district-type funding. Then there was
15:53:32 13 also a sewer moratorium.
15:53:35 14   Q. First a water moratorium; then a sewer
15:53:38 15 moratorium?
15:53:38 16   A. Right.
15:53:38 17   Q. Let me show you --
15:53:42 18   A. That was another assessment district the
15:53:45 19 city did to finance their sewage treatment plant
15:53:48 20 expansion.
15:53:48 21   Q. So there was an assessment district to
15:53:52 22 finance the Terrace Avenue Assessment District
15:53:54 23 improvements, right?
15:53:54 24   A. Mm-hmm.
15:53:55 25   Q. "Yes"?

114

15:53:55 1   A. Yes.
15:53:55 2   Q. There was a second assessment district
15:53:58 3 to finance the solution to the water shortage; is
15:54:00 4 that right?
15:54:00 5   A. Yes.
15:54:01 6   Q. And there was a third assessment
15:54:03 7 district to finance the solution to the sewer
15:54:07 8 problem?
15:54:08 9   A. Sewer treatment problem.
15:54:09 10   Q. Sewer treatment problem.
15:54:09 11   (Whereupon, Deposition Exhibit 83 was
15:54:09 12 marked for identification.)
15:54:14 13   MR. BURG: Q. Exhibit 83, a water
15:54:16 14 service connection purchase agreement, is this what
15:54:19 15 you were mentioning about The William Lyon Company
15:54:28 16 financing the solution to the water shortage?
15:54:36 17   A. Well, I thought they did the assessment
15:54:40 18 district. I'm surprised to see this. Maybe this
15:54:43 19 was in lieu, or maybe they had everybody sign an
15:54:46 20 agreement that was a major participant.
15:54:51 21   Q. Let me ask this --
15:54:54 22   A. This references assessment district --
15:54:56 23 assessment district.
15:54:58 24   MR. CHOJNACKI: Would you like an
15:54:59 25 opportunity to read the document?

115

15:55:04 1   THE ●●TNESS: No, that's all right.
15:55:06 2 This is the commitment to that property in any
15:55:09 3 case.
15:55:10 4   MR. BURG: Q. On the first page of
15:55:11 5 Exhibit 83, under "Recitals," "A," the last
15:55:19 6 sentence states,
15:55:20 7   "This project entails, in
15:55:23 8   general, the construction of a pump
15:55:25 9   station at Crystal Springs Reservoir,
15:55:28 10   the construction of a pipeline from
15:55:30 11   Crystal Springs Reservoir to Half
15:55:33 12   Moon Bay, the expansion of the
15:55:34 13   district's Nunes treatment plant, and
15:55:40 14   the enlargement of certain distribution
15:55:40 15   pipelines."
15:55:40 16   Do you see that?
15:55:43 17   A. Mm-hmm.
15:55:43 18   Q. Is that a "yes"?
15:55:44 19   A. Yes.
15:55:45 20   Q. Is that the project that you referred to
15:55:47 21 earlier as the one that was to solve a water
15:55:49 22 shortage?
15:55:49 23   A. Yes. Crystal Springs is their source,
15:55:53 24 or was to become their source.
15:55:56 25   Q. Did MacKay & Somps play any role in that

116

15:55:59 1 project?
15:56:00 2   A. No.
15:56:09 3   Q. I want to fast-forward to this
15:56:14 4 millennium. In March of 2000, the City of Half
15:56:21 5 Moon Bay denied a coastal development permit to the
15:56:25 6 owner of the Beachwood property based on the
15:56:28 7 presence of wetlands on the Beachwood property.
15:56:34 8   Did you know that before today?
15:56:34 9   A. Yes.
15:56:35 10   Q. Did you ever have any discussions with
15:56:36 11 anyone at the city about what caused the wetlands
15:56:41 12 to develop on the Beachwood property?
15:56:44 13   A. At that time, no.
15:56:47 14   Q. At any time, have you ever had any
15:56:50 15 discussions with anyone at the city about what
15:56:53 16 caused the wetlands to develop on the Beachwood
15:56:58 17 property?
15:56:59 18   A. No.
15:56:59 19   Q. In the year 2000, were you still
15:57:01 20 actively practicing with MacKay & Somps?
15:57:04 21   A. Yes.
15:57:04 22   Q. In the San Jose office?
15:57:07 23   A. Yes.
15:57:07 24   Q. Were you still doing projects in and
15:57:10 25 around Half Moon Bay?

117

```
15:57:12  1    A. Dykstra Ranch, which
15:57:12  2    THE REPORTER: I'm sorry. What ranch?
15:57:16  3    THE WITNESS: Dykstra, D-y-k-s-t-r-a. I
15:57:20  4  mean, we were their engineer, but I personally
15:57:24  5  wasn't working on the project.
15:57:26  6    MR. BURG: Q. Did anyone at the city in
15:57:29  7  1999/2000, in that time period, ever pick up the
15:57:38  8  phone and call you to try to seek information about
15:57:41  9  the cause of wetlands on the Beachwood property?
15:57:44 10    A. No.
15:57:46 11    Q. Did you ever have any discussions with
15:57:48 12  anyone at the city about whether the borrow areas
15:57:51 13  that were dug, as part of the city's construction
15:57:54 14  of the Terrace Avenue assessment district, played
15:57:57 15  any role in the development of wetlands on the
15:58:00 16  Beachwood property?
15:58:01 17    A. No.
15:58:02 18    MR. CHOJNACKI: Asked and answered.
15:58:03 19    THE WITNESS: One must remember that the
15:58:05 20  City of Half Moon Bay was in total disarray
15:58:10 21  staffwise.
15:58:10 22    MR. BURG: Q. Why do you say that?
15:58:12 23    A. City managers come and go. Public works
15:58:16 24  directors come and go. City planners came and
15:58:19 25  went. I was even director of public works for a
                                                      118
```

```
15:58:23  1  while.
15:58:24  2    Q. For the city?
15:58:24  3    A. For the city.
15:58:25  4    Q. For what period of time?
15:58:27  5    A. After Ron Young left.
15:58:29  6    Q. Until they found somebody else?
15:58:30  7    A. Until they found somebody else.
15:58:33  8    Q. Who did they find?
15:58:34  9    A. I don't even remember. I mean, the
15:58:37 10  council was, you know, all screwed up. Just -- I
15:58:41 11  mean, nobody knew what was going on really. I
15:58:44 12  mean, you tried to find something over there, you
15:58:46 13  couldn't find it. Nobody knew where it was,
15:58:50 14  especially after Gary left.
15:58:52 15    MR. CHOJNACKI: Could we get a question
15:58:54 16  and answer, please.
15:58:55 17    MR. BURG: Q. Gary Whelen?
15:58:56 18    A. Yes.
15:58:56 19    Q. Was there, from your observation, a lack
15:58:59 20  of institutional memory at the city?
15:59:02 21    A. Yeah.
15:59:03 22    Q. But did anybody at the city, in 1999 or
15:59:11 23  2000, make any effort to contact you regarding
15:59:14 24  anything related to wetlands on the Beachwood
15:59:18 25  property?
                                                      119
```

```
15:59:18  1    A. No. Smith was the public works director
15:59:25  2  or city engineer that was probably there.
15:59:28  3    Q. Mike Smith?
15:59:29  4    A. Mike Smith, yeah.
15:59:31  5    Q. Who was Dan Schulte?
15:59:34  6    A. Dan Schulte. I don't know.
15:59:35  7    Q. How long did you serve as contract city
15:59:38  8  engineer.
15:59:38  9    A. Probably six months, eight months. I
15:59:41 10  just handled their routine stuff for them. Because
15:59:44 11  I'd been city engineer for other cities on a
15:59:49 12  contract basis, so it wasn't like a new thing for
15:59:51 13  me.
15:59:52 14    Q. Did the turnover at the city as -- City
15:59:54 15  of Half Moon Bay, as compared to other cities that
15:59:58 16  you dealt with, seem greater?
16:00:00 17    A. Oh, definitely.
16:00:02 18    Q. Did you ever have any understanding as
16:00:04 19  to why?
16:00:04 20    A. God, I could never figure it out. Lack
16:00:10 21  of support, lack of pay.
16:00:13 22    MR. CHOJNACKI: Calls for speculation,
16:00:15 23  irrelevant.
16:00:22 24    THE WITNESS: We -- well, you'll
16:00:25 25  probably bring it up. I'll wait.
                                                      120
```

```
16:00:28  1    MR. BURG: Q. Did you have something to
16:00:29  2  add to your last answer?
16:00:30  3    A. Well, we touched on the sanitary sewer
16:00:35  4  assessment district. Are you going to come to
16:00:37  5  that?
16:00:37  6    Q. I'm going to ask a couple questions
16:00:40  7  about that.
16:00:42  8    I want to mark next in order as 84.
16:00:50  9    (Whereupon, Deposition Exhibit 84 was
16:00:52 10  marked for identification.)
16:00:52 11    MR. BURG: Q. I'm going to show you a
16:00:54 12  photograph that was taken in 2003 of the debris
16:01:04 13  rack on top of the 48-inch inlet.
16:01:09 14    A. It's doing a great job. It's just
16:01:12 15  collecting that debris like all get-out.
16:01:18 16    Q. Does the condition of the 48-inch inlet,
16:01:23 17  as depicted in 84, have any impact on the inlet's
16:01:28 18  ability to function as it was designed to function?
16:01:32 19    A. Yeah. Lack of maintenance has precluded
16:01:36 20  it from operating as it should.
16:01:40 21    Q. What sort of maintenance is called for?
16:01:43 22    A. Removal of the debris.
16:01:46 23    Q. The photograph shows standing water
16:01:55 24  upstream and downstream of the debris rack. Why
16:02:00 25  would water pond there, rather than flowing into
                                                      121
```

16:02:03 1 the inlet?

16:02:04 2     A. Can't get to the inlet, it's my opinion.

16:02:07 3     Q. Does the condition of the inlet that's

16:02:09 4 reflected in Exhibit 84, as the engineer on the

16:02:13 5 Terrace Avenue Assessment District project, cause

16:02:17 6 you concern?

16:02:17 7     A. Absolutely.

16:02:18 8     Q. Why?

16:02:18 9     A. Because it's not working and can't. All

16:02:23 10 somebody has to do is go in there and pull that

16:02:26 11 brush off of it, and it would work fine.

16:02:31 12     Q. How does this photograph, Exhibit 84,

16:02:42 13 the condition of the 48-inch inlet, compare to its

16:02:47 14 condition when construction was completed?

16:02:49 15     A. There was not any brush around it.

16:02:52 16     Q. The debris rack was open and clear?

16:02:56 17     A. Yes.

16:02:56 18     Q. Is the — a debris rack, as designed,

16:03:02 19 does it require maintenance in order to remove the

16:03:07 20 debris that's collected around the rack?

16:03:09 21     A. Absolutely.

16:03:10 22     Q. Did you ever have any knowledge that

16:03:13 23 anyone at the city ever did that?

16:03:14 24     A. I have no knowledge.

16:03:16 25     Q. Are you familiar with the Sewer

122

16:03:27 1 Authority Mid-Coastside?

16:03:27 2     A. Yes.

16:03:28 3     Q. Known by the abbreviation "SAM"; is that

16:03:31 4 right?

16:03:31 5     A. Yes.

16:03:32 6     Q. SAM is a joint powers authority that

16:03:35 7 included the City of Half Moon Bay; is that right?

16:03:39 8     A. Yes.

16:03:40 9     Q. And we mentioned earlier the sewage

16:03:44 10 treatment plant. Do you recall that the city

16:03:46 11 embarked on a project to expand its sewage

16:03:51 12 treatment plant in the late 1980s?

16:03:55 13     A. Yes.

16:03:55 14     (Whereupon, Deposition Exhibit 85 was

16:04:13 15 marked for identification.)

16:04:13 16     MR. BURG: Q. Hand you Exhibit 85.

16:04:15 17 This is a January 29th, 1992 memo from W.G.

16:04:21 18 Smith — is that the Mike Smith you referred to

16:04:23 19 earlier?

16:04:23 20     A. Yes, right.

16:04:24 21     Q. Memo to file, which indicates a copy on

16:04:31 22 the second page to you.

16:04:35 23     Did MacKay & Somps play any role in the

16:04:39 24 SAM treatment plant expansion project?

16:04:43 25     A. Not — not specifically, but we were

123

16:04:46 1 involved in assessment district.

16:04:48 2     Q. What was the firm's involvement?

16:04:52 3     A. We worked with another assessment

16:05:00 4 district specialist engineer. We provided all the

16:05:05 5 mapping services related to that assessment

16:05:08 6 district.

16:05:08 7     Q. Did MacKay & Somps do the spread of

16:05:11 8 assessments?

16:05:12 9     A. No, no. John Heindel did the spread of

16:05:16 10 assessments. But we worked together, you know,

16:05:21 11 because it was our responsibility to come up with

16:05:26 12 the lot areas that related to the assessments and

16:05:33 13 how much — how many units could be applied to

16:05:35 14 particular lots based on zoning. So it was a real

16:05:40 15 complicated process we had to go through; took a

16:05:42 16 couple years, actually.

16:05:44 17     Q. What property was included in the sewage

16:05:47 18 assessment district?

16:05:48 19     A. Most of the city.

16:05:49 20     Q. Just — just undeveloped properties?

16:05:52 21     A. Undeveloped properties, yes.

16:05:54 22     Q. I take it the idea was that the

16:05:58 23 properties that had not yet developed would pay for

16:06:02 24 the expansion of the sewage treatment plant because

16:06:06 25 they're the ones — they were the ones that were

124

16:06:08 1 creating the need to expand the plant?

16:06:10 2     A. Right. And they couldn't develop unless

16:06:13 3 it was expanded, so they were dead in the water.

16:06:19 4     Q. So to speak. And do you recall that the

16:06:24 5 city instituted a sewer moratorium on building

16:06:30 6 permits in the early '90s?

16:06:31 7     A. Yes.

16:06:32 8     Q. Do you recall how long that lasted?

16:06:34 9     A. Until the plant expansion was to the

16:06:37 10 point of being operational, so it was quite a

16:06:40 11 while.

16:06:40 12     Q. In — on the first page of Exhibit 85,

16:06:48 13 in Mr. Smith's memo to the file, Question 2, When

16:06:56 14 was the EIR certified? And then the response there

16:07:00 15 indicates that the EIR was certified on February

16:07:06 16 27th, 1989, and on the same date, a resolution

16:07:09 17 approving the waste water treatment expansion was

16:07:13 18 approved by the Sewer Authority Mid-Coastside

16:07:17 19 Board; do you see that?

16:07:17 20     A. Mm-hmm.

16:07:18 21     Q. "Yes"?

16:07:19 22     A. Yes.

16:07:19 23     Q. Do you know how long it took from the

16:07:23 24 approval in February 1989, until completion of the

16:07:27 25 sewage treatment plant?

125

16:07:29 1    A. No.

16:07:54 2    MR. BURG: Let me give you what we'll

16:07:56 3 mark next in order as Exhibit 86.

16:07:56 4    (Whereupon, Deposition Exhibit 86 was

16:07:56 5 marked for identification.)

16:07:59 6    MR. BURG: Q. Is 86 a letter that you

16:08:01 7 wrote to John Heindel regarding the sewage

16:08:05 8 treatment plant expansion project?

16:08:08 9    A. Yes.

16:08:08 10    Q. There is a reference here to sanitary

16:08:14 11 sewer project 1999, hyphen, 1; do you see that?

16:08:18 12    A. Yes.

16:08:18 13    Q. Is that the name of the assessment

16:08:23 14 district?

16:08:25 15    A. That was the name of the assessment

16:08:28 16 district, yes.

16:08:29 17    Q. Your -- well, let me go back.

16:08:36 18    Is this letter part of the work that you

16:08:38 19 described that you did with John Heindel on the SAM

16:08:42 20 expansion?

16:08:43 21    A. Yes.

16:08:44 22    Q. Item No. 3 talks about, "Memo re basis

16:08:48 23 for establishing boundary and benefit units

16:08:53 24 (BU's)"; do you see that?

16:08:54 25    A. Mm-hmm.

                                                    126

16:08:55 1    Q. What's a benefit unit?

16:08:57 2    A. That was like an equivalent of a

16:09:00 3 residential unit, but each property could have

16:09:04 4 different -- depending on if it's a high-density

16:09:07 5 property or a single-family residence. So

16:09:10 6 high-density property was big enough for a

16:09:13 7 fourplex. They could get four benefit units.

16:09:17 8    Q. What was the purpose in trying to come

16:09:18 9 up with these benefit units?

16:09:20 10    A. So that we could determine the

16:09:23 11 assessment against that parcel.

16:09:27 12    Q. You would determine -- that would allow

16:09:33 13 you to determine a total amount of benefit units

16:09:37 14 and spread them across the parcels; is that it?

16:09:39 15    A. Right. Get the total amount of benefit

16:09:42 16 units divided into the cost of the project,

16:09:46 17 including the financing of the project, and then

16:09:48 18 you end up with a cost per unit.

16:10:07 19    (Whereupon, Deposition Exhibit 87 was

16:10:08 20 marked for identification.)

16:10:08 21    MR. BURG: Q. Next in order I'm going

16:10:10 22 to hand you what's titled, "Amended Engineer's

16:10:12 23 Report, Sanitary Sewer Project 1994-1."

16:10:20 24    Do you recognize this as the amended

16:10:23 25 engineer's report for the SAM expansion project?

                                                    127

16:10:31 1    A. Three years later, huh? I don't recall

16:10:36 2 this, but ...

16:10:40 3    Q. Is any part of Exhibit 87 -- is any part

16:10:47 4 of Exhibit 87 prepared by your firm, MacKay &

16:10:52 5 Somps?

16:10:52 6    A. (Witness reviews document.) No, none of

16:11:08 7 this was; however, the assessment diagram would

16:11:11 8 have been prepared by our firm, but it's not part

16:11:14 9 of this package.

16:11:15 10    Q. Would that be the boundary map showing

16:11:19 11 all the parcels?

16:11:20 12    A. Yes.

16:11:21 13    Q. Now, this refers to sanitary sewer

16:11:24 14 project 1994-1, and previously Exhibit 86 had a

16:11:35 15 referenced a sanitary sewer project 1991-1.

16:11:40 16    Do you recall what caused the delay in

16:11:43 17 the SAM treatment plant expansion?

16:11:49 18    A. No, I can't really recall what the real

16:11:54 19 reason behind it was. It could have been just

16:11:58 20 environmental issues of the plant or the Coastal

16:12:02 21 Commission, but I don't know.

16:12:03 22    Q. Exhibit E of Exhibit 87, which is the

16:12:19 23 page numbered 204022; do you see that?

16:12:36 24    A. Okay.

16:12:37 25    Q. "Method of Assessment"?

                                                    128

16:12:40 1    A. Mm-hmm.

16:12:40 2    Q. In about the middle of the page, there's

16:12:44 3 a paragraph which begins, "Benefit units," and that

16:12:49 4 the paragraphs that follow describe the computation

16:12:53 5 of benefit units; do you see that?

16:12:54 6    A. Mm-hmm.

16:12:55 7    Q. "Yes"?

16:12:55 8    A. Yes.

16:12:55 9    Q. The second item underneath that says, A

16:13:00 10 partial -- a parcel which is entirely or partially

16:13:02 11 undevelopable because of parcel shape, topography

16:13:06 12 or other factors shall be assigned zero benefit

16:13:10 13 units if entirely undevelopable, or reduced benefit

16:13:12 14 units if partially undevelopable; do you see that?

16:13:12 15    A. Yes.

16:13:13 16    Q. Is that a concept that you worked on

16:13:15 17 with Mr. Heindel's firm?

16:13:19 18    A. Yeah, between John and I and Mike Smith.

16:13:22 19    Q. And what was the reason for not

16:13:25 20 assigning any benefit units to a property that was

16:13:29 21 entirely undevelopable?

16:13:32 22    A. If you can't build a building on it, you

16:13:34 23 can't get sewer service -- you don't need sewer

16:13:38 24 service.

16:13:38 25    Q. And, therefore, the owner of such a

                                                    129

16:13:41 1 property shouldn't pay for the sewage treatment
16:13:47 2 plant expansion?
16:13:47 3 A. Right.
16:13:48 4 Q. On the next page, number 023 — ending
16:13:52 5 in 023 at the bottom, the third paragraph down
16:13:55 6 beginning -- well, it states, "A residentially
16:13:58 7 zoned parcel for a which a tentative subdivision
16:14:02 8 may has been approved shall be assigned a number of
16:14:03 9 benefit units equal to the number of lots included
16:14:07 10 on the map"; do you see that?
16:14:09 11 A. Yep.
16:14:09 12 Q. And the purpose of that was —
16:14:11 13 consistent with what you've been saying, is that
16:14:13 14 the payment for the sewage treatment plan expansion
16:14:19 15 should be consistent with potential development of
16:14:23 16 properties?
16:14:24 17 A. Yes.
16:14:24 18 Q. And the second-to-last paragraph from
16:14:29 19 the bottom there states,
16:14:31 20 "The benefit units, as computed
16:14:34 21 above, for each parcel not within
16:14:36 22 the South Wavecrest area and having
16:14:39 23 one or more existing Phase I water
16:14:43 24 service connections, as well as for
16:14:44 25 each parcel contiguous thereto, which

130

16:14:47 1 is too small to develop under the
16:14:49 2 present zoning ordinance but which has
16:14:50 3 the same ownership name, shall be
16:14:53 4 multiplied by a factor of two."
16:14:54 5 Do you see that?
16:14:54 6 A. Yes.
16:14:55 7 Q. So the benefit units for parcels having
16:14:59 8 Phase I water service connections were multiplied
16:15:03 9 by two from the factors determined above, right?
16:15:06 10 A. Yes.
16:15:06 11 Q. Why?
16:15:06 12 A. Because they could develop first.
16:15:08 13 Q. So, again, this was a recognition of
16:15:12 14 more potential for development?
16:15:14 15 A. Yes.
16:15:19 16 Q. And directing you to the page Bate's
16:15:28 17 stamped HM204005 and the assessment roll.
16:15:36 18 A. (Witness complies.)
16:15:43 19 Q. Under -- well, if you look in the
16:15:50 20 right-hand column under assessment amount, the
16:15:54 21 largest amount there is $962,987.76; do you see
16:15:57 22 that?
16:15:57 23 A. Yes.
16:15:58 24 Q. That is the -- for the property with the
16:16:02 25 APN 048-280-020, which I'll tell you is the

131

16:16:07 1 Beachwood property we've been discussing, okay?
16:16:09 2 A. Okay.
16:16:10 3 Q. There's figure there of benefit units
16:16:14 4 166; do you see that?
16:16:14 5 A. Yes.
16:16:15 6 Q. Is that the benefit units that were
16:16:20 7 determined under the rules that are contained
16:16:25 8 elsewhere in the document?
16:16:26 9 A. 2 times 83.
16:16:27 10 Q. 83 approved lots in the Beachwood
16:16:31 11 property times 2 because of the Phase I water
16:16:34 12 connections, right?
16:16:35 13 A. Yes.
16:16:35 14 Q. And that's how it was determined that
16:16:37 15 the Beachwood property should pay a total of
16:16:45 16 $962,987.76 towards the cost of expansion of the
16:16:47 17 sewage treatment plant, right?
16:16:49 18 A. Right.
16:16:50 19 Q. And the total cost of all these
16:16:52 20 properties and the city — or the total amount that
16:16:56 21 was spread over all these properties is the total
16:16:59 22 on page Bate's stamped HM204021; that cost — total
16:17:20 23 cost being $12,635,327.22, right?
16:17:30 24 A. Right.
16:17:31 25 Q. If the Beachwood property had been

132

16:17:34 1 totally undevelopable, then under the rules that we
16:17:37 2 looked at earlier, it would have received no
16:17:40 3 benefit units; is that right?
16:17:42 4 A. If it was undevelopable, no benefit. If
16:17:45 5 it was a Phase II water service, it could have got
16:17:51 6 83 units.
16:17:52 7 Q. But it got 166 because 83 lots and Phase
16:17:59 8 I, right?
16:17:59 9 A. Yes.
16:17:59 10 (Whereupon, Deposition Exhibit 88 was
16:18:23 11 marked for identification.)
16:18:23 12 MR. BURG: Q. Next in order, I'll hand
16:18:28 13 you Exhibit 88, an urgency ordinance -- urgency
16:18:28 14 ordinance of the City of Half Moon Bay imposing a
16:18:36 15 moratorium on issue of building permits for new
16:18:39 16 structures that require issuance of a new sewer
16:18:39 17 permit; do you see that?
16:18:41 18 A. Yes.
16:18:41 19 Q. This is the sewer moratorium that we
16:18:44 20 mentioned earlier; is that right?
16:18:45 21 A. Yes.
16:18:45 22 Q. The last page indicates it was adopted
16:18:47 23 by the city on March 28th, 1991; do you see that?
16:18:52 24 A. Yes.
16:18:53 25 Q. Do you know when the sewer moratorium

133

**[Page 134]**

```
16:18:57  1   was lifted by the city?
16:18:58  2       A. I don't know the date, but I would say
16:19:02  3   it was -- I don't know the date.  Probably three
16:19:06  4   after -- three years after the assessment district.
16:19:06  5       (Whereupon, Deposition Exhibit 89 was
16:19:32  6   marked for identification.)
16:19:32  7       MR. BURG:  Q.  Next is Exhibit 89; May
16:19:37  8   18th, 1996 transmittal from John Heindel with a
16:19:46  9   copy shown to you.
16:19:52 10       The attachment to this memo is the same
16:19:56 11   thing we looked at earlier; it's an updated version
16:20:01 12   of the assessment roll; is that right?
16:20:03 13       A.  Yes.
16:20:03 14       (Whereupon, Deposition Exhibit 90 was
16:20:31 15   marked for identification.)
16:20:31 16       MR. BURG:  Q.  I'll show you what we'll
16:20:35 17   mark as Exhibit 90; August 26, 1997 letter from
16:20:39 18   Sewer Authority Mid-Coastside to Ms. Annie Mudge.
16:20:51 19       The second -- the first paragraph of the
16:20:54 20   letter states that the SAM plant expansion project
16:20:59 21   would be completed for construction on December
16:21:05 22   3rd, 1998.  The second paragraph states the plant
16:21:10 23   would be fully functional and in compliance with
16:21:13 24   all regulatory requirements by January 31, 1999; do
16:21:18 25   you see that?
                                                      134
```

**[Page 135]**

```
16:21:18  1       A.  Mm-hmm.
16:21:18  2       Q.  Is that a "yes"?
16:21:19  3       A.  Yes.
16:21:20  4       Q.  Do you have any recollection -- does
16:21:23  5   looking at the various documents we've looked
16:21:25  6   at refresh your recollection as to what caused the
16:21:29  7   delay between the original project approval in 1989
16:21:33  8   and the completion in January 1999?
16:21:39  9       A.  Don't know.
16:21:40 10       Q.  Other than the role that you described
16:21:44 11   in working with John Heindel's firm, your firm --
16:21:48 12   MacKay & Somps -- had no engineering role in that
16:21:52 13   project; is that true?
16:21:53 14       A.  That's correct.
16:21:54 15       Q.  Do you know if between 1989, when the
16:22:02 16   SAM treatment plant expansion was originally
16:22:05 17   approved, and 1999, when construction was
16:22:07 18   completed, if anyone at the city ever did any
16:22:12 19   maintenance of any of the storm drains on the
16:22:15 20   Beachwood property?
16:22:17 21       MR. CHOJNACKI:  Objection, calls for
16:22:19 22   facts not in evidence.  There's no evidence that
16:22:21 23   construction was completed in 1999.
16:22:23 24       But you can go ahead and answer it, to
16:22:25 25   the extent you can.
                                                      135
```

**[Page 136]**

```
16:22:26  1       THE WITNESS:  I have no information.
16:22:33  2       MR. BURG:  I don't have any further
16:22:37  3   questions.
16:22:37  4       MR. CHOJNACKI:  Let's take a break.  Go
16:22:39  5   off the record.
16:22:40  6       THE VIDEOGRAPHER:  Going off the record,
16:22:42  7   the time is 4:22.
16:22:45  8       (Recess taken.)
16:31:08  9       THE VIDEOGRAPHER:  Back on the record,
16:31:12 10   the time is 4:31.
16:31:14 11       MR. CHOJNACKI:  We've had a discussion
16:31:15 12   off the record about continuing the deposition to
16:31:18 13   August 1st, at 10 a.m., here at the Manatt offices.
16:31:26 14   And we're going to conclude for today, and I will
16:31:28 15   start my examination at that time.
16:31:31 16       THE VIDEOGRAPHER:  This concludes the
16:31:33 17   deposition of Ben B. White, Volume 1.  The number
16:31:36 18   of tapes used was two.  The original videotapes
16:31:41 19   will be retained by LegaLink Los Angeles at Ventura
16:31:41 20   Boulevard, Suite 205, Woodland Hills, California
16:31:46 21   91364.  Going off the record, the time is 4:31.
         22       --oOo--
         23       (Whereupon, the deposition was adjourned
         24   at 4:31 p.m.)
         25       --oOo--
                                                      136
```

**[Page 137]**

```
          1       I declare under penalty of perjury
          2   that the foregoing is true and  correct.
          3   Subscribed at _____, California, this ____
          4   day of _____, 2006.
          5
          6
          7
          8                   _____
          8                   Signature of Witness
          9
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
                                                      137
```



```
 1          CERTIFICATE OF REPORTER
 2      I, DEBRA ALLUSTIARTI, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell
 5   the truth, the whole truth and nothing but the
 6   truth in the within-entitled cause;
 7      That said deposition was taken down in
 8   shorthand by me, a disinterested person, at the
 9   time and place therein stated, and that the
10   testimony of the said witness was thereafter
11   reduced to typewriting, by computer, under my
12   direction and supervision.
13      That before completion of the deposition,
14   review of the transcript was [ ] was not [ ]
15   requested.  If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18      I further certify that I am not of counsel or
19   attorney for either or any of the parties to the
20   said deposition nor in any way interested in the
21   event of this cause and that I am not related to
22   any of the parties thereto.
23      DATED:_____, 2006
24
25      DEBRA ALLUSTIARTI CSR, No. 10929
                                           138
```

**A**

abbreviation 123:3
ability 121:18
able 29:20
Absolutely 86:2 112:25
  122:7,21
accepts 75:6
access 17:6,10 113:17
accommodate 30:1 43:21
  44:10 70:8 71:5
accompany 93:17
accomplished 109:10
accurate 92:14 94:6 95:1
acquired 8:9
acreage 61:16
acreages 61:14
acres 62:8,10,14,19
act 83:5
actively 117:20
actual 18:6 57:19 61:19
  81:17
add 121:2
addition 73:8
additional 57:20 107:3,15
  107:17 108:14,14,21
  109:11,15
address 7:14,17,20
adjoining 37:12 57:8
adjourned 136:23
adjust 109:3
adjustment 71:22 100:20
  103:5 109:10
adjustments 72:4 73:4,5,8
  100:25 104:6,18
adopted 133:22
advantages 105:22
aerial 13:2 26:25 52:1
  109:25 110:1,2
Aerometric 27:9,10
afternoon 6:9
agencies 86:11
agency 86:14
ago 9:3 36:13
agree 12:14
agreement 2:9 3:18 115:14
  115:20
agricultural 85:21
ahead 47:3 103:6 105:6
  135:24
al 1:8 5:7 6:13
alignment 97:24
alleviate 55:6 72:15 85:11
allocate 95:24
allow 8:17 40:18 81:25
  127:12
allowed 138:17

Allustiarti 1:25 5:14 7:4
  138:2,25
alter 84:12
Alto 5:13 6:21
ambiguous 21:7 42:16 47:2
  106:11
amended 4:3 127:22,24
amok 97:5
amount 90:8,8,11,12 108:3
  108:7,18 127:13,15
  131:20,21 132:20
Angeles 5:23 6:18 136:19
Annie 4:10 134:18
answer 16:2 27:22 31:20
  32:7 47:3 83:24 94:23
  119:16 121:2 135:24
answered 118:18
answers 83:25
anticipated 67:20 70:8
anybody 91:15 119:22
anymore 75:5
APN 131:25
apologize 9:4 80:25
apparently 105:5
appeared 5:15,25 6:4
appended 138:17
Appendix 3:5,15
application 3:11 89:13,23
  91:2,16 92:16 93:1
applied 124:13
applies 94:23
apply 89:20
approval 93:16 125:24
  135:7
approved 125:18 130:8
  132:10 135:17
approving 125:17
approximate 20:13 48:19
approximately 40:11 42:1,3
  48:4 80:8,13,17,23 81:18
area 2:14,16 9:11,20,23
  13:3,16 17:2 27:18,19,25
  33:13,14 40:24 44:8 50:1
  50:10 54:4,5,8,16 57:5,20
  60:20 61:16 62:4,10,14
  62:19 63:6,7 74:17,18,23
  74:24 76:9,10,10 78:6,10
  80:20 82:23 99:16 114:6
  130:22
areas 8:18 61:13 69:3,3,11
  72:2 110:9,14,15,16,25
  114:6 118:12 124:12
arisen 111:2
arose 109:2
asked 52:4 118:18
aspects 95:20
ass 112:1

Assaf 4:8
assessed 9:18
assessment 2:14,16 9:11,14
  9:21 10:9,15 11:3 12:9
  13:16 14:5 15:8 16:14
  46:7,20 55:5 60:20 62:1
  63:21 65:9 75:10 82:23
  83:21 85:15 86:19 87:23
  88:25 91:3 93:24 94:12
  94:20 95:11 96:5,11
  100:2 109:23 114:5,12,18
  114:21,22 115:6,2,6,17,22
  115:23 118:14 121:4
  122:5 124:1,3,5,18
  126:13,15 127:11 128:7
  128:25 131:17,20 134:4
  134:12
assessments 124:8,10,12
assigned 129:12 130:8
assigning 129:20
associated 9:8 44:18 72:8
as-built 14:24 15:1,7 17:22
  17:24
attachment 134:10
attain 73:9
attempt 66:14
attended 90:25
attention 84:4 106:16
attorney 5:24 138:19
Attorneys 6:4
audibly 27:23
audio 59:9
August 134:17 136:13
authority 123:1,6 125:18
  134:18
authorization 108:13
Avenue 2:14,16 9:10,20
  10:9,15 11:2 12:2,7,8,23
  13:16 14:4,13 15:8 16:14
  38:16 39:21 40:4 41:16
  46:7 50:25 51:5,12,14
  55:5 56:13 60:20 62:1,17
  63:5,21 65:9 67:25 72:7
  73:3 75:9 78:25 80:4
  82:23 83:21 85:15 86:19
  88:25 91:3 93:24 94:12
  94:20 95:6,11 96:11
  97:25 98:1,9 99:2,18
  100:1 102:7 107:18
  108:15 109:5,11,23 110:5
  111:1 114:22 118:14
  122:5
aware 53:3 75:5
a.m 136:13

**B**

b 1:15 5:16 6:11 37:4 82:7

82:12 93:12 136:17
back 7:25 17:12 21:14
  29:11 39:19 47:15 67:23
  74:21,25 82:12 89:7
  90:21 98:15 104:14
  126:17 136:9
backfill 48:18 70:11
backfilled 50:2
backfilling 48:13 50:9,19
background 9:13
backwoods 8:18
balance 72:2,2 73:10
balanced 68:18,20,23 70:16
  71:15 73:13 90:22
band 44:23,24
bank 48:14,19 50:8 66:20
banks 53:11
bars 45:3,4,13,18
base 44:4,7,8
based 33:5 46:8 47:19
  49:24,25 58:20 63:3 71:8
  98:15 117:6 124:14
basically 43:4 58:21 68:16
  83:10
basin 24:8 35:13
basins 34:9
basis 7:25 120:12 126:22
Bate's 2:10,12,15,17,19,21
  2:23 3:3,6,8,9,12,14,16
  3:18,22,24 4:4,6,8,10
  13:12 34:22,24 131:16
  132:22
Bay 1:7 2:22 5:7 6:12 9:11
  10:7 15:6 63:19 75:24
  76:23 96:24 97:8 100:2,8
  100:24 108:13 113:24
  116:12 117:5,25 118:20
  120:15 123:7 133:14
Beachwood 12:10,11,17,22
  13:5 16:23 18:11 19:2
  26:12 30:2 34:1 35:2
  37:16,21 38:5,10,20
  40:14 46:3,10,18,24
  47:11 54:18 55:1,22 56:5
  56:10,17 58:7,11 59:19
  59:23 60:12 62:12,24
  65:19,24 74:13 76:11,13
  77:2,20 78:3,17,21 79:9
  79:24 80:7,11,18 81:18
  85:17,25 86:4 92:5 94:10
  94:22 95:2 102:8,17
  108:22 109:2,19,22 110:9
  110:16,25 111:6,10,21
  112:2,9 113:10,19 117:6
  117:7,12,16 118:9,16
  119:24 132:1,10,15,25
  135:20

beginning 6:10 82:10 130:6
begins 129:3
behalf 5:25 6:5
belated 75:14
belief 108:25
believe 30:18 112:6
believed 94:10
Ben 1:15 2:18,20 3:3,9,23
  5:16 6:11 82:7,12 136:17
benefit 126:23 127:1,7,9,13
  127:15 129:3,5,12,13,20
  130:9,20 131:7 132:3,6
  133:3,4
benefits 95:17
benefitting 11:21
best 16:5 17:23 32:22 67:12
better 81:10 97:6,15
bid 18:5 96:12 106:25
bids 105:3
big 43:3 63:6 66:9 114:2
  127:6
bigger 99:17
biggest 62:4
bit 19:19 48:8 52:15 58:2
Blackberry 59:8
Board 125:19
Bogey 7:15
bond 9:15
bonds 9:16,17
bond-finance 96:6
bond-financing 95:15
border 19:2,6 38:8,19
  80:11 81:17
borrow 90:16,19 109:18
  111:5,10,16,20 112:9
  118:12
borrowed 109:1,22
bottom 18:16 20:18 21:20
  22:9 35:21 39:1 41:23
  42:8,24 44:4,25 45:16
  71:23 74:9 91:19,24
  98:19 99:7 130:5,19
Boulder 7:15
Boulevard 5:23 6:19 72:20
  136:20
boundary 11:15,18,18,20
  11:23 12:8,21 35:11
  40:13 80:13 126:23
  128:10
box 30:11,11,19,23,24 32:9
  32:19 33:22,24 34:3,15
  43:1,5,10 44:12
boxes 34:9
Braden 10:24
brain 92:13
branches 40:19
break 82:4 136:4

breaks 61:13
bridges 8:17
brief 83:4
briefly 8:5
bring 70:14 120:25
brought 94:24
brush 122:11,15
build 9:17 14:4 99:19,22
  113:9 129:22
building 5:13 28:10 105:23
  125:5 129:22 133:15
builds 66:22
built 17:13 40:12 46:24
  47:6 52:13,15,18 53:12
  54:7 56:2,16 63:21 65:25
  67:9 105:21 112:23
Burg 2:5 5:24 6:22 7:1,1,9
  7:10 9:2,7 10:1,5 15:13
  16:4 21:11 23:24 26:22
  31:19 32:8 40:5 41:10
  42:17 43:24 47:10 52:10
  56:22 57:1 58:18 59:10
  60:15,19 61:6,10 65:6
  68:23 70:15 73:21 75:21
  76:21 79:13 81:2,6,16
  82:4,16 83:15,19 87:3,7
  89:4,12 91:6,11 94:16
  96:22 98:3,7 106:13
  115:13 116:4 118:6,22
  119:17 121:1,11 123:16
  126:2,6 127:21 133:12
  134:7,16 136:2
business 7:17 8:8,9 97:14
BU's 126:24
BW001742 3:18
BW001754 3:19

---C---

C 1:6 5:6 6:3,15
CA 5:23 6:2
cage 3:20 40:14,17,18 42:11
  43:10 44:5,15,19 45:11
  47:17 48:13 50:1,20,21
  55:17
calculate 22:23 71:7
calculation 61:12,20 71:16
calculations 61:11
California 1:2 3:13 5:2,14
  6:14,20,22 7:16 8:21
  27:11 136:20 137:3
call 19:16 30:6 49:12 118:8
called 5:18 37:21 95:15
  121:21
calls 32:5 120:22 135:21
CalTrans 87:9,13
cap 30:9
capacity 54:21

capped 30:4
carry 60:3
case 6:14 102:6 105:6 116:3
Cassia 6:6,17
catch 24:8 34:9 35:13 50:12
  50:20
Caudill 100:7
cause 55:2 118:9 122:5
  138:6,21
caused 117:11,16 128:16
  135:6
center 39:7
certain 8:1 116:14
certainly 21:9 102:2
CERTIFICATE 138:1
certified 5:15 125:14,15
  138:2
certify 138:3,18
change 18:3,8 82:5 98:8
  106:21 107:20 108:19
  109:4
changed 15:24 57:18 58:2
  97:25 108:10 113:14
changes 17:9 138:15
changing 75:7
charge 10:18
charged 95:21
Charges 114:8
chart 16:8,11 34:4,10,13
  71:11 72:6
charts 61:18
cheaper 17:20
check 30:19
checklist 3:5,16 83:20
  85:14 87:10 98:8
Chesterfield 2:12 57:12
  74:18 75:12
Chojnacki 6:3 8:25 9:4
  15:11,25 21:6 23:21
  26:16,20 31:18,25 40:1
  41:8 42:15 43:22 47:1
  52:7 58:15 68:21 75:14
  79:12 80:25 81:11 94:14
  96:20 106:10 115:24
  118:18 119:15 120:22
  135:21 136:4,11
circle 43:15,21 45:7 62:7
circles 17:4
circular 43:8 44:10
cities 96:24 97:9 100:2,8,24
  108:13 120:11,15
city 1:7 2:22 5:7 6:12 10:7
  15:6 54:3 55:8 60:6 63:19
  63:24 64:11,16,23 65:7
  65:13 66:12 74:1 75:23
  75:24 76:22 81:25 82:18
  82:19 83:5 86:17,20

88:25 89:14,20,24 92:15
  92:20 94:7,11,19 95:5
  96:10 101:5 108:1 111:13
  111:15 112:7,12 114:19
  117:4,11,15 118:6,12,20
  118:23,24 119:2,3,20,22
  120:2,7,11,14,14 122:23
  123:7,10 124:19 125:5
  132:20 133:14,23 134:1
  135:18
city's 82:23 91:1 96:23
  111:25 118:13
Civil 9:9
clarification 19:16
Clark 3:3 82:18
clean 53:14
clear 122:16
clearances 92:25
clearinghouse 86:8
close 104:23
closed 84:13,17
closest 19:17 21:16
CMP 44:22,24
coastal 3:11,14 89:1,2,13
  89:14,22 91:1,2,7,15 92:4
  92:8,15 93:3 94:8 117:5
  128:20
collect 50:16
collected 122:20
collecting 111:5 121:15
Color 3:20
column 131:20
columns 71:11
combination 109:17
come 15:21 39:18 105:24
  107:15 108:21 118:23,24
  121:4 124:11 127:8
comes 10:23 66:19
coming 21:22 22:3,10 56:20
  92:7,12
commencing 5:12
comment 17:12 88:22
commenting 87:9
comments 86:14
Commission 3:14 89:2,14
  89:22 91:1,8,15 92:4,8,16
  93:3 94:8 128:21
commitment 116:2
communications 93:2
compact 69:10,21,24
compacting 69:12
compaction 69:15,17
compaction's 69:13
company 76:6,14 102:7
  112:12 113:9 115:15
company's 104:15
compare 122:13

LegaLink,  a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

compared 120:15
complaints 113:4
complete 68:4 95:19 102:5
   108:15
completed 52:21 82:24
   122:14 134:21 135:18,23
completion 113:7 125:24
   135:8 138:13
compliance 134:23
complicated 124:15
complies 16:21 34:21 38:14
   76:25 93:11 131:18
comply 83:5
computation 129:4
computed 130:20
computer 138:11
concept 2:15,17 60:21 75:6
   129:16
conceptually 75:7
concern 111:11 122:6
concerned 103:19 111:9
concerns 111:12
conclude 136:14
concludes 136:16
concrete 23:10,12 31:11
   34:14 43:15 44:8
concreted 29:18 36:25
condition 14:24 17:24 53:4
   55:7 121:16 122:3,13,14
conditions 33:6 49:25 88:20
   93:8,12
conduit 84:14,17
confirming 103:1
cunnect 31:14 98:1
connecting 30:24
connection 3:18 24:7 94:3
   115:14
connections 130:24 131:8
   132:12
connects 43:7
consistent 130:13,15
consolidation 69:16
construct 88:24
constructed 17:2 18:6
   20:14 33:25 37:11 38:19
   38:22 46:25 53:6,7 55:17
   60:2,6 62:12,23 65:1,8,22
   65:23 67:3 94:11,20 95:5
constructing 68:3
construction 16:8,11 17:19
   18:4 34:4,14 40:6 46:2,6
   67:11 100:1 101:12 110:2
   110:4 113:25 116:8,10
   118:13 122:14 134:21
   135:17,23
consulting 2:9 10:8
contact 119:23

contained 132:7
context 107:8,12
contiguous 130:25
continue 33:7
continued 41:11 49:14
   59:22 78:17
continuing 16:22 136:12
contour 47:20
contours 51:11 63:7
contract 10:6 96:10 108:12
   120:7,12
contracted 6:18 27:3
contractor 14:4 17:20
   18:20 70:3,7 71:17,20
   73:13,17 96:14,19,24
   100:25 103:15,21 104:17
   105:1 106:6,9 108:13
   109:2 111:25 112:1
contractors 97:10,14
contractor's 68:16 104:1
controlling 84:13
conversations 111:14,18,23
copy 3:20 10:6 12:25 76:22
   100:12 102:20 123:21
   134:9
corner 58:7,11 59:19 78:21
   80:7,18 85:19
correct 7:22 10:17 11:13
   16:25 18:9,13 19:14
   22:25 23:4 24:21 28:17
   32:16 38:16,17 44:1,13
   44:16 62:25 75:13 77:16
   77:17 84:3,24 88:9 89:5
   93:4 94:13 95:4,7 99:21
   99:24 106:3 135:14 137:2
correction 72:18
corrugated 44:18,21 45:15
cost 107:15 127:16,18
   132:16,19,22,23
costs 9:18 70:13 95:16,24
council 119:10
counsel 5:25 6:4,24 89:9
   138:18
count 19:10
counties 8:19
counting 19:5
County 8:10
couple 121:6 124:16
coupler 44:23,23
course 15:5 51:15 58:20
   63:12 84:12 100:1 102:15
court 1:1 5:1 6:13 7:3 27:23
cover 101:19 104:11,13
covered 9:17 75:6
create 68:18 72:12,13,25
created 68:6,6 103:15
   106:5 107:16 109:12,18

creating 125:1
Creation 8:16
creek 7:15 36:10 37:22 38:1
   47:18,25 48:4,9,14,18,24
   49:9,10,11 51:1,16,18
   52:16,22 53:1,5,17 54:13
   58:6,10 59:24 60:12 94:4
   113:16
creeks 94:3
crossed 15:16,20,21 17:18
Cruz 8:10
Crystal 116:9,11,23
CSR 1:25 138:25
cubic 109:1
culverts 60:7
curious 66:3
current 74:17
currently 88:17
curved 41:15
cut 29:17 90:5,8 104:20
   105:24
cylindrical 44:4
C-8-91 4:6

## D

D 2:1
Dan 120:5,6
Darnall 3:7
dash 58:16
date 6:15 13:20,24 14:1
   46:12 125:16 134:2,3
dated 2:19,21 3:3,7,9,22,24
   4:8,10 138:23
David 4:9
day 97:7 137:4
days 92:10
dead 125:3
deal 97:1,7,11,13
dealings 97:8
dealt 120:16
Debra 1:25 5:14 7:4 138:2
   138:25
debris 3:20 40:14,17,19
   41:23,25 42:11 43:10
   44:5,15,19 47:17 48:7,12
   50:1,20,21 52:12 53:12
   55:17 121:12,15,22,24
   122:16,18,20
December 134:21
decide 49:20
decided 104:22
declaration 83:11,12
declare 137:1
dedicated 76:6
deeds 76:5
deep 37:4 66:9
Defendant 6:5

Defendants 1:9 5:8
defined 49:10 63:10
Defines 57:7
definitely 53:18,19 120:17
delay 128:16 135:7
Delta 14:13
demarcation 57:15,22
denied 117:5
dense 69:18
Department 93:16,22 94:8
depending 127:4
depict 14:3
depicted 11:17 12:2 21:3
   121:17
depiction 14:8,8 99:1
deponent 138:16
deposition 1:14 4:12,13
   6:11,20 9:1,5 10:3 12:10
   12:13 13:2,8,10 56:24
   60:17 61:8 73:19 75:19
   76:19 82:7,11,14 83:17
   87:1,5 89:10 91:9 95:10
   96:18 98:5 100:7 101:4
   102:20 106:15 115:11
   121:9 123:14 126:4
   127:19 133:10 134:5,14
   136:12,17,23 138:4,7,13
   138:20
Depression 35:17
depth 22:23
describe 53:4 57:1 95:12
   129:4
described 67:20 126:19
   135:10
describes 77:9
Description 2:8 3:2 4:2
descriptions 77:5
design 11:1 18:5 40:21
   45:20 57:9,19 61:13,17
   61:23 66:10 68:9 71:14
designed 24:19 40:18 62:11
   62:16,22 66:13 71:2
   121:18 122:18
detail 16:23 30:11,14,23
   31:24 32:9,20 34:14,18
   37:2 38:15 43:14,16
   44:24 48:12
details 16:9,12 34:5 95:16
determine 63:1 68:17
   127:10,12,13
determined 26:14 131:9
   132:7,14
develop 61:17 117:12,16
   125:2 131:1,12
developed 124:23
development 3:11 8:18 89:1
   89:13 91:2 117:5 118:15

130:15 131:14
**devise** 32:3
**diagram** 128:7
**diagrams** 43:23
**diameter** 23:8,16 42:11,12
  42:14,25
**Dick** 10:24
**Dickson** 4:9
**difference** 49:8
**different** 17:7 52:8 57:12
  61:2 62:2 95:22 106:7
  113:14 127:4
**difficult** 97:1
**digging** 68:7
**dimension** 80:3
**dinged** 114:7
**direct** 30:10 37:7 74:16
  76:23 91:18 106:15
**directed** 37:10 73:6,10 74:8
**directing** 51:17 84:4 93:5
  131:16
**direction** 37:19 138:12
**directly** 12:22
**director** 74:3 92:20,23,25
  100:9 118:25 120:1
**directors** 118:24
**dirt** 69:2 72:12,13,16,25
  90:9 104:10 107:4,15
  108:21 109:18,21 110:9
  110:24 111:1
**disagree** 87:18,22
**disagreed** 88:6
**disarray** 118:20
**discretion** 8:2
**discuss** 19:18
**discusses** 102:11
**discussing** 37:25 83:8
  102:15 103:20 132:1
**discussion** 84:8 85:1 91:21
  92:1,8 136:11
**discussions** 63:18 65:12
  92:4 101:24 111:4 117:10
  117:15 118:11
**disinterested** 138:8
**disposal** 28:2 90:17,19
**distance** 79:18,23 80:2,4,5
  81:16
**distribution** 116:14
**district** 1:1,2 2:14,17 5:1,2
  6:13,14 9:11,14,18,19,21
  10:9,15 11:3,20 12:9,22
  13:16 14:5 15:8 16:15
  46:7,21 55:6 60:21 62:1
  63:22 65:9 74:13 75:10
  82:23 83:21 85:15 86:20
  87:23 88:25 91:3 93:24
  94:12,20 95:11,18 96:11

100:2 109:23 114:5,18,21
  114:22 115:2,7,18,22,23
  118:14 121:4 122:5 124:1
  124:4,6,18 126:14,16
  134:4
**district's** 116:13
**district-type** 114:12
**disturbance** 35:25 53:10
**ditch** 37:11 51:1,12,18
  57:12,13 60:4,5 75:11
**ditches** 67:9
**divided** 58:2 127:16
**divides** 61:25
**document** 2:9 3:5,11,15,17
  4:3,5 11:6,12 68:22 73:24
  74:10 75:17 79:16 82:20
  95:15 98:12 100:17 101:8
  102:25 106:20 107:9
  115:25 128:6 132:8
**documents** 81:14 88:4
  135:5
**doing** 8:12 50:5 103:7
  117:24 121:14
**domestic** 101:15,20
**door** 113:16
**dots** 58:17
**dotted** 58:15
**double** 7:15 29:2,3
**double-check** 11:5 71:18
**downstream** 19:10 41:3,10
  41:12 49:18 50:10 121:24
**drag** 113:16
**drain** 2:14,17 14:18 17:6
  33:9 39:13 40:20 50:14
  50:15,22 52:8,11 60:21
  82:3 85:3 111:19 112:8
  112:13,14,19
**drainage** 2:12,12 9:22 35:7
  35:8,11 57:3,4,7,9,19
  58:1,19,19 59:6,14,17
  61:13,15 62:14,19 63:12
  74:11,18,23 84:11,23
  85:2,3
**drained** 112:13
**draining** 112:3
**drains** 39:24,25 112:13,14
  135:19
**drawn** 57:17
**drew** 59:11
**drive** 7:15,19 46:15 65:18
**due** 101:19 107:15
**dug** 111:6,20 118:13
**duly** 5:19 138:4
**dump** 50:17
**Dykstra** 35:13 46:12,14,17
  47:9 51:14 63:13 65:17
  113:21 114:9 118:1,3

**D-y-k-s-t-r-a** 118:3

### E

**E** 2:1 128:22
**earlier** 65:16 74:22 90:22
  100:19 112:15 116:21
  123:9,19 133:2,20 134:11
**early** 11:3 113:24 125:6
**earth** 71:10,10
**earthwork** 70:1 71:11,22
  72:5 73:9 100:19,20
**easement** 76:5 77:13,19,24
  78:16 80:5,6 81:21
**easements** 76:17 77:2,10
**east** 19:6 20:10 37:16 38:7
  46:18 54:25 55:17,21
  56:13 57:11 59:18,22
  62:17 66:5,7 67:20 79:20
**easterly** 19:6 38:4,15 40:3
  47:6 51:4 55:18 56:4 78:2
**eastern** 38:8 81:17
**easternmost** 35:1
**east-west** 21:25 22:3,10
  42:19
**edge** 35:1 43:17 78:25
**Edward** 5:24 6:3,22 7:1
**effort** 112:11 119:23
**eight** 19:4 120:9
**EIR** 125:14,15
**either** 138:19
**elevation** 18:19,23 19:20,23
  20:10,13,15 21:4 22:9,20
  23:2 26:14,25 41:19 42:7
  48:5 58:23 71:3
**elevations** 20:9 101:18
**eliminate** 105:23
**eliminates** 88:16
**embankment** 99:11
**embarked** 123:11
**enclosed** 82:24
**ended** 54:20 67:12
**engineer** 8:20 11:1 73:7,11
  82:22 86:21 89:17 95:24
  96:1,2,3,7 108:24 118:4
  120:2,8,11 122:4 124:4
**engineering** 2:9 9:9 10:8,14
  70:15 93:13,17,23 135:12
**engineers** 95:10,13,15
**engineer's** 4:3 127:22,25
**enlargement** 116:14
**entails** 116:7
**entered** 113:1,2
**entire** 24:18 80:13
**entirely** 129:10,13,21
**entitled** 2:9,11,13,16 3:5,11
  3:15,17 4:3,5 16:4
**entity** 94:9

**environmental** 3:5,16 82:24
  83:2,5,8,14,20 85:14 86:5
  87:9 92:24 98:8 128:20
**equal** 130:9
**equals** 21:17
**equivalent** 114:7 127:2
**eroded** 66:19
**erosion** 66:11
**especially** 105:10 106:15
  119:14
**essentially** 29:15
**establishing** 126:23
**estimate** 67:12
**et** 1:8 5:7 6:12
**evenly** 69:6
**event** 138:21
**eventually** 66:10,22
**everybody** 95:20 114:7
  115:19
**evidence** 135:22,22
**exactly** 52:6 69:13
**examination** 2:5 7:9 136:15
**EXAMINATIONS** 2:3
**examined** 5:19
**excavated** 90:10,11
**excavation** 70:8
**excavations** 71:6
**excerpt** 60:25
**exhibit** 4:15,16,16,17,17,18
  4:18,19,19,20 10:2,3,6
  11:8,14,15 13:1,2,8,9,11
  13:14 14:7,23 17:23 52:1
  54:15 56:23,24 57:2,6,21
  58:8 59:7 60:16,17 61:7,8
  61:11,25 67:24 73:19,22
  73:25 74:7 75:1,17,19,22
  75:22 76:4,19,22,24
  77:10 82:14,17,18 83:16
  83:17,19 84:5,25 85:14
  86:7,25 87:1,4,5,8,10,12
  87:16,20 88:14 89:6,9,10
  89:12,19,24 90:1 91:7,9
  91:12,20 93:7 95:9 96:18
  97:21 98:4,5,7,14 100:6
  100:15 101:4 102:19
  103:13 106:14,17 107:7
  107:20 110:1,3,6,8
  115:11,13 116:5 121:9
  122:4,12 123:14,16
  125:12 126:3,4 127:19
  128:3,4,14,22,22 133:10
  133:13 134:5,7,14,17
**EXHIBITS** 2:7 3:1 4:1,12
**existing** 31:22 33:5 35:12
  35:22,24 36:6 37:13,14
  37:16 48:13,18 49:25
  51:11 69:9,10 84:12

85:18 88:11,20 99:10
130:23
**exists** 88:17
**expand** 8:18 123:11 125:1
**expanded** 125:3
**expansion** 114:20 116:12
123:24 124:24 125:8,17
126:8,20 127:25 128:17
130:2,14 132:16 134:20
135:16
**expensive** 70:22,24
**experiences** 97:16
**explain** 15:19 43:13 61:10
**explaining** 103:3
**explanation** 84:1
**export** 68:25
**expose** 88:7
**exposes** 87:23 88:5
**expressed** 103:13 111:12
**extend** 82:3,3 99:18
**extended** 78:24 99:3,20
**extension** 98:9
**extent** 32:2 135:25
**extra** 97:12 102:16 108:12
108:25

**F**

**F** 90:16
**fact** 109:22
**factor** 131:4
**factors** 109:6,18 129:12
131:9
**facts** 135:22
**familiar** 9:10 122:25
**far** 18:1 28:20 29:8 52:19
92:24 103:19
**fast-forward** 117:3
**Fax** 4:7
**feasible** 101:19
**February** 125:15,24
**feeling** 106:4,8
**feet** 22:12 24:15 25:4,6,16
25:19,24 26:2 28:12,14
28:16,22 29:5,6,9 36:16
37:4,6 39:9 40:6 41:3,12
42:1,2 43:1,16 47:23 48:9
52:16 66:9 77:25 78:5,8
78:21 79:5,10 80:8,14,17
80:23 81:19,19,20,24
99:11
**Felix** 2:18 3:7 74:1
**felt** 17:20
**figure** 108:10 120:20 132:3
**file** 3:22 123:21 125:13
**fill** 28:8,9 66:10 90:5,11,12
99:15,23 100:3 102:16
103:14,23 104:5,18

105:25 106:5,9 107:3,17
108:14,25 109:11
**filled** 83:6 85:13,23
**filling** 68:8
**fills** 21:10 66:18
**final** 14:1 93:12,17,23
101:16
**finance** 114:19,22 115:3,7
**financing** 9:16 115:16
127:17
**find** 8:3 119:8,12,13
**fine** 32:3 122:11
**finish** 65:4
**finished** 20:10 21:4 31:19
100:16 101:7
**firm** 10:8 77:7,14 110:19
128:4,8 129:17 135:11,11
**firm's** 124:2
**first** 5:19 9:13 11:8 13:17
13:20 18:14 67:14 72:14
73:22 74:9 82:21 97:22
100:13,14 105:9,12
106:22,25 107:6,11
114:14 116:4 125:12
131:12 134:19
**Fish** 93:16,22 94:8
**flatter** 21:4,8 25:15
**flood** 33:7,13,14 84:12,15
**flooded** 54:9,21 55:14
**flooding** 54:5 55:2,12 74:23
85:9 87:25 88:16
**flow** 24:8,24,24 29:19 33:7
33:17 35:18 36:1,9 37:7,9
37:11 38:4 40:20 47:18
47:25 48:4,9,24 50:13,21
50:22 51:10,17 52:16,22
53:15 54:24,25 56:20
57:7,11 59:14,17,22 60:3
60:11 62:11,16,22 75:12
84:12,19 112:21
**flowed** 37:17,25 50:23
57:12,13 58:7,10 59:18
59:23 60:11 75:11 112:23
113:2
**flowing** 56:3 64:9 121:25
**flows** 35:14 66:22 74:17
84:13,15
**focus** 92:12
**follow** 70:9 129:4
**follows** 5:20
**foot** 71:4 72:8,9,11,23,24
**foregoing** 137:2 138:4
**forgot** 88:22
**form** 3:5,16 82:25 83:3,4,6
83:20,23 85:14,24 86:5
87:10 98:8 107:20,22
**formed** 114:5

**forms** 86:7
**fortunately** 97:18
**found** 119:6,7
**foundation** 15:12
**four** 127:7
**fourplex** 127:7
**four-and-a-half** 43:16
**Franklin** 7:18
**Fred** 2:20 75:23
**frequently** 17:10
**front** 15:14 97:20
**full** 13:11,11 66:23
**fully** 134:23
**full-time** 8:7
**function** 64:4 121:18,18
**functional** 134:23
**funding** 114:12
**further** 73:5 136:2 138:18
**future** 24:7 30:1 82:2

**G**

**G** 5:24 6:22 7:1
**gain** 72:4
**Game** 93:16,23 94:8
**Gary** 4:13 97:6 111:5,9,19
111:24 119:14,17
**Gate** 41:16 73:3 78:25
79:15
**general** 9:21 14:8 15:19
23:22 61:11 81:12 116:8
**generally** 57:23 69:19
95:12
**getting** 47:15 64:9,10 90:21
**get-out** 121:15
**give** 7:13 8:5 59:5 67:12
73:21 76:21 87:3 112:1
126:2
**Glen** 37:22 38:1 59:24
60:12 113:16
**go** 7:25 21:14 29:11 33:8
36:7 47:3 50:8 55:9 64:10
65:22 66:13,14,17 75:5
104:14 105:6 110:17,22
113:15 118:23,24 122:10
124:15 126:17 135:24
136:4
**God** 120:20
**goes** 11:10 31:4 58:22 59:1
74:21 105:16
**going** 10:1 13:7,10 15:11,25
19:18 22:6 23:21 24:2
26:16 31:25 43:17 50:12
59:5 61:14 63:11,14,24
66:23 67:23 68:21 69:13
72:1 74:7 75:11 81:11
82:7 91:6 95:8 100:5
113:22 114:8 119:11

121:4,6,11 127:21 136:6
136:14,21
**Golden** 41:15 73:3 78:25
79:15
**good** 6:9 7:10 70:18,19
68:9 99:10
**Gotcha** 65:5
**governmental** 94:9
**grade** 18:20 21:5 36:16
68:9 99:10
**graded** 31:17 110:14,15
**grades** 68:17 103:5
**gradient** 24:1 25:15
**grading** 24:4,5 67:24 68:2
68:11 90:2 96:25 100:21
101:16 103:4,7 105:9,12
105:17,20 106:23 107:14
108:3 109:3,9
**grading's** 105:5
**Grandview** 54:4,9,14 55:1
55:11,13 60:1,9,13 64:19
74:24 85:10 88:21
**grass** 28:6
**gravity** 24:25
**gravity-flow** 24:19
**great** 16:2 66:8 121:14
**greater** 120:16
**greatly** 85:3
**ground** 20:17,22 26:25
31:22 33:5,17 105:15
**growing** 28:6
**growth** 51:22
**Grutzmacher** 6:4 8:25
**guess** 11:19 32:4

**H**

**H** 62:4,7,10 63:6
**half** 1:7 2:22 5:7 6:12 9:11
10:7 15:6 23:14 48:6
63:19 71:4 72:8,9,11,22
72:24 75:24 76:22 77:20
113:24 116:11 117:4,25
118:20 120:15 123:7
133:14
**hand** 10:1 13:7,10 60:15
82:16 83:15 89:4 91:6
95:8 98:3 100:5 106:13
123:16 127:22 133:12
**handed** 89:5
**handing** 12:25 101:3
**handled** 92:23 120:10
**handwriting** 98:21
**handwritten** 108:7
**happen** 66:24
**happened** 17:19 67:21
103:10
**happening** 67:1
**haul** 70:12

LegaLink, a Merrill Company
800-826-0277   818-593-2300   Fax 818-593-2301   www.legalink.com

hauling 70:23
hazards 87:24 88:6,8,11
head 78:9
hear 94:19 111:8
heard 85:16,24 94:7 112:5
hearing 91:1
heavily 63:10
heavy 51:22
height 44:23
Heindel 3:24 4:7 124:9
    126:7,19 134:8
Heindel's 129:17 135:11
help 45:2 55:10 85:11
hereto 138:17
high 21:9 45:2,2,4,9 47:16
    68:8 105:10
higher 20:22 48:9 69:2
highest 24:16
Highland 55:18 56:13
    62:17 66:6,7 67:21 72:20
    76:9
highway 11:24 12:14 14:14
    19:1,11,17 21:16 39:7
    40:7 54:7 78:2 79:5 80:17
    98:1 99:3,10,19
highways 8:17
high-density 127:4,6
hill 39:1 50:12 66:19
hills 6:19 54:24,25 56:4
    57:11 58:12 59:18 136:20
hired 27:14
historically 54:4
history 8:6
HM 98:19
HMB 2:23,23 3:12,12,14,14
HM002063 4:10
HM203966 4:8
HM203985 4:8
HM203997 4:4
HM204005 131:17
HM204021 132:22
HM204025 4:4
HM204249 3:22
HM204253 3:22
HM209336 3:10
HM209337 3:10
HM209338 3:8
HM209339 3:8
HM209373 2:15
HM209499 3:4
HM209500 3:4
HM209708 3:16
HM209718 3:16
HM209839 2:21
HM210894 2:17
HM210935 2:19
HM210937 2:19

HM212985 2:12
HM300441 13:12
HM300460 13:12
HM302422 3:24
HM303340 2:10
HM303351 2:10
hold 44:23 45:18
hole 66:9,11,17
home 13:25
homes 68:5
hopefully 69:7
house 69:22
housing 69:24
huh 128:1
hundred 39:9
hyphen 126:11

### I

idea 24:23 50:11 124:22
identification 2:7 3:1 4:1,12
    10:4 19:15 56:25 60:18
    61:9 73:20 75:20 76:20
    82:15 83:18 87:2,6 89:11
    91:10 98:6 115:12 121:10
    123:15 126:5 127:20
    133:11 134:6,15
identified 61:16 89:16 90:6
identify 6:24 13:3,13
II 133:5
III 90:2
impact 83:14 84:15 121:17
impacted 88:20
impacts 83:9 84:22
import 68:25 72:16 102:5
important 53:22
imported 70:14 110:25
importing 70:21
imposing 133:14
improve 9:23
improved 35:12 88:11
improvement 13:15 55:5
    88:25
improvements 9:17 11:22
    54:10,12 74:12 84:11
    85:2 87:23 95:22 114:23
inadequate 97:13
incentive 55:8
inch 23:9,14
inches 18:6 22:8 37:4 40:23
    41:2 43:3 44:21 104:16
    104:16,22,23
included 77:24 81:20
    108:17,18 123:7 124:17
    130:9
includes 106:22
including 54:7 74:13 94:7
    114:6 127:17

inclusion 81:24
incoming 21:21
independent 102:13
INDEX 2:3
indicate 58:18 59:11
indicated 25:3 39:21 52:12
    54:15 58:8,11 101:1
indicates 25:6 32:10 123:21
    125:15 133:22
indicating 17:16 27:12
    30:19 34:6 35:17 36:7,23
    37:13 38:20 39:5,13 41:1
    43:15,23 48:15 51:12,23
    54:8,10,16,19 57:10,20
    60:6 63:4 66:3 72:11 75:3
    79:17 81:5 98:16 99:16
indication 44:17 47:21
    90:18
individual 9:19 95:18,20
information 22:22 82:25
    83:2 118:8 136:1
infrastructure 8:12,14
initially 72:3
inlet 19:5 30:11,23 31:3,7,9
    31:14 32:9,11,19 33:8,11
    33:15,22,24 34:8,15 35:2
    35:5,6,19,25 36:2,16 37:7
    38:4,18,22 40:5,12 41:2
    41:19,19 42:9 47:10,17
    48:1,3,23,23 49:5,14,21
    50:13 51:18 52:22 53:1,2
    53:6,17 56:10,13,16
    62:11,17,22 65:23 66:21
    67:4,16,21 79:3 80:16
    81:17 82:1 121:13,16
    122:1,2,3,13
inlets 30:3 34:4 56:2
inlet's 121:17
inside 23:8,15
inspect 65:23 67:16
inspected 66:1
inspecting 67:4
inspection 46:22 47:2 67:15
install 9:23 17:20 105:4
installed 33:2 63:25 64:1
    67:9 103:6 104:21 110:5
installing 63:12
instance 31:17 39:6 63:3
instituted 125:5
institutional 119:20
instructions 9:6 72:6 73:12
intended 31:3,7 37:1 47:7
    50:20
intent 66:10
intention 69:1
interactions 91:14
intercept 35:22,24 37:15

51:10 56:3
intercepted 54:12
intercepting 37:14 75:4
interested 138:20
interesting 8:3
interfering 59:9
interpolate 47:19
interrupt 75:15
invert 21:15,17 22:19,24
    23:3 25:9 41:20 42:7
involved 86:13 124:1
involvement 124:2
irrelevant 120:23
issuance 133:16
issue 83:10 133:15
issued 93:25
issues 128:20
item 72:7 73:2 84:8 85:1
    89:16 90:16 106:22,25,25
    107:12 108:3,12 126:22
    129:9
items 15:20
i.e 101:14

### J

J 63:3
jacked 29:16
January 123:17 134:24
    135:8
job 96:24 97:17 121:14
John 3:23 4:7 124:9 126:7
    126:19 129:18 134:8
    135:11
join 8:25
joint 123:6
Jose 11:4 117:22
Joyce 1:4 5:4 6:12
July 1:17 5:12 6:15
junction 17:7 21:23 24:25
    53:10
June 100:7 102:11,21

### K

K 62:14
Karpain 2:19 3:7 74:1
keep 50:11,21
Kehoe 2:12 57:13 60:4
    74:17,23 75:11
Kehoe-Chesterfield 57:4
kind 35:5 92:24
knew 119:11,13
knocks 21:9
know 8:18 16:1,3 17:18,21
    27:7 30:21,22 32:19 33:9
    33:24 36:6,23 44:3 46:16
    47:21 52:19 59:2,5 63:13
    64:11,16,18,18,22 65:6

65:25 66:1,25 67:11,18
67:22 68:14 69:9,11,12
70:10 71:7 72:1 78:12
79:11 81:9,9 92:9 95:21
97:5 100:15,24 101:2,7
105:1,11,18 107:25
110:22 111:11,12 112:7
112:17 113:7,12,14 117:8
119:10 120:6 124:10
125:23 128:21 133:25
134:2,3 135:9,15
**knowing** 65:11 92:9
**knowledge** 55:13 122:22,24
**known** 102:8 123:3
**knows** 105:3

---

## L

**lack** 119:19 120:20,21
121:19
**lacks** 15:12
**largest** 56:15,19 131:21
**lasted** 125:8
**late** 9:5 113:24 123:12
**lateral** 24:7
**Law** 5:24 6:4
**leading** 35:12
**led** 113:20
**Leet** 6:6,17
**left** 53:9 61:18 63:14 119:5
119:14
**left-hand** 16:7
**leg** 40:25
**legal** 77:5 96:5
**LegaLink** 6:18 7:4 136:19
**legals** 77:7
**legend** 34:7
**Les** 3:3 82:18
**letter** 2:18,20 3:3,7,9,23 4:9
61:16 73:25 75:16,17,22
82:18,21 87:8,13 88:4,14
100:7 101:5,6 102:4,11
102:21 126:6,18 134:17
134:20
**lettering** 98:16
**let's** 21:14 57:10 71:1 78:5
98:15 136:4
**license** 9:8,9
**licensed** 8:20,23
**lid** 112:20
**lie** 12:22
**lieu** 115:19
**lifted** 134:1
**light** 94:16
**limits** 57:7
**line** 4:14 12:18 20:17 21:25
22:1,3,6 24:22 39:5,19
40:22 47:18,25 48:4,9,24

49:5 52:16 57:15,15,17
57:22 58:15 59:3,6,10
63:8,9,11 104:21,24
107:14 113:3
**lines** 9:24,24 17:7 66:15
101:21 104:12 105:2,14
**little** 19:18 55:20 58:2 83:6
97:11
**LLP** 5:22
**located** 11:24 38:7 49:15
**location** 17:1 33:22 39:14
48:1,3 50:22 77:9 79:14
79:21 90:16
**locations** 17:4 39:20
**logical** 31:23 49:22 51:25
**logs** 40:20
**long** 8:23 25:25 28:16 29:5
36:13 37:6 45:6 63:24
65:25 67:11 77:25 79:10
113:7 120:7 125:8,23
**look** 33:20 38:12 43:14
46:15 51:11 68:10 78:13
86:25 107:6 131:19
**looked** 47:5 66:2 79:4 81:10
133:2 134:11 135:5
**looking** 15:14 16:6 17:15
18:7 21:2 22:22 26:22
27:19 31:12 32:13 33:19
34:7 40:1 43:24 51:21
52:1 60:24 63:6 74:25
77:23 81:2 87:15 89:19
94:2 98:18 107:11 135:5
**looks** 26:11 39:16 60:25
106:22
**Los** 5:23 6:18 136:19
**lose** 72:4
**lost** 80:25
**lot** 64:19,21 113:21 124:12
**lots** 26:18 28:11 63:4 67:24
68:5 72:8 73:16 114:11
124:14 130:9 132:10
133:7
**low** 21:10,11 31:16,22 33:2
33:3,16,16 68:9 90:14
99:16 105:10 110:21
**lower** 15:15 20:24 69:3
71:4 72:8,9,10 73:15,16
77:6 84:6 104:22
**lowering** 72:22 101:17
103:5,8
**lowest** 24:12,20
**lump** 106:23
**Lyon** 76:6,14 102:7 113:9
115:15
**Lyons** 114:10
**Lyon's** 112:12

---

## M

**MacKay** 7:20,23 8:6 10:7
10:11,14,18,21 11:3,11
27:13 60:20 76:16 116:25
117:20 123:23 124:7
128:4 135:12
**main** 29:21 113:15
**maintain** 63:24 81:25
**maintained** 15:4
**maintenance** 63:20 64:4,6
64:12,13,17,19,21,23
65:7,13 85:3 121:19,21
122:19 135:19
**major** 115:20
**making** 53:2 75:5
**manager** 8:11 13:18 75:23
**managers** 118:23
**Manatt** 5:22 6:23 7:1
136:13
**manhole** 17:1,4,5,10 18:14
18:15,19,21,22 19:10,16
19:18,20,23 21:12,14,16
21:22,23 22:10,12,15,24
24:2,4,8,13,20,25 25:3,4
25:6,16,17 26:10 28:12
28:13,20,21 29:7,8,13,16
29:17,22 31:21 33:3 41:3
42:23 112:20
**manholes** 18:10,25 20:11
21:2 29:25
**manufactured** 106:9,11
**map** 2:11,13,16 11:15,18,23
56:22 57:3 58:22 59:4,13
60:20 61:1,6,25 63:2 77:9
77:13,18 102:8 128:10
130:10
**mapping** 124:5
**March** 117:4 133:23
**mark** 10:2 26:24 56:23
60:16 61:7 82:17 83:16
89:4,6 91:7 97:19 98:4
121:8 126:3 134:17
**marked** 2:7 3:1 4:1,12 10:4
13:1,4,8 15:16 39:24
56:25 60:18 61:9 73:20
75:20 76:20 82:15 83:18
87:2,6,10 89:11 91:10
95:9 96:18 98:6 100:6
101:4 102:20 106:14
110:1,3 115:12 121:10
123:15 126:5 127:20
133:11 134:6,15
**marks** 6:10 26:11,12,13
59:7 82:6 89:9
**Master** 2:14,17 60:21
**Mateo** 27:11

**material** 66:20 68:4 69:10
69:16 70:11,14,22 72:4
100:3
**materials** 69:10
**matter** 6:11
**McDonald** 76:10,10
**mean** 8:15 14:17 18:18 28:5
35:9,15 41:8 43:14 49:1
66:16 68:2,24 69:15
70:25 71:25 88:2 91:5
96:4 102:23 104:4 108:18
110:13 112:14 118:4
119:9,11,12
**meaning** 60:8
**means** 71:1 83:13
**meant** 74:20 79:20
**measurement** 79:15
**meeting** 102:11,13
**memo** 123:17,21 125:13
126:22 134:10
**Memorandum** 3:21
**memory** 33:21 119:20
**mentioned** 111:13 123:9
133:20
**mentioning** 115:15
**Messrs** 8:25
**met** 24:13
**metal** 44:18,21 45:15
**Method** 128:25
**MEYERS** 6:1
**middle** 14:9 21:12 56:9
129:2
**Mid-Coastside** 123:1
125:18 134:18
**Mike** 120:3,4 123:18
129:18
**Mill** 5:13 6:21
**millennium** 117:4
**mind** 10:23 92:7
**Minimize** 35:25
**minimum** 104:11,13
**minus** 23:2
**minute** 19:8 29:11
**minutes** 9:3 81:13
**misstates** 94:14
**mm-hmm** 11:16 16:18
19:12 25:20 26:4 27:21
41:5 42:4,20 45:8 47:14
48:17,20 51:3,6 56:6 62:3
74:2 76:15 79:6 84:7
87:17 93:19 107:21 108:8
114:24 116:17 125:20
126:25 129:1,6 135:1
**money** 64:21 70:13 97:12
**monitor** 6:16
**months** 120:9,9
**Moon** 1:7 2:22 5:7 6:12

---

LegaLink, a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

9:11 10:7 15:6 63:19
75:24 76:22 113:24
116:12 117:5,25 118:20
120:15 123:7 133:14
**moratorium** 114:13,14,15
125:5 133:15,19,25
**morning** 7:10
**Mortensen** 2:21 75:23
**mosquitos** 113:5
**moving** 51:13
**Mudge** 4:10 134:18
**multiplied** 131:4,8

---

**N**

**N** 2:1
**name** 7:11 126:13,15 131:3
**natural** 36:25 37:1 53:9
57:22,23 58:19 59:14,17
60:11 61:3 63:5 69:18
**NAVE** 6:1
**near** 21:12 26:10
**necessarily** 23:11 40:8
**necessary** 73:15 102:5
**need** 27:22 33:20 69:17
72:15 74:6 82:4 90:19
97:19 105:17,20,24
108:25 109:18 111:19
125:1 129:23
**needed** 86:20 89:1 99:19,22
102:16 104:18 108:15
**needs** 85:4
**negative** 83:10,12
**neighboring** 33:18
**net** 108:18
**never** 9:4 94:6 112:5
120:20
**new** 99:9 120:12 133:15,16
**next-to-last** 11:14 84:5 99:5
**nods** 78:9
**Normally** 15:3
**north** 12:1,7,17,17,23 16:23
18:11 19:1,1 33:25 35:1
36:15 37:20 38:5 47:10
54:18 56:5 59:23 62:23
63:8 77:19 102:7 113:19
113:20
**northeast** 85:19
**northerly** 12:1 35:11 56:4
**Northern** 1:2 5:2 6:13
**north-south** 12:14 22:1,6
**Nos** 2:10,19,23 3:4,6,8,9,12
3:14,16,18,22 4:4,6,8
**notary** 6:17
**notation** 16:7 17:22 18:15
21:15,17 22:15 34:3
35:21 36:15 48:16 51:1
73:5 79:14 84:21 99:14

102:23
**notations** 14:16
**notch** 78:6
**note** 15:23 31:4,23 60:23
68:11 70:1 71:23 73:7
99:6
**noted** 86:5 101:11
**notes** 68:10 100:20 101:9
**notice** 17:15 108:2
**noticed** 6:22 34:6
**number** 6:14 34:25 114:11
130:4,8,9 136:17
**numbered** 77:6 84:6 98:19
128:23
**numbers** 81:14,15
**numerous** 46:13
**Nunes** 116:13
**N/A** 90:17

---

**O**

**Oakland** 6:2
**object** 15:11,25 26:17 68:22
**objection** 21:6 23:22 32:1,5
42:15 47:1 75:15 81:12
94:14 96:21 106:10
135:21
**observation** 33:1 119:19
**obstructions** 52:25
**obtain** 89:1
**obtained** 102:6
**occasion** 67:3
**occasionally** 8:2
**occasions** 46:13 65:18 66:2
**occurred** 66:12
**office** 11:4 27:3 107:23
117:22
**offices** 8:10 136:13
**official** 95:14
**Oh** 13:23 44:21,22 91:25
97:10 120:17
**okay** 12:15,23,24 13:5 39:8
43:2,9,19 45:19,21 49:1
57:24 58:13 74:10 75:25
80:6 91:25 98:18 100:17
100:18 101:8 103:12
104:25 107:9,19 128:24
132:1,2
**old** 85:21
**Olympic** 5:23
**omit** 19:8
**ones** 97:15 124:25,25
**one's** 26:1
**open** 29:17 53:14 63:15
122:16
**opening** 33:6 43:16,21 44:9
44:11,15
**operated** 92:9

**operating** 121:20
**operation** 103:4
**operational** 125:10
**operations** 104:7
**operator** 6:17
**opinion** 122:2
**opportunity** 82:2 103:8
115:25
**opposed** 84:19 92:25
**order** 10:2 20:11 38:3
56:23 60:15 61:6 73:21
75:21 76:22 82:17 88:24
91:7 99:9,15,18 101:13
106:21 107:20 121:8
122:19 126:3 127:21
133:12
**ordinance** 4:5 131:2 133:13
133:14
**ordinary** 15:5
**original** 20:17,22 21:5
135:7 136:18
**originally** 135:16
**outer** 12:21
**outfit** 27:13
**outlined** 57:6
**outs** 66:21
**outside** 51:13
**oversized** 97:21
**owned** 76:14
**owner** 117:6 129:25
**owners** 95:18 113:5
**ownership** 131:3
**o0o** 1:3 4:21 5:3,10,21 6:8
136:22,25

---

**P**

**package** 128:9
**pads** 68:5 101:17
**page** 2:4,8 3:2 4:2,14 5:13
6:21 10:12 11:8,14 13:17
13:21 34:22 40:2,3 43:23
43:24 74:9 77:6,10,18
84:5,25 87:15 90:1 91:19
91:19,20,23,24 93:5,7,9
93:10 97:22 98:16,19
99:1,5 106:24 107:6,11
107:19 116:4 123:22
125:12 128:23 129:2
130:4 131:16 132:22
133:22
**pages** 76:24 77:1 84:1
106:16,19
**paid** 114:9,10
**Palo** 5:13 6:21
**pan** 44:22
**paragraph** 74:8 76:4 87:16
87:19 88:13,15 100:13,14

101:6,9 102:4 103:1
129:3 130:5,18 134:19,22
**paragraphs** 129:4
**parcel** 77:23 78:16,20
127:11 129:10,11 130:7
130:21,25
**parcels** 9:19 77:18 127:14
128:11 131:7
**Park** 76:9
**part** 9:25 24:12,15,16 27:1
46:20,23 47:8 53:22 54:2
56:2 57:11,13 63:21 65:1
65:8,9,14 75:9 95:23
97:14 118:13 126:18
128:3,3,8
**partial** 43:12,20 129:10
**partially** 129:10,14
**participant** 115:20
**particular** 24:21 28:1 31:5
66:1 124:14
**parties** 138:19,22
**parts** 47:5
**paths** 28:11
**patterns** 84:23
**Paving** 96:24
**pay** 54:11 108:13 120:21
124:23 130:1 132:15
**payment** 130:14
**PCH** 78:6
**pen** 59:4
**penalty** 137:1
**pending** 96:20
**people** 87:24 88:5,8
**percent** 69:17,24,25
**performance** 96:23
**period** 46:8 103:25 118:7
119:4 138:17
**perjury** 137:1
**permanent** 31:9
**permission** 51:15
**permit** 3:11 89:1,13 91:2
94:1 117:5 133:17
**permits** 125:6 133:15
**person** 92:15 138:8
**personally** 5:15 64:22 65:6
118:4
**Phase** 130:23 131:8 132:11
133:5,7
**Phelps** 5:22 6:23 7:2
**Phil** 4:7
**Phillips** 5:22 6:23 7:2
**phone** 118:8
**photo** 13:2 52:2 109:25
110:2,3
**photogrammetric** 26:15
**photograph** 3:20 121:12,23
122:12

photographic 26:15
physically 65:22 67:4,16
pick 31:16 35:6,14 36:5,8,9 39:14 118:7
picked 112:16
picking 57:20
pickup 47:6,8 49:4 61:15 63:5
pickups 64:9
piece 24:3
Pilarcitos 36:10 94:4
pin 46:11
pipe 17:9,16 18:5,6,8 21:20 21:21,22 22:4,10 23:8,10 23:12,13,18 24:3,16 26:2 26:8 29:21 36:9 40:23 41:12 42:8,14,18,24 43:18 44:18,21 45:6,15 49:3 55:23,25 61:23,24 84:18
pipeline 116:10
pipelines 71:8 116:15
pipes 104:10
pits 111:6,10,16,20 112:9
place 6:21 49:14,23 69:3 138:9
placed 18:10 29:18 32:20 32:24 48:24 49:17 59:4 79:4 80:16 90:12 109:9
placement 99:11
placing 101:14
Plaintiff 1:5 5:5,18,25 7:2
plan 26:10 58:1 64:4,12,13 67:24 68:11 69:8 70:15 96:8 97:13 109:4 113:14 130:14
planned 20:15 68:5 83:9 90:22 110:17
planner 82:19 92:20
planners 118:24
Planning 92:23
plans 13:9,11,15,20 14:2,3 14:7,22 15:1,8,12,13,20 16:20 17:17,22 18:7 19:3 19:42 22:23 23:5,19,22 25:3,21 27:19 29:10 30:7 30:20 32:3,6,13,17,20,24 33:19,20 34:12,20 38:13 39:3,16 40:9 43:25 44:20 47:16,20 48:8 51:1 52:13 52:18 55:16 66:8 67:23 68:15 78:13,14 79:4 80:24 81:3,7,9 93:13,17 93:23,25 94:1 96:2 97:20 100:21,22 101:1 103:24
plant 114:19 116:13 123:10 123:12,24 124:24 125:1,9

125:25 126:8 128:17,20 130:2 132:17 134:20,22 135:16
play 116:25 123:23
played 118:14
Pleasanton 7:18,19,21
please 6:24 7:5,8,11 119:16
plug 40:22
plugged 85:9
plus 38:24 39:2,7,17 40:13 47:23
point 14:12 15:22 17:6 21:23 24:20,25 30:21 31:15,16,22,23 32:7,21 33:2,3,16,16 36:2 37:21 49:3 51:25 53:10 58:1,4 60:3 63:5 74:21 75:4 81:1 92:15,16 125:10
pointing 18:2 51:4
points 47:6 61:15 94:2
pond 85:20,21 94:15,18,24 121:25
pops 32:18
portion 40:3 80:10
position 7:23 10:25 103:13
positive 24:3,5 84:15,22
possible 53:9
posts 45:6
potential 83:8 130:15 131:14
powers 123:6
practicing 117:20
precise 33:21 75:16
precisely 57:23
precluded 103:8 104:7 121:19
predecessor 27:10
preexisting 36:1 85:9
prepare 76:16 89:23 98:11
prepared 77:7,14 83:20 98:17 107:23,25 128:4,8
preplan 18:3
presence 11:7
present 6:6 7:13,17 131:2
pretty 27:10
prevent 55:7 72:15
prevented 53:1 113:25
previous 8:8 13:1 60:25 95:9 100:6 101:4 102:20 106:14
previously 4:12 13:1,8 75:11 88:20 95:9 96:17 100:6 101:3 102:19 106:14 110:1,3 128:14
pre-project 54:24 61:3
prior 52:7 94:15 96:18 101:16 103:7

probability 88:16
probably 15:23 39:4 51:23 64:21 72:2 97:6 109:13 114:10 120:2,9,25 134:3
problem 64:20 103:2 104:21 112:17 114:2,3 115:8,9,10
problems 54:3 55:10,11 85:10 97:6
procedure 30:9 63:23
proceed 41:11
proceeded 49:18
proceeding 19:17 41:3,8,10 66:14
proceedings 96:6,6
process 67:19 124:15
profile 18:12 20:18 21:17 31:22 33:17 39:12,23
project 4:4 8:11 10:16,19 10:22 11:11 13:18,18 14:24 15:2,9 16:17 17:25 18:3 27:2 46:7 53:23 54:2 55:5,6,9 56:3 63:22 64:20 65:10 68:18,20,24 70:16 71:15 73:13 75:10 83:9 83:21 84:22 85:10,15 86:20 88:7,15 90:9,14,19 90:22 91:3 93:24 94:12 94:21 95:6,17,20,25 96:2 96:11 97:25 98:9 100:2,3 101:18 102:5,16 103:10 104:25 105:4,23 106:6 107:4,16 108:15,24 109:10,23 111:1 113:16 116:7,20 117:1 118:5 122:5 123:11,24 126:8,11 127:16,17,23,25 128:14 128:15 134:20 135:7,13
projected 104:6
projects 8:1,13,14 101:13 105:21 117:24
properly 64:4 67:10 109:3
properties 11:21 57:8 74:12 95:25 110:16 124:20,21 124:23 130:16 132:20,21
property 12:8,10,11,18 13:4,5 16:24 18:11 19:2,6 26:12 27:4,5 33:18 35:2 35:13 36:7 37:12,17,20 37:21,22 38:1,5,10,20 40:14 46:3,10,12,14,17 46:18,18,24 47:9 50:17 50:23 51:15 54:18 55:1 59:19,24 62:1 63:13 65:17,19,24 74:14 76:11 76:13 77:2 78:18 79:24 81:18 85:17 86:1,4 87:24

88:5,8,21 92:6 94:11,22 95:3,18 102:7,17 108:22 109:22 110:9 111:6,10 113:4,10,21 116:2 117:6 117:7,12,17 118:9,16 119:25 124:17 127:3,5,6 129:20 130:1 131:24 132:1,11,15,25 135:20
property-owner 111:11
proposed 11:22 90:3
provide 8:9 9:15,22 74:12
provided 10:14 124:4 138:16
provision 11:9
public 6:18 9:16 74:3 92:20 92:25 100:9 118:23,25 120:1
pull 122:10
pump 116:8
purchase 3:18 115:14
purpose 29:24 36:4 50:5 57:5 67:7 127:8 130:12
purposes 12:13 13:10 19:13 19:15 55:4
pursuant 5:11
pursued 101:12
put 31:9,25 44:2 45:12 49:20 50:14,15 52:5,5 96:10 99:23 105:1,3,11 105:14,18 107:12,12
puts 107:8
p.m 5:12 136:24

Q

quantities 68:18 90:5
Quartz 14:13 99:10
question 32:7 37:15 52:4,8 65:4 74:7 75:22 87:7 90:2 96:20 119:15 125:13
questions 83:24 121:6 136:3
Question's 79:12
quirk 71:10,11
quite 125:10

R

rack 3:20 40:14,17 41:23 41:25 43:8 44:10,15 45:1 45:16 47:7,17 48:7,13 50:1,20,21 52:12 53:12 55:17 121:13,24 122:16 122:18,20
ramp 99:19,22 109:12
ran 100:3 107:4
ranch 118:1,2
range 39:18
rate 114:8

rat's 112:1
RCP 22:16,20,24 23:6,7,11
  23:25 25:7 30:24 31:14
  112:23
reach 73:13
read 68:13 70:2 75:16
  100:14 101:6 107:7
  115:25
real 97:6 124:14 128:18
really 10:23 40:10 63:10
  66:4 80:2 91:17 103:1
  119:11 128:18
reason 50:9 128:19 129:19
recall 10:22 12:10 15:10,22
  17:18 30:8 53:13 78:15
  79:7 90:25 91:4,11,13,18
  92:3,11 93:22 96:14,22
  97:24 98:13 99:25 100:10
  100:22 102:15 107:5
  109:21 111:22 114:3
  123:10 125:4,8 128:1,16
  128:18
received 133:2
Recess 82:9 136:8
Recitals 116:5
recognition 131:13
recognize 10:5 60:19 76:1
  87:8 127:24
recollection 16:5,5 31:13
  32:22,23,25 89:20 92:17
  93:2 102:13 108:9 135:4
  135:6
recommended 72:14 93:8
record 7:11 13:13 32:1 40:1
  43:22 46:17 74:25 82:8
  82:13 136:5,6,9,12,21
rectangular 35:6
redirect 35:24
redirected 38:3 75:12
redirecting 36:1
reduce 85:3 105:24
reduced 13:9 129:13
  138:11
reduces 88:15
reducing 84:14
redwood 30:11,23,24 31:8
  31:10 32:9,11,19 33:22
  33:24 34:3,15
refer 12:9 13:5 23:25 24:9
  74:23
reference 16:8,11 22:16
  27:18 34:4,10,13,15,17
  85:8 88:2,19 97:21
  126:10
referenced 128:15
references 16:12 34:8 76:5
  115:22

referred 4:12 35:22 116:20
  123:18
referring 34:20 47:13
refers 23:15 128:13
reflect 14:23 17:24 18:8
  80:24
reflected 59:12 66:8 72:5
  122:4
refresh 31:12 33:21 89:19
  135:6
regarding 63:19 84:8 87:7
  92:5 98:9 119:23 126:7
regulatory 134:24
reinforced 23:10,12
reinforcing 45:18
related 15:25 16:14 111:24
  119:24 124:5,12 138:21
relates 88:3
relieve 54:3
remember 32:2 37:22 53:19
  67:3 86:23 91:17 101:24
  102:1 103:9,11,17,17,20
  110:23 112:12 113:8
  118:19 119:9
REMEMBERED 5:11
Removal 121:22
remove 69:2 122:19
removed 90:9 110:10
removing 68:7
replaced 108:6
report 3:13 4:3 91:8,12,20
  93:6,7 95:10,13,16,19
  96:9 127:23,25
REPORTED 1:25
reporter 5:15 7:3,5 27:23
  65:3 70:5 118:2 138:1,3
  138:16
represent 6:25 13:25 26:13
  27:25
represented 5:24 6:3
request 82:22
requested 138:15,15
require 64:3 122:19 133:16
required 64:7 73:6,9 99:12
  99:15 101:20 104:19,20
  107:3
requirement 103:24 104:12
requirements 134:24
Reservoir 116:9,11
residence 7:13 127:5
residences 113:10
residential 8:12 127:3
residentially 130:6
resolution 2:22 76:23
  125:16
resources 91:21 92:5
respond 86:17,17,20

response 87:12,19 88:23
  125:14
responsibility 68:17 71:19
  103:25 104:3,4 124:11
responsible 96:8 112:2
result 61:20 102:6
retained 136:19
retired 7:25
reverse 101:13
review 14:1 74:6 93:15,23
  138:14
reviewed 86:10 93:25
reviews 11:5,12 19:4 30:20
  32:6,16 34:12 39:3,16
  40:8 44:20 68:15 73:24
  74:10 78:14 79:16 81:7
  82:20 88:4 98:12 100:17
  101:8 102:25 106:20
  107:9 128:6
revised 14:19,20 17:16
revision 14:13 15:23 97:22
revisions 14:16
Reynolds 3:7
re-compact 71:6
RIBACK 6:1
ride 25:22
ridge 63:8,9,11
right 8:4 10:16,24 11:4
  13:21 15:15 16:16,24
  17:3,11,16 18:4,8,12,23
  18:24 19:11,21 20:11,19
  20:22,23,25 21:1,5,23
  22:1,4,10,13 23:3,16,19
  23:20 24:13,14,16,20,23
  25:1,4,9,22,25 26:3,8,22
  27:6,16 28:16,18 29:5,16
  29:22,23 31:10 32:11,15
  33:4 35:3,19,23 36:12
  37:3,7,8 38:1,5,6,10,11
  38:20 39:21 40:15,24
  41:4,13,16,17 42:17,19
  43:25 44:14,15 45:7,9
  46:19 48:10,11,11,24
  49:15,18 50:3,17,18,23
  50:24 51:18 54:18 55:22
  55:24 56:7,10,13,17
  57:14,16 58:3 59:15,20
  60:9,13 61:4 62:2,5,12,14
  62:17,20,24 63:11 65:10
  65:19 67:5,6,25 69:3,4,6
  69:8 70:16 71:15,20
  72:12,16,25 73:17 74:1,4
  74:14 75:12 76:11,14
  77:3,6,7,11,25 78:3,18,22
  79:10 80:8,9,11,12,18,21
  81:5,23 84:2,6,23 86:8,22
  87:13,20 88:8,11,12 89:2

  90:9,14 92:11 93:3 94:5
  95:6 96:12 98:24 99:3,23
  102:3 104:11 105:19
  106:1,2 107:4,20 108:16
  108:19,22 109:19 110:17
  111:2 112:16,19,24 113:3
  114:1,1,16,23 115:4
  116:1 123:4,7,20 125:2
  127:15 130:3 131:9
  132:12,17,18,23,24 133:3
  133:8,20 134:12
right-hand 37:3 131:20
rim 18:16,19 19:20,23 20:9
  22:23 23:2
rims 20:21
road 15:6 21 69:23
  113:18
roadway 99:9,11
ROBERT 6:3
role 116:25 118:15 123:23
  135:10,12
roll 131:17 134:12
Ron 101:5 119:5
Ronald 3:9 100:8
Ron's 103:1
rough 67:24 68:2,10 100:21
  106:23 107:14 108:3
roughly 47:22 78:18 79:5
  79:10
round 43:10 44:8,9,11,14
rounding 81:14
routine 120:10
rules 132:7 133:1
running 20:10 42:18 78:2
  97:5
runs 12:14 42:24 80:6

S

SAM 123:3,6,24 126:19
  127:25 128:17 134:20
  135:16
San 11:4 27:11 117:22
sanitary 4:3 101:15 121:3
  126:10 127:23 128:13,15
Santa 8:10
satisfactory 97:9
saved 64:21
saw 30:8
saying 45:14 54:23 57:25
  66:17 130:13
says 14:18 18:16 31:24
  68:16 72:7 88:5 90:17
  99:7 102:4 129:9
Schulte 120:5,6
Scope 11:9
scraping 69:11
scrapings 110:22

screwed 119:10
se 21:9
second 72:18 74:8 87:15
89:7 93:7 101:10 102:3
106:16,18 107:19 115:2
123:22 129:9 134:19,22
second-to-last 130:18
section 15:15,24 26:10
33:20 37:4 41:12 81:25
90:1
sections 14:18 29:20
sediment 66:18,21
see 11:15,24 12:4 14:9,14
15:17 16:9 18:16 21:18
22:16 26:20 27:20 30:12
30:24 31:4,23,24 32:8,18
34:8,14 36:17 44:2 48:14
48:19 51:1,5,22 54:19
55:18 57:10 58:8,12
60:21,23 63:11 66:13
67:2,8 71:12,23 73:7,22
74:18 76:6 77:21 78:5,6,8
78:10,14 79:1,13,18,21
79:22 82:25 84:9,15 85:4
87:25 88:1,17 89:14,17
90:3,6 91:21 92:1 93:13
93:18,21 95:21 97:22
98:15 99:12 101:22 102:9
103:12 104:4,14 106:23
107:8 108:4,7 110:6
115:18 116:16 125:19
126:11,24 128:23 129:5
129:14 130:10 131:5,21
132:4 133:17,23 134:25
seeing 44:20 53:20
seek 118:8
seen 15:7 18:1 29:20 91:12
segment 24:10 38:16
sense 107:10
sent 86:8
sentence 82:21 85:1 88:14
93:15 101:10 116:6
separate 27:4,5 63:7 94:18
96:1
separates 95:19
September 13:21 82:19
sequence 20:9
series 83:24
serious 55:10 74:22 83:13
serve 120:7
service 3:18 11:10 74:12
85:4 114:9,10 115:14
129:23,24 130:24 131:8
133:5
services 2:10 8:9 10:8,15,19
114:7 124:5
set 13:9,11,11 14:22 15:1,7

18:20 95:24
settle 69:23,23
settles 66:21
settling-out-of-sediment
67:19
seven 19:9 20:11
sewage 114:19 123:9,11
124:17,24 125:25 126:7
130:1,14 132:17
sewer 4:3 9:24 14:9 70:11
101:15 114:13,14 115:7,9
115:10 121:3 122:25
125:5,18 126:11 127:23
128:13,15 129:23,23
133:16,19,25 134:18
shaft 29:16,17,22 42:23,23
43:10
shafts 17:2
shallower 25:14
shape 129:11
sharper 36:24
Sheds 2:12 57:4
sheet 14:7 15:14 16:8,19,22
16:22 17:15 20:18 21:3
26:11 30:10 31:5 32:20
32:24 34:5,20 38:12,15
47:15 52:12 55:16 61:12
67:23 97:20 100:21
short 100:3 107:4
shortage 103:14,23 104:5
106:5,9 107:16 111:1
113:23 115:3,16 116:22
shorthand 5:15 138:2,8
show 23:5 29:10 43:15
56:22 96:15,17 102:19
109:25 110:8 114:17
121:11 134:16
showing 43:17 57:21
128:10
shown 12:19 18:11 20:17
25:10 35:3 47:20 48:1
55:16 57:16 73:9 100:12
134:9
shows 11:23 16:23 17:1
30:23 38:18 48:13 77:18
110:4 121:23
side 12:17 16:8,23 17:17
18:11 25:7 28:16,24
29:25 33:25 35:2 36:16
37:3 38:5 39:5 47:11
55:21 56:5,10,16 60:9
61:19 62:23 77:19,20
78:17 79:9,23 81:5,6 87:3
87:3 113:19,20
sign 115:19
signature 10:11 13:17,22
13:23 73:23 76:2 98:23

99:6 106:18 137:8
signed 14:2
significantly 84:14
signs 96:8,8
Silver 6:1 72:7 97:25 98:1,9
99:2,18 107:17 109:5,11
similar 60:24
single-family 127:5
sit 32:23
site 49:24 72:16 90:17,19
109:12
sits 44:15
situation 36:24 103:20
six 120:9
size 17:9 61:23,24
sizes 17:7,16
slab 43:12,17,20
Slightly 61:2
slope 23:18,25 25:12 28:18
29:3 50:2,19 61:24
sloped 50:10
small 131:1
smaller 55:20,23
Smith 3:21 120:1,3,4
123:18,18 129:18
Smith's 125:13
solution 115:3,7,16
solve 111:1 116:21
solved 114:4
somebody 112:10 119:6,7
122:10
Somebody's 59:8
somewhat 57:18
Somps 7:20,23 8:6 10:7,12
10:14,19,21 11:4,11
27:13 60:20 76:16 116:25
117:20 123:23 124:7
128:5 135:12
sorry 24:10 31:6 46:14 65:4
69:20 70:5 92:22 93:6
99:2 118:2
sort 8:2 44:22 60:2 121:21
sorts 66:19
source 85:16,24 94:7,19
111:8 116:23,24
south 25:7,11,22 28:15,23
29:25 37:12 41:15 55:21
56:10,16 63:9 67:25
77:20 79:23 80:10 81:6
130:22
southeast 26:7 58:7,11
59:19 78:21 80:18 85:19
southeasterly 80:7
southerly 38:19 40:13
56:12 60:8 79:9
southwest 25:24 26:3,6
speak 23:22 125:4

speaks 68:22 75:17 81:14
spec 104:15
special 13:18 93:12
specialist 124:4
specialty 9:8
specific 32:25 81:15 92:17
specifically 78:13 123:25
Specifications 16:13
speculate 16:1 32:2,21
speculation 32:5 120:22
spell 7:11
spoils 71:5
spot 21:9,10,11
spots 68:8,9 90:14 105:10
105:10
spread 95:17 124:7,9
127:14 132:21
spring 85:18
Springs 116:9,11,23
square 43:4,10,10 44:6,7,8
44:11
stable 50:8
staff 3:13 91:8,12,19 93:6,6
staffwise 118:21
stage 110:4
stake 110:19
stamp 34:24
stamped 13:12 34:22
131:17 132:22
stand 110:14
standard 30:9 44:24 63:23
69:24
standards 63:25 64:1
standing 111:9,15,19 112:8
113:5 121:23
start 39:2 136:15
started 9:2 39:4,6 78:20
starting 11:9 58:12
starts 58:21
state 6:25 8:20 86:8,11,13
stated 138:9
statement 102:2
statement's 75:2
states 1:1 5:1 6:13 82:21
84:11 85:2 88:15 93:15
102:4 116:6 130:6,19
134:20,22
station 38:23 39:8,9,14,20
40:13 116:9
stationing 39:6
stations 38:25
steel 40:18
steep 50:7,10
steeper 25:14
Steve 100:7
stock 85:20 94:15,18,24
stockpile 27:19,25

stockpiled 28:2
stopped 51:21,24
storm 2:14,17 14:9,18 17:6
 21:20 39:12,24,25 40:20
 40:22 42:8 50:14,15 52:8
 52:11 54:3 60:21 61:13
 70:9 74:11 79:3 82:3 85:3
 112:19 135:19
storm-drain 24:18 29:21
 40:23 46:23 60:2 61:18
 63:20 64:3,12,25 65:8,14
 70:12 77:2,13,19,23
 78:16 81:21
storm-drainage 76:5,17
street 6:2 12:2 14:18 15:15
 15:24 20:14,16 21:4 30:1
 31:16 33:2,3 70:13 71:2,8
 71:9 72:21 99:10,17,20
 99:23 104:23 110:21
 113:17
streets 8:16 9:23 11:23
 28:11 68:4 69:25 70:4,7
 70:25 71:6 73:16 101:17
 103:6,8 110:5,17,19
 113:15
street-fronting 63:4
strip 45:15 72:10 77:24
 78:18,20
strippings 28:2,4
structural 43:17
structure 36:16 40:12
 47:17 50:13 52:23
structures 133:16
stub 22:24 23:3 24:10,12
 25:9,12,24 26:7 28:15,23
 29:18,20
stubs 25:22 29:12,15,24
 30:3,9,14 112:15,23
study 2:12 57:3 58:4
studying 40:10
stuff 92:24 113:22 120:10
subarea 62:4
subareas 62:2 63:1
subdivision 30:2 51:13,14
 54:17 102:8 130:7
subgrade 28:10 71:2
subgrades 68:3
subject 101:25
submitted 83:7
subpoena 5:11
Subscribed 137:3
substance 111:25
subtract 23:1
subtracting 23:1
suggested 72:18 73:2
suggesting 70:3,6
Suite 6:2,19 136:20

sum 106:25 111:24
summarizes 71:14
summarizing 84:21
summary 8:5 71:11 72:6
 73:12 100:20
supervision 138:12
support 120:21
supposed 32:14 64:10
 105:1,4
sure 12:16 16:3 17:14 27:10
 32:14 47:5 64:8 75:5 88:3
 89:3 110:11,12
surface 28:7 35:18 37:7,9
 41:20,21 84:14,19
surprised 115:18
survey 26:15,25 27:1,4,8
Surveys 27:9,11
suspect 64:15
suspicion 31:15
swale 35:7,8,10,12,15,22,24
 36:20,21 37:13,14,16
 47:21 49:7,8,9,11,12,13
 49:21 52:22 53:5 58:6,10
 59:12 82:1
swales 37:24
swale's 36:6
swear 7:5
sworn 5:19 7:7 138:4
system 14:9 24:18,19,24
 36:10 46:23 57:9,19 60:3
 61:15,18 63:20 64:3,7,12
 64:17,25 65:8,14,22
 84:14,17,18 85:2 113:2
systems 8:16

**T**

take 38:12 49:13 70:10 71:4
 74:6 82:4 87:18 102:12
 107:6 112:20 124:22
 136:4
taken 13:3 82:9 102:17
 110:3,24 121:12 136:8
 138:7
takes 8:17 45:5
talked 47:22 90:21 100:19
 112:15
talking 30:15 34:18 52:10
 54:2 59:5 66:9 81:4 85:9
 107:2
talks 126:22
tape 82:5,7
tapes 136:18
task 95:23 96:1
tasks 11:10
tax-free 9:16
tear 51:23
tell 11:17 17:23 40:10 46:1

46:9 47:16 97:6 113:13
 131:25 138:4
tells 95:16
temporary 31:3,7,13 32:10
tentative 102:8 130:7
term 96:3,5
Terrace 2:14,16 9:10,20
 10:9,15 11:2 12:2,7,8,23
 13:16 14:4 15:8 16:14
 38:16 39:6,15,20 40:4
 46:7 50:25 51:5,12,14
 54:4,9,14 55:2,5,12 60:1
 60:9,20 62:1 63:5,21 65:9
 67:25 74:24 75:9 80:4
 82:23 83:21 85:10,15
 86:19 88:21,24 91:3
 93:24 94:11,20 95:6,11
 96:11 99:2 100:1 102:7
 108:15 109:23 110:5,25
 114:22 118:14 122:5
testified 5:19
testimony 81:12 94:15
 138:10
Thank 16:3
thereof 9:18
thereto 130:25 138:22
they'd 86:21
thick 23:13
thing 27:6 28:7 70:18,19
 120:12 134:11
things 8:3 64:8
think 35:21 52:7 67:2,17
 72:3 89:25 97:13 113:4
third 73:2 76:4 106:16,19
 115:6 130:5
third-to-last 10:12
thought 57:24 72:14 115:17
three 29:2,3 56:2 58:17
 76:24 77:1 92:21 128:1
 134:3,4
throwing 81:13
tidal 87:25
time 6:16 11:2 27:6 36:13
 45:22,24 46:9 54:22
 57:18 58:5 65:21 74:4,6
 76:13 82:8,12 83:4 85:13
 85:23 103:18 112:11
 114:8 117:13,14 118:7
 119:4 136:7,10,15,21
 138:9
times 132:9,11
title 61:2 96:7
titled 57:3 91:21 95:10
 127:22
today 6:17 7:4 16:6 32:13
 32:23 33:19 117:8 136:14
Today's 6:15

told 46:6 94:24 95:2
top 14:9 18:21,22 34:7
 39:23 40:15 41:25 43:8
 43:11 44:7,14,24 45:11
 45:12,13,16 47:16,17,23
 48:7,14,19 59:2 91:20
 121:13
topo 58:20 59:12 63:10
topographic 27:1,3,7 57:3
Topographical 2:11,13,16
topography 27:16 61:3
 129:11
total 80:2,4 118:20 127:13
 127:15 132:15,19,20,21
 132:22
totally 133:1
touched 121:3
tough 97:11
to-be-constructed 35:10
trace 59:3
transcript 138:14
transition 43:9 99:9
transmittal 134:8
trash 44:10,15 45:1,16 47:7
treatment 114:19 115:9,10
 116:13 123:10,12,24
 124:24 125:17,25 126:8
 128:17 130:1,14 132:17
 135:16
trees 40:19 51:22,24
trench 70:11,12 71:5
trenching 70:9
tried 119:12
true 12:16 86:11 102:2
 135:13 137:2
truth 138:5,5,6
try 55:6 112:13 118:8
trying 36:8 52:6 66:16
 74:22 127:8
Tuesday 5:12
turn 16:19 59:23 86:21
turnover 120:14
two 9:3 25:22 76:5 77:18
 84:1 103:5 109:6,17
 131:4,9 136:18
two-to-one 50:2,19
type 64:6
typed 108:13
types 8:12 95:22
typewriting 138:11
typically 86:23 92:23

**U**

ultimately 20:14 36:10 55:1
 71:19 74:16 104:17
unclear 80:3
Uncooperative 97:5

undercut 70:4,7,25 71:3,8
underground 9:24 84:18
  101:14 105:16,19 109:9
underneath 129:9
understand 32:9 45:14
  54:23 105:7
understanding 103:18,22
  120:18
understood 57:25 63:23
undertook 112:8
undevelopable 129:11,13
  129:14,21 133:1,4
undeveloped 124:20,21
Unfortunately 63:17
unit 127:1,3,18
United 1:1 5:1 6:13
units 124:13 126:23 127:7,9
  127:13,16 129:3,5,13,14
  129:20 130:9,20 131:7
  132:3,6 133:3,6
unusual 105:7
updated 134:11
uphill 46:19
upper 30:18,19 48:25 49:1
upside 26:21,23
upstream 22:13 25:4,16
  28:12,20 29:8 49:14
  52:25 53:5 80:20 82:1
  121:24
urgency 133:13,13
use 28:3
usually 17:8 39:1,2 104:15
utilities 9:24 101:14 105:18
  109:8
utility 8:16

**V**

V 36:23
vague 21:6 42:15 47:1
  79:12 106:10
various 17:7 61:15 86:10
  135:5
vegetation 35:25 69:12
vehicle 9:15
Ventura 6:19 136:19
version 36:21 134:11
versus 6:12
vertical 42:14 43:18
video 6:16,17,20
videographer 6:7,9 7:3,8
  59:8 82:6,10 136:6,9,16
Videotape 6:10 82:11
videotapes 136:18
view 39:23 88:7
visited 46:12
visiting 49:24
visits 65:17

voice 6:24
void 15:16
Volume 6:10 82:11 136:17
VRW 1:6 5:6 6:15
vs 1:6 5:6
V-ditch 36:17,19 37:6,10

**W**

W 5:22
wait 65:3,3,3 120:25
want 28:8 32:1,4 40:22
  51:23 68:10 69:22,23
  70:21,23 73:22 75:6,15
  76:23 82:16 97:12 106:15
  117:3 121:8
wanted 50:16 55:9 66:12
  67:8 104:22
wasn't 75:16 81:8 118:5
  120:12
waste 125:17
water 3:17 9:23 24:24 33:7
  33:8,11,12 35:18 36:5,8
  40:19 50:11,12,16 52:21
  53:1,15 54:6,7,8,12,19
  56:3 64:10 66:19,22 75:3
  75:10 101:16,20 103:7
  104:12,15,23 105:1,14
  111:5,9,15,19 112:2,8,17
  112:22 113:5,23 114:2,3
  114:7,9,9,14 115:3,13,16
  116:21 121:23,25 125:3
  125:17 130:23 131:8
  132:11 133:5
watering 85:20
waters 84:13
watersheds 75:8
water-related 87:24 88:6,8
  88:11
Wavecrest 130:22
waves 87:25
way 9:13 39:2 40:21 47:7
  53:2 59:1 65:11 83:23
  87:23 88:10 105:21,23
  106:7 138:20
weird 45:20
went 50:21 54:8 78:24
  118:25
weren't 63:12
west 20:10 41:9 78:17
  79:14,19 80:7
westerly 18:15 78:24
western 78:25
wetland 91:21 92:5
wetlands 85:16,25 86:3
  94:10,21 95:2 117:7,11
  117:16 118:9,15 119:24
we'll 10:2 19:16 56:23

60:16 61:7 82:17 83:15
  89:4,6 91:7 98:4 126:2
  134:16
we're 19:18 27:19 37:14
  39:5 40:1 51:13 57:20
  59:5 63:6 70:3,6 75:2,7
  81:4 107:2 136:14
we've 13:7 29:20 30:14
  37:24 42:18 54:1 81:13
  132:1 135:5 136:11
Whelen 4:13 111:5,9,19,24
  119:17
White 1:15 2:18,20 3:3,9,23
  5:16 6:11 7:10 82:7,12,16
  136:17
wide 37:5 53:11 77:24
  78:22
wider 113:15,17
widths 113:15
William 76:6,14 113:9
  115:15
WILSON 6:1
winter 67:14
within-entitled 138:6
witness 5:18 7:6,7 11:5,12
  16:1,21 19:4 21:8 26:18
  30:20 31:19,21 32:6,6,16
  34:12,21 38:14 39:3,16
  40:3,8 44:20 47:4 58:16
  59:7 65:5 68:15 70:6
  73:24 74:10 76:25 78:9
  78:14 79:16 81:2,4,7
  82:20 88:4 93:11 98:12
  100:17 101:8 102:25
  106:12,20 107:9 116:1
  118:3,19 120:24 128:6
  131:18 136:1 137:8 138:3
  138:10
Woodland 6:19 136:20
words 18:2 63:8 75:16
work 8:1,6 38:25 45:22
  66:4 82:22 89:17 96:1,3,7
  122:11 126:18
worked 8:7 10:21 124:3,10
  129:16
working 39:2 67:10 118:5
  122:9 135:11
works 45:20 69:5 74:3
  83:23 92:20,25 100:9
  118:23,25 120:1
world 96:19
worse 96:19
wouldn't 31:9 66:11 112:2
write 74:11 87:18,22
writing 75:7 86:15,16
written 93:16
wrong 9:6

wrote 73:25 75:23 82:18
  126:7
W-h-i-t-e 7:12
W.G 3:21 123:17

**X**

X 2:1 26:13

**Y**

Yamagiwa 1:4 5:4 6:12 7:2
yardages 71:17
yards 109:1,16
yeah 18:5 27:11 34:8 36:12
  36:14 42:17 49:25 53:8
  55:13 58:5,13,16,24
  66:18 68:13 89:9 93:6
  105:20 119:21 120:4
  121:19 129:18
year 117:19
years 8:7 54:5,5,6 66:12
  124:16 128:1 134:4
Yep 31:1 130:11
Young 3:9 100:8 101:5,9
  102:21 119:5
Young's 101:6 102:4

**Z**

zero 129:12
zoned 130:7
zoning 124:14 131:2

**$**

$12,635,327.22 132:23
$26,000 108:7,14
$3,400 108:3
$962,987.76 131:21 132:16

**0**

0 29:2,3 39:2,6,8
00 39:7
005 25:13
01 28:18
023 130:4,5
04 23:19 25:14
048-280-020 131:25
05-4149 1:6 5:6 6:15

**1**

1 3:5,15 4:15,17 6:10,10
  11:24 12:14 14:14 19:1
  19:17,18 20:7 29:7,13
  39:2,9 40:7 72:7 77:23
  78:2,16 80:17 82:7,11
  97:20,22 98:1 99:3,10
  101:6 102:24 103:1
  126:11 136:17
1st 136:13

**1,810** 40:6
**1-18-83** 3:7
**1-20-83** 3:9
**1-29-92** 3:22
**1:16** 5:12 6:16
**10** 2:9 37:4 38:24 39:21,24 40:13 136:13
**100** 4:18
**1000** 80:8
**1001** 5:13 6:21
**101** 4:18
**102** 4:19
**103-82** 2:23 76:23
**106** 4:19
**1060** 80:8
**1061** 80:5
**10929** 1:25 138:25
**11** 39:21,24
**11-83** 14:21
**110** 4:17,20
**1103619** 3:14
**1103624** 3:14
**1103625** 3:12
**1103634** 3:12
**11355** 5:22
**115** 3:17
**12** 23:9 31:2 37:4
**12th** 6:2
**12-inch** 22:16,19 23:6,6,7,8 23:15 24:2 25:7 26:8 30:24 31:14
**121** 3:20
**123** 3:21
**125** 36:16 37:6
**125-foot** 37:10
**126** 3:23
**127** 4:3
**128.3** 62:8,8,10
**13** 4:15,17
**13,000** 109:1
**133** 4:5
**134** 4:7,9
**137** 80:23
**14** 4:19 38:12,15 40:2,3 43:23,24 47:15 52:13 81:8
**140** 81:19,20
**15** 26:1 78:21
**15e** 85:1,5,6
**15th** 13:21
**15-foot** 77:24 81:21
**15-inch** 26:2 29:2
**150** 81:19,20,24
**1500** 6:2
**16** 55:16
**166** 132:4 133:7
**176** 114:9

**18** 1:17 4:16,16 5:12 38:24 40:13 95:9
**18th** 6:15 134:8
**1810** 79:5 80:17
**1837.65** 77:25
**187** 28:22
**19** 4:19 67:23 100:21
**1947** 80:14
**1947.29** 79:10,21
**1960** 8:24,24
**1970** 8:8
**1980s** 123:12
**1981** 13:3
**1982** 13:21 82:19
**1984** 46:8 65:17 100:7 102:12,21 110:1
**1985** 46:8 65:17 67:12 110:3
**1989** 125:16,24 135:7,15
**1991** 133:23
**1991-1** 128:15
**1992** 123:17
**1994-1 4** 4:4 127:23 128:14
**1996** 134:8
**1997** 134:17
**1998** 134:22
**1999** 119:22 126:11 134:24 135:8,17,23
**1999/2000** 118:7

**2**

**2** 5:13 14:7,13 15:14 16:8 20:5 21:3 28:20 29:8 34:5 68:11,12 78:20 82:11 89:16 90:2 93:5,10 106:22,24 125:13 132:9 132:11
**2-inch** 45:6
**2:59** 82:8
**20** 4:16 66:9 78:8 96:18
**2000** 46:4 117:4,19 119:23
**2003** 121:12
**2006** 1:17 5:12 6:15 137:4 138:23
**204022** 128:23
**205** 6:19 136:20
**209715** 98:19
**21** 4:17 13:8,9,11,14 14:7 14:23 17:23 67:24 97:21 99:6,7
**211** 7:15
**22nd** 102:12
**2303** 4:6
**2306** 4:6
**254** 25:4
**2570** 6:18
**26** 45:6,7 134:17

**26.5** 62:19
**27** 17:21
**27th** 125:16
**27-inch** 17:17 18:5
**272** 28:14
**28** 99:7
**28th** 102:21 133:23
**282** 25:18,19
**29th** 123:17
**29.5** 71:3

**3**

**3** 4:20 20:3 28:12,21 70:1 126:22
**3b** 84:8
**3i** 88:5
**3rd** 134:22
**3:08** 82:12
**30** 18:6 22:8 39:17 54:5 71:3 82:19 104:15
**30-foot** 78:18
**30-inch** 17:18,21 18:8 22:4
**31** 134:24
**34** 8:7
**35** 4:17 110:1
**36** 104:16,21
**36-inch** 55:25 56:12 62:17
**37.2** 21:17 22:9
**380** 58:24
**39** 4:18 100:6,15
**399** 29:9

**4**

**4** 4:18 20:1 21:12 25:16 26:10 28:13 31:21 33:3 42:1,2 47:23 48:9 52:16 74:8 90:1
**4-foot** 45:1,2,4,6,9
**4-26-97** 4:10
**4-29-82** 2:19
**4-8-92** 3:24
**4:22** 136:7
**4:31** 136:10,21,24
**40** 4:18 54:5 101:4
**40.54** 22:21 23:2
**40.9** 62:14
**400** 58:23
**41** 4:19 102:19 103:13
**41.85** 25:11
**410** 41:3
**43** 4:19 106:14,17 107:7,20
**44** 4:20 110:3,6,8
**46.5** 26:17,24
**47.2** 20:2
**47.3** 19:21,25 23:2
**48** 34:24 40:23,25,25 41:1,2 56:1

**48-inch** 41:12,19 42:8,18 48:23 49:5 51:18 52:11 53:2,5 56:9,15 62:11 65:23 67:4,16,21 79:3 80:16 81:17 121:13,16 122:13
**48.2** 18:16 20:4
**49** 26:20
**49.5** 26:12
**49.6** 20:6

**5**

**5** 19:24 24:15 25:3,6,6,17 25:24 26:2 28:16 29:5,6 43:1 87:16,19 88:3 91:19 91:23,24
**5,000** 109:16
**5-feet-long** 26:7
**5-foot** 22:16,19 23:5 24:2 24:10 29:20 42:12
**5-inch** 24:9
**5-18-96** 4:8
**50** 54:6
**504** 41:12
**5142** 7:18
**54** 40:25
**54.96** 42:10
**55** 78:8
**55.5** 20:8
**555** 6:2
**56** 2:11
**571.47** 78:5

**6**

**6** 4:18 19:20 22:12,15 25:4 91:20 104:23
**60** 2:13 43:3
**60-inch** 43:4 44:21
**61** 2:16 48:6,6
**6184** 41:22,23 47:24
**62** 47:22
**65** 47:23
**65.84** 42:3
**6584** 47:23
**660** 3:6
**667** 84:6
**668** 3:6
**69** 2:9 10:2,3,6 11:8,15

**7**

**7** 2:5 16:19,22 19:11,16 20:18 21:2,3,14,15,16,23 24:20 25:1 26:11 30:10 32:20,24 99:11
**7th** 100:7
**70** 2:11 56:23,24 57:2,6,21 58:8 75:1

**70s** 113:24
**71** 2:13 60:16,17,19
**715** 98:21
**716** 98:21
**717** 98:21,23
**72** 2:16 61:7,8,11,25
**73** 2:18,18 73:19,22,23,25
  74:7 75:17
**74** 2:20 75:19,22,22 76:4
**75** 2:20,22 76:19,22,24
  77:10
**76** 2:22 3:3 82:14,17,18
**77** 3:5 83:16,17,19 84:5,25
  85:14 86:7 87:10
**78** 3:7 86:25 87:1,8,20
**79** 3:9 87:4,5,12,16,22
  88:14 89:5

**8**

**8** 4:15,17 13:1,2 16:22
  20:18 34:20,23 44:21
  52:1 54:15 88:13
**8,000** 109:16
**8-inch** 44:23
**80** 3:11 89:6,10,12,19,24
  90:1
**80s** 11:3 113:24
**81** 3:13 91:7,9,12,20 93:7
**82** 3:3,15 98:4,5,7,14
**83** 3:5,17 114:10 115:11,13
  116:5 132:9,10 133:6,7
**84** 3:20 121:8,9,17 122:4,12
**85** 3:21 114:10 123:14,16
  125:12
**86** 3:23 126:3,4,6 128:14
**87** 3:7,9 4:3 22:12 127:19
  128:3,4,22
**88** 4:5 133:10,13
**89** 3:11 4:7 134:5,7

**9**

**9** 4:16 39:17,17
**9-30-82** 3:3
**9-7-82** 2:21
**90** 4:9 69:17,24 134:14,17
**90s** 125:6
**90064** 5:23
**91** 3:13
**91364** 6:20 136:21
**94607** 6:2
**95** 4:16 69:25
**95006** 7:16
**96** 4:16
**98** 3:15
**9900115** 2:23
**9900121** 77:6
**9900122** 2:23