UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE YAMAGIWA, Trustee of The Trust Created Under Trust Agreement dated January 30, 1980, by Charles J. Keenan III and Anne Marie Keenan, for the benefit of Charles J. Keenan IV, as to an undivided 50% interest, and Trustee of The Trust Created Under Trust Agreement dated January 30, 1980, by Charles J. Keenan III and Anne Marie Keenan for the benefit of Ann Marie Keenan, as to an undivided 50% interest,<br><br>          Plaintiff,<br><br>    vs.<br><br>CITY OF HALF MOON BAY; COASTSIDE COUNTY WATER DISTRICT; and DOES 1-50, | Case No. C05-04149 VRW<br><br>(United States District Chief Judge Vaughn R. Walker)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT REQUEST RE ELECTRONIC DEVICES AND OTHER EQUIPMENT AT TRIAL**<br><br>Trial Date: June 6, 2007<br>Time:     8:30 a.m.<br>Place:     Courtroom 6, 17th Floor |

# ORDER

The Court, having considered the joint request of plaintiff Joyce Yamagiwa, Trustee, and defendant City of Half Moon Bay, grants permission to the parties to transport the following equipment in and out of the courthouse as necessary for trial in Courtroom 6, beginning June 5, 2007 through August 2007:

- projectors;
- digital presenters;
- projection screens;
- switch boxes, routers, cables, and power cords;
- video monitors;
- equipment stands;
- document easels;
- book cases and carts;
- transport dollies;
- laptop computers;
- external computer hard drives and flash drives;
- trial exhibits, notebooks, and other documents; and
- oversized exhibits.

**IT IS SO ORDERED.**

Dated: 6/4/2007

GRANTED
Judge Vaughn R Walker

The Honorable Vaughn R. Walker
CHIEF JUDGE
UNITED STATES DISTRICT COURT

41119958.1