IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE YAMAGIWA, TRUSTEE OF THE TRUST CREATED UNDER TRUST AGREEMENT DATED JANUARY 30, 1980 BY CHARLES J KEENAN, III AND ANNE MARIE KENNAN, FOR THE BENEFIT OF CHARLES J KEENAN IV, AS TO AN UNDIVIDED 50% INTEREST, AND TRUSTEE OF THE TRUST CREATED UNDER TRUST AGREEMENT DATED JANUARY 30, 1980, BY CHARLES J KEENAN III AND ANNE MARIE KEENAN FOR THE BENEFIT OF ANN MARIE KEENAN, AS TO AN UNDIVIDED 50% INTEREST,<br><br>            Plaintiff,<br><br>     V<br><br>CITY OF HALF MOON BAY, COASTSIDE COUNTY WATER DISTRICT AND DOES 1-50,<br><br>            Defendants.<br>_____/ | No   C 05-4149 VRW<br><br>ORDER |

        Joyce Yamagiwa ("Yamagiwa"), brought this action alleging that defendant City of Half Moon Bay ("City") damaged certain real property that she holds in trust. Doc #1-2. Yamagiwa brought a

federal claim for inverse condemnation and pendent state claims for inverse condemnation, nuisance, trespass and recovery of amounts paid to finance public improvements. Id. This case was tried before the court without a jury on June 6, 7 and July 2, 3, 5, 6, 9, 11 and 12. Doc ##173-175, 177, 179, 181, 186-188.

Yamagiwa does not address her federal claim for inverse condemndation in her post-trial papers. Accordingly, Yamagiwa is ORDERED to serve and file supplemental memoranda on her federal claim on or before October 1, 2007. Defendants may respond on or before October 15, 2007.

IT IS SO ORDERED.

/s/ Vaughn Walker

VAUGHN R WALKER

United States District Chief Judge