MANATT, PHELPS & PHILLIPS, LLP
EDWARD G. BURG, Bar No. 104258
KATHRIN A. WANNER, Bar No. 188592
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: eburg@manatt.com
kwanner@manatt.com

COX, CASTLE & NICHOLSON LLP
ANNE E. MUDGE, Bar No. 133940
555 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 392-4200
Facsimile: (415) 392-4250
Email: amudge@coxcastle.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE YAMAGIWA, Trustee of The Trust Created Under Trust Agreement dated January 30, 1980, by Charles J. Keenan III and Anne Marie Keenan, for the benefit of Charles J. Keenan IV, as to an undivided 50% interest, and Trustee of The Trust Created Under Trust Agreement dated January 30, 1980, by Charles J. Keenan III and Anne Marie Keenan for the benefit of Ann Marie Keenan, as to an undivided 50% interest,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HALF MOON BAY; COASTSIDE COUNTY WATER DISTRICT; and DOES 1-50,<br><br>Defendants. | Case No. C05-04149 VRW<br><br>(United States District Chief Judge Vaughn R. Walker)<br><br>**STIPULATION AND ORDER REGARDING YAMAGIWA'S MOTION FOR LITIGATION EXPENSES AND COST BILL**<br><br>Date: April 24, 2008<br>Time: 2:30 p.m.<br>Place: Courtroom 6 (17th Floor)<br><br>Trial Date: June 6, 2007 |

41221088

Stipulation and Order Regarding Yamagiwa's Motion for Litigation Expenses and Cost Bill

# STIPULATION AND ORDER REGARDING YAMAGIWA'S MOTION FOR LITIGATION EXPENSES AND COST BILL

This Stipulation and Order Regarding Yamagiwa's Motion for Litigation Expenses and Cost Bill is made by and between counsel for plaintiff Joyce Yamagiwa, Trustee, and defendant City of Half Moon Bay, with reference to the following recitals of fact:

a.  Yamagiwa filed her Motion for Litigation Expenses (Doc. #219) on December 28, 2007.

b.  By the Clerk's Notice of January 11, 2008 (Doc. #223), the hearing on Yamagiwa's Motion for Litigation Expenses was set for April 24, 2008.

c.  Yamagiwa filed her Cost Bill (Doc. #220) on December 28, 2007.

d.  The City filed its Opposition to Plaintiff's Bill of Costs (Doc. #224) on January 14, 2008.

e.  Yamagiwa filed her Responses to City's Objections to Yamagiwa's Cost Bill (Doc. #225) on January 15, 2008.

f.  The Clerk has not yet served a notice taxing costs, under Local Rule 54-4(b).

g.  Yamagiwa and the City wish to resolve the matters raised by (1) Yamagiwa's Motion for Litigation Expenses; and (2) Yamagiwa's Cost Bill, in the manner set forth in this Stipulation.

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH THEIR COUNSEL OF RECORD:

1.  Yamagiwa's Motion for Litigation Expenses shall be granted in part. Yamagiwa shall recover from the City her litigation expenses in the total amount of $3,201,970.66.

41221088

1

2. Yamagiwa shall recover from the City her costs of suit in the total amount of $90,896.81.

Dated: April 1, 2008          MANATT, PHELPS & PHILLIPS, LLP

　　　　　　　　　　　　　　　　　/s/ Edward G. Burg
　　　　　　　　　　　　　　　By: EDWARD G. BURG
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Joyce Yamagiwa, Trustee

Dated: March 31, 2008         MEYERS, NAVE, RIBACK, SILVER & WILSON

　　　　　　　　　　　　　　　　　/s/ David W. Skinner
　　　　　　　　　　　　　　　By: DAVID W. SKINNER
　　　　　　　　　　　　　　　　　Attorneys for Defendant City of Half Moon Bay

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Edward G. Burg hereby attests that concurrence in the filing of this document has been obtained.*

### ORDER PURSUANT TO STIPULATION

Pursuant to the foregoing stipulation of the parties,

IT IS HEREBY ORDERED:

1. Yamagiwa's Motion for Litigation Expenses is granted in part. Yamagiwa shall recover from the City her litigation expenses in the total amount of $3,201,970.66.

2. Yamagiwa shall recover from the City her costs of suit in the total amount of $90,896.81.

3. The Clerk is directed not to tax costs as claimed on Yamagiwa's Cost Bill, and is further directed to remove from the calendar the hearing on Yamagiwa's Motion for Litigation Expenses, presently set for April 24, 2008.

Dated: _____April 3_____, 2008    _____
　　　　　　　　　　　　　　　　　HON. VAUGHN R. WALKER
　　　　　　　　　　　　　　　　　United States District Chief Judge

41221088                          2

Stipulation and Order Regarding Yamagiwa's Motion for Litigation Expenses and Cost Bill